Gary S. Pancer (SBN 160223)
Daniel J. Taylor (SBN 241404)
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
555 S. Flower Street, Suite 2900
Los Angeles, California 90071
Tel.:   (213) 443-5100
Fax:   (213) 443-5101

Attorneys for Defendant,
University Health Alliance

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of University of California, Irvine Medical Center,<br><br>              Plaintiff,<br><br>      vs.<br><br>UNIVERSITY HEALTH ALLIANCE, a Hawaii mutual benefit society; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>              Defendants. | CASE NO.: 8:21-cv-01225<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANT UNIVERSITY HEALTH ALLIANCE PURSUANT 28 U.S.C. §§ 1331, 1332, 1441 AND 1446 (Diversity and Federal Question - ERISA)** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant, University Health Alliance, ("Defendant") hereby removes to this Federal Court the State Court action described below.

1.      On June 6, 2021, Plaintiff, The Regents of the University of California, ("Plaintiff") filed a complaint in the Superior Court of the State of California in and for the County of Orange, entitled *The Regents of the University of California v.*

*University Health Alliance,* Case No. 30-2021-01204435.  True, correct, and complete copies of all pleadings, served on Defendant are attached hereto as Exhibit A.

2.      Plaintiff served Defendant with the complaint attached in Exhibit A on June 18, 2021; therefore, this notice is timely.

3.      Plaintiff's claims are removable based on diversity of citizenship between Plaintiff and Defendant pursuant to 28 U.S.C. § 1332, which confers original jurisdiction of "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between … citizens of different States and in which citizens or subjects of a foreign state are additional parties[.]"

4.      Plaintiff's claims against Defendant seek $87,220.65 in damages. (Complaint, at ¶15.)  Thus, the amount-in-controversy exceeds the sum of $75,000.

5.      Plaintiff alleges it is a public trust corporation established and recognized pursuant to the Condition of the State of California.  Plaintiff's medical facility for UC Irvine Health has its principle place of operation in the City of Orange, County of Orange, California.  (Complaint, at ¶1.)

6.      Plaintiff alleges that Defendant is a mutual benefit society organized and existing pursuant to the laws of the State of Hawaii with its principal place of business in the city of Honolulu, Hawaii.  (Complaint, at ¶2.)

7.      The Plaintiff and Defendant are the only parties to this litigation. Because the amount in controversy exceeds $75,000 and the parties are citizens of different States, this Court has original subject matter jurisdiction over the matter pursuant to 28 U.S.C. § 1332 and removal is proper.

8.      In addition to diversity, Plaintiff's claims against Defendant are also removable to this Court because Plaintiff seeks recovery of benefits under an employee welfare benefit plan and such claims for benefits are completely preempted by the Employee Retirement Income Security Act of 1974, 29 U.S.C.

256646925v.1

§ 1001, *et seq.* ("ERISA").  Any civil action brought in state court may be removed to federal court if the federal court has original jurisdiction over the action. 28 U.S.C. § 1441(a).  Federal courts have original jurisdiction over cases that arise under federal laws.  28 U.S.C. § 1331.  When an action contains a claim arising under federal law, the entire action is removable to federal court.  28 U.S.C. § 1441(c)(1).  Upon removal, this Court can sever and remand any claims over which it does not possess original or supplemental jurisdiction.  28 U.S.C. § 1441(c)(2).  Thus, if any of Plaintiff's claims arise under federal law, removal is proper.

9.     Plaintiff alleges that it provided services to a patient covered by an employee health plan that Defendant "provided, sponsored, administered, and/or paid for."  (Complaint, at ¶¶ 7–15.)  A true and correct copy, with redactions for protected health information, of a Renewal Contract for the plan is attached as Exhibit B.   A true and correct copy, with redactions for protected health information, of the Medical Benefits Guide, for the plan is attached as Exhibit C.

10.     Defendant is the administrator of the Maui Divers of Hawaii Limited's Health Plan ("the Plan").  (Exhibit B, at p. 6, section 11; Exhibit C, pp. 69-71.) The Plan is an employee welfare benefit plan governed by ERISA.  (Exhibit B, at p. 6, section 11; Exhibit C, pp. 69-71.)

11.     Plaintiff contends that it billed Defendant for hospital goods and services provided to the Plan's participant, but Defendant did not pay the full amount it owed to Plaintiff.  (Complaint, at ¶¶7–15.)  Plaintiff admits it was paid $10,785.60 by the Plan, but Plaintiff nevertheless seeks additional payment from the Plan in the amount of $87,220.65.  (Complaint, at ¶15.)  Plaintiff alleges the existence of an "Implied-In-Fact Contract" for Defendant to pay the charges billed by Plaintiff.  (Complaint, at ¶¶16–24.)  However, only the Plan documents govern the amounts that the Plan must pay to Plaintiff for hospital goods and services provided to Plan participants and beneficiaries.

12.     Plaintiff asserts two causes of action predicated on the Defendant's alleged failure to pay the benefits due under the Plan documents.  In Count I, Plaintiff seeks additional payment from Defendant in the amount of $87,220.65 on the theory of implied-in-fact contract.   In Count II, Plaintiff seeks $87,220.65 based on the theory of *quantum meruit*.

13.     ERISA governs employee benefit plans that are established or maintained by an employer for the purposes of providing benefits to its employees. 29 U.S.C. § 1003(a)(2).  An employee welfare benefit plan is "any plan, fund or program which was heretofore or is hereafter established or maintained by an employer or by an employee organization, or by both, to the extent that such plan, fund, or program was established or is maintained for the purpose of providing for its participants or their beneficiaries, through the purchase of insurance or otherwise, (A) medical, surgical, or hospital care or benefits, or benefits in the event of sickness, accident, disability, death . . . ."  29 U.S.C. § 1002(1).

14.     Here, Plaintiff alleges that the Plan is sponsored, administered, and financed by Defendant.  (Complaint, at ¶ 10.)  The Plan documents confirm that the Plan is funded by Maui Divers of Hawaii Limited.  (Exhibit B, at p. 6, section 11; Exhibit C, pp. 69-71.) The Plan is clearly governed by ERISA. (Exhibit B, at p. 6, section 11; Exhibit C, pp. 69-71.)

15.     While the well-pleaded complaint rule generally controls whether an action arises under federal law, ERISA is an exception to the well-pleaded complaint rule.  *Aetna Health Inc. v. Davila*, 542 U.S. 200, 207–08 (2004).  The civil enforcement provisions contained in ERISA provide the exclusive vehicle for actions to recover benefits under an ERISA plan.  *See Pilot Life Insurance Co. v. Dedeaux,* 481 U.S. 41 (1987); *Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987).  ERISA's civil enforcement mechanism has "such extraordinary pre-emptive power that it converts an ordinary state common law complaint into one stating a federal claim for purposes of the well-pleaded complaint rule." *Davila*, 542 U.S. at

4

209.  Causes of action within the scope of 29 U.S.C. § 1132(a) are removable to federal court.  *Taylor*, 481 U.S. at 66.  "[I]f an individual brings a suit complaining of a denial of coverage for medical care, where the individual is entitled to such coverage only because of the terms of an ERISA-regulated employee benefit plan, and where no legal duty (state or federal) independent of ERISA or the plan terms is violated, then the suit falls within the scope of ERISA."  *Davila*, 542 U.S. at 210.

16.     ERISA authorizes a civil action to recover benefits due under the terms of the plan or enforce rights under the terms of the plan.  29 U.S.C. § 1132(a)(1)(B).  ERISA also permits an action to obtain other appropriate relief, including injunctive relief, to redress violations of the plan or ERISA or to enforce any provision of ERISA.  29 U.S.C. § 1132(a)(3).  Health care providers, like Plaintiff, may bring a civil action under ERISA.  *Spinedex Physical Therapy USA Inc. v. United Healthcare of Ariz., Inc.*, 770 F.3d 1282, 1291 (9th Cir. 2014).

17.     Plaintiff's claims against Defendant fall within the scope of ERISA and are completely preempted.  Plaintiff's claims are simple, straightforward claims for ERISA benefits.  Plaintiff alleges that Defendant was obligated to pay Plaintiff by virtue of the terms of the ERISA Plan (Complaint, at ¶¶ 7–14), and Defendant did not pay the proper amount.  (Complaint, at ¶¶ 13, 14, 22.)  Plaintiff could have brought its claims for benefits under ERISA, and these claims are not supported by any legal duty arising outside of the ERISA Plan.  *See Davila*, 542 U.S. at 210.  Accordingly, Plaintiff's claims are completely preempted and this action is removable to this Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

256646925v.1

1    18.    Defendant will promptly file a copy of this Notice of Removal in the

2   Superior Court of the State of California in and for Orange County.

3

4   DATED:  July 16, 2021             Wilson Elser Moskowitz Edelman & Dicker
                                      LLP
5

6                                     By:  _____/s/ Gary S. Pancer_____

7                                          Gary S. Pancer
                                           Daniel J. Taylor
8                                          Attorneys for Defendant,
                                           University Health Alliance
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL
256646925v.1

# EXHIBIT "A"

Electronically Filed by Superior Court of California, County of Orange, 06/07/2021 11:26:54 AM.
30-2021-01204435-CU-BC-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Jessica Duarte, Deputy Clerk.
Case 8:20-cv-01235 Document 1 Filed 07/16/21 Page 8 of 122 Page ID #:8
RECEIVED JUN 16 2021

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:** UNIVERSITY HEALTH ALLIANCE, a
*(AVISO AL DEMANDADO):* Hawaii mutual benefit society;
and DOES 1 THROUGH 25, INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:** THE REGENTS OF THE
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* UNIVERSITY OF
CALIFORNIA, a public trust corporation, on behalf of
University of California, Irvine Medical Center

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* | CASE NUMBER:<br>*(Número del Caso):* 30-2021-01204435-CU-BC-CJC |
|---|---|

Orange County Superior Court
700 Civic Center Drive West
Santa Ana, CA 92701
Central Justice Center

Judge Charles Margines

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Sarkis S. Yeretsian, Esq. (SBN 327625)          818-559-4477      818-559-5484
Law Offices of Stephenson, Acquisto & Colman, Inc.
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

| DATE: 06/07/2021 DAVID H. YAMASAKI, Clerk of the Court | Clerk, by | Jessica Duarte | , Deputy |
|---|---|---|---|
| *(Fecha)* | *(Secretario)* | | *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ **XX** on behalf of *(specify):* UNIVERSITY HEALTH ALLIANCE,
   a Hawaii mutual benefit society

   under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
   ☒ **XX** CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

**Page 1 of 1**

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | *Legal Solutions Plus* | Code of Civil Procedure §§ 412.20, 465 |
|---|---|---|---|

Exhibit A - Page 7

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Sarkis S. Yeretsian, Esq. (SBN 327625)<br>Law Offices of Stephenson, Acquisto & Colman, Inc.<br>303 N. Glenoaks Blvd., Suite 700<br>Burbank, CA 91502 | |

TELEPHONE NO.: 818-559-4477  FAX NO.:

ATTORNEY FOR *(Name)*: THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana  92701
BRANCH NAME: Central Justice Center

CASE NAME: THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
v. UNIVERSITY HEALTH ALLIANCE

| **CIVIL CASE COVER SHEET** | | **Complex Case Designation** | | CASE NUMBER:<br>30-2021-01204435-CU-BC-CJC |
|---|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | DEPT: | JUDGE: Judge Charles Margines |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[X] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify)*: Two
5. This case [ ] is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: June 7, 2021

Sarkis S. Yeretsian, Esq. (SBN 327625)
_____
(TYPE OR PRINT NAME)

*Sarkis S. Yeretsian*
► _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Legal<br>Solutions<br>Plus | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |
|---|---|---|---|

| | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF QRANGE**<br>STREET ADDRESS:  700 W. Civic Center DRIVE<br>MAILING ADDRESS:  700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME:  Central Justice Center | **FILED**<br>*SUPERIOR COURT OF CALIFORNIA*<br>*COUNTY OF ORANGE* |
| PLANTIFF: THE REGENTS OF THE UNIVERSITY OF CALIFORNIA | |
| DEFENDANT: UNIVERSITY HEALTH ALLIANCE | **Jun 8, 2021** |
| Short Title: THE REGENTS OF THE UNIVERSITY OF CALIFORNIA VS. UNIVERSITY HEALTH<br>ALLIANCE | Clerk of the Court<br>By: Jessica Duarte, Deputy |
| **NOTICE OF HEARING<br>CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2021-01204435-CU-BC-CJC |

Please take notice that a(n), <u>Case Management Conference</u> has been scheduled for hearing on <u>11/08/2021</u> at <u>09:00:00 AM</u> in Department <u>C20</u> of this court, located at <u>Central Justice Center</u>.

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

**IMPORTANT:** Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html

**IMPORTANTE:** Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html

**QUAN TRỌNG:** Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html

Clerk of the Court,  By: _____ , Deputy

Exhibit A - Page 9

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

Central Justice Center
700 W. Civic Center DRIVE
Santa Ana 92701

**SHORT TITLE:** THE REGENTS OF THE UNIVERSITY OF CALIFORNIA VS. UNIVERSITY HEALTH
ALLIANCE

| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER:<br>**30-2021-01204435-CU-BC-CJC** |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of the above <u>Notice of Hearing</u> has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at <u>Santa Ana</u>, <u>California</u>, on <u>06/08/2021</u>. Following standard court practice the mailing will occur at <u>Sacramento</u>, <u>California</u> on <u>06/09/2021</u>.

Clerk of the Court, by: _____ , Deputy

LAW OFFICES OF STEPHENSON, ACQUISTO &
COLMAN, INC.
303 N GLENOAKS # 700
BURBANK, CA 91502

---

LAW OFFICES OF STEPHENSON, ACQUISTO &
COLMAN, INC.
JOY STEPHENSON-LAWS, ESQ.    (SBN 113755)
RICHARD A. LOVICH, ESQ.        (SBN. 113472)
SARKIS S. YERETSIAN, ESQ.      (SBN. 327625)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502
Telephone:  (818) 559-4477
Facsimile:   (818) 559-5484

Attorneys for Plaintiff,
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

## SUPERIOR COURT OF CALIFORNIA

## FOR THE COUNTY OF ORANGE

UNLIMITED JURISDICTION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of University of California, Irvine Medical Center,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY HEALTH ALLIANCE, a Hawaii mutual benefit society; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.:  30-2021-01204435-CU-BC-CJC<br>Assigned for All Purposes<br>Judge Charles Margines<br><br>**COMPLAINT FOR DAMAGES FOR:**<br><br>1.  BREACH OF IMPLIED-IN-FACT; AND<br><br>2.  *QUANTUM MERUIT* |

FC 27655

- 1 -

COMPLAINT FOR DAMAGES FOR: 1. BREACH OF
IMPLIED-IN-FACT CONTRACT; 2. *QUANTUM
MERUIT*

## PARTIES

1.      Plaintiff The Regents of the University of California (the "Regents") is a public trust corporation established and recognized pursuant to the Constitution of the State of California, Article 9, section 9, with full powers of organization and government.  The Regents is authorized to administer various medical facilities within the University of California system, including the University of California, Irvine Medical Center ("UC Irvine Health") (Regents and UC Irvine Health shall be collectively referred to as "UC Irvine Health").  UC Irvine Health has its principal place of operation in the City of Orange, County of Orange, California.  UC Irvine Health provides medical care to patients.

2.      Defendant University Health Alliance is a mutual benefit society that is organized and existing pursuant to the laws of the State of Hawaii ("UHA").  UHA has its principal place of business in the City of Honolulu, County of Honolulu, State of Hawaii.  Among other things, UHA sponsors and administers health plans.

3.      UC Irvine Health is unaware of the true names and capacities, whether corporate, associate, individual, partnership or otherwise of defendants Does 1 through 25, inclusive, and therefore sues such defendants by such fictitious names.  UC Irvine Health will seek leave of the Court to amend this complaint to allege their true names and capacities when ascertained.

4.      UHA, and Does 1 through 25, inclusive, shall be collectively referred to as "UHA".

5.      Defendants, and each of them, at all relevant times, have transacted business in the State of California.  The violations alleged within this complaint have been and are being carried out in the State of California.

FC 27655

- 2 -

COMPLAINT FOR DAMAGES FOR: 1. BREACH OF IMPLIED-IN-FACT CONTRACT; 2. *QUANTUM MERUIT*

6.    At all relevant times each of the defendants, including the defendants named "Doe," was and is the agent, employee, employer, joint venturer, representative, alter ego, subsidiary, and/or partner of one or more of the other defendants, and was, in performing the acts complained of herein, acting within the scope of such agency, employment, joint venture, or partnership authority, and/or is in some other way responsible for the acts of one or more of the other defendants.

## COMMON FACTUAL BACKGROUND

7.    UC Irvine Health, between the dates of May 3, 2019, through May 6, 2019, provided the patient set forth in Exhibit A[1] to this Complaint and incorporated herein by this reference as though set forth in full, medically necessary services.  At all relevant times, the patient listed on Exhibit A ("Patient") was an enrollee of UHA's health plan.

8.    UC Irvine Health made a telephone call to UHA. UHA stated to UC Irvine Health that Patient had medical coverage and provided UC Irvine Health with the authorization number 7014287000019833.

9.    Where appropriate, UC Irvine Health contacted UHA and/or its agents to ascertain whether or not UHA or its principal was responsible for the costs associated with the medically necessary services, supplies and/or equipment rendered to Patients.  In response, UHA' agent verified to UC Irvine Health the relevant insurance verification and insurance coverage eligibility information for Patients under UHA' health plan.

10.    UC Irvine Health are informed and believe and thereon allege that at all

---

[1] UC Irvine Health has limited the disclosure of patient identification information here pursuant to the privacy provisions of the federal Health Insurance Portability & Accountability Act ("HIPAA"), 42 U.S.C. §§ 1320(d) *et seq.*, and the California Constitution, art. 1, § 1.

FC 27655

- 3 -

COMPLAINT FOR DAMAGES FOR: 1. BREACH OF IMPLIED-IN-FACT CONTRACT; 2. *QUANTUM MERUIT*

relevant times, UHA provided, sponsored, administered, and/or paid for the health benefits plan of which the Patients were enrollees.

11.    There was no contract or agreement between the parties granting UHA any discount from its publicly published charge description master ("Chargemaster"), which sets forth a "menu" of prices for each item appearing on its bills, for the services rendered.  The Chargemaster is posted on the Office of Statewide Health Planning and Development ("OSHPD"), a governmental website. The charges posted on OSHPD for the services, supplies and/or equipment rendered to the Patients amounted to $98,006.25.  UHA to date has paid $10,785.60.

12.    UC Irvine Health timely and properly submitted to UHA, and/or its agent, at the address provided by UHA its bill for the medically necessary services, supplies and/or equipment rendered to the Patients, for payment by UHA.

13.    There was no contract or agreement between the parties granting UHA any discount from its publicly published charge description master ("Chargemaster"), which sets forth a "menu" of prices for each item appearing on its bills, for the services rendered.  The Chargemaster is posted on the Office of Statewide Health Planning and Development ("OSHPD"), a governmental website. The charges posted on OSHPD for the services, supplies and/or equipment rendered to the Patients amounted to $98,006.25.  UHA to date has paid $10,785.60.

14.    UC Irvine Health has now exhausted all available administrative remedies to appeal UHA' refusal to pay the total amount due for the medically necessary care rendered to the Patients.

15.    Despite timely demand for full payment, UHA refused and continues to refuse to properly pay UC Irvine Health for the medically necessary services, supplies and/or

equipment UC Irvine Health rendered to the Patients. As a result, UC Irvine Health suffered damages in an amount to be established at trial but no less than the sum of $87,220.65, exclusive of interest.

## FIRST CAUSE OF ACTION

(Breach of Implied-In-Fact Contract)

(Against Defendant UHA)

(and/or Does 1 through 25)

16.    UC Irvine Health incorporates by reference and re-alleges paragraphs 1 through 15 here as though set forth in full.

17.    Prior to the treatment rendered by UC Irvine Health, UC Irvine Health and UHA expressly agreed and understood that UC Irvine Health  would render medically necessary care to UHA enrollees, submit bills for such care to UHA, and that UHA would pay UC Irvine Health at the provider's reasonable and customary value of its posted charges for the medically necessary services provided to the Patients.

18.    UC Irvine Health performed all conditions required on its part to be performed in accordance with the terms and conditions of that implied-in-fact contract.  UC Irvine Health  reasonably relied on UHA' promises and conduct to pay for medical services and continued treating the Patients in reliance on those promises and upon such conduct.

19.    By way of its words and/or conduct, UHA and/or its agents acknowledged the need for medical care for the Patients and requested that UC Irvine Health provide medically necessary services to the Patients.

20.    Once UC Irvine Health was made aware that UHA was the proper payor, it contacted UHA to notify it of the Patient's services. UHA provided the relevant insurance

verification and insurance coverage eligibility concerning the Patient. Under UHA's health plans, UHA authorized UC Irvine Health to provide care to the Patient.

21.     UC Irvine Health's usual and customary total billed charges for rendering the medically necessary care to the Patient amounted to $98,006.25.  UHA to date has paid $10,785.60, leaving a balance of $87,220.65.

22.     UC Irvine Health rendered all medically necessary services to the Patient and performed all conditions, covenants, and promises required on its part to be performed in accordance with the terms and conditions of the above-described implied-in-fact contract.

23.     UHA breached the above-described implied-in-fact contract by underpaying UC Irvine Health for the medically necessary services, supplies and/or equipment rendered or supplied to the Patients.

24.     As a result of the breach of the implied-in-fact contract, UC Irvine Health suffered damages in an amount to be established at trial but not less than $87,220.65, exclusive of interest.

## SECOND CAUSE OF ACTION

(*Quantum Meruit*)

((Against defendant UHA)

(and/or including Does 1 through 25, inclusive))

25.     UC Irvine Health  incorporate by reference and re-alleges paragraphs 1 through 24 here as though set forth in full.

26.     For the period of time between May 3, 2019 through May 6, 2019, inclusive, by its words and/or conduct, UHA requested that UC Irvine Health provide the

Patients set forth in Exhibit A with medically necessary, emergency services, supplies and/or equipment.

27.     Based upon UHA's and/or UHA's enrollee's express special request and insistence, UC Irvine Health rendered medical care to Patient as described herein. The usual and customary value of the medical care so rendered was $98.006.25.

28.     UHA benefitted from UC Irvine Health's provision of services because UC Irvine Health's provision of services to UHA's member allowed UHA to discharge its contractual obligations to its member which arise from UHA's collection of premiums from the patient.

29.     For rendering the medically necessary, emergency services, supplies and/or equipment to the Patients, UC Irvine Health  expected reimbursement at the reasonable and customary value of its charges.

30.     As stated above, UC Irvine Health's publicly published charges on OSHPD for the medically necessary services, supplies and/or equipment it rendered to the Patients set forth in Exhibit A was $98,006.25.

31.     Within the past two years, UC Irvine Health demanded UHA to pay for the medically necessary, emergency services, supplies and/or equipment it rendered to the Patients but to date, UHA has only made payments in the amount of $10,785.60.

32.     As a result of the Defendants' misconduct, UC Irvine Health  have suffered damages in an amount to be proven established at trial according to proof but not less than  $87,220.65.

---

FC 27655

- 7 -

COMPLAINT FOR DAMAGES FOR: 1. BREACH OF
IMPLIED-IN-FACT CONTRACT; 2. *QUANTUM MERUIT*

## **PRAYER FOR RELIEF**

**WHEREFORE**, UC Irvine Health prays for judgment as follows:

For the First Cause of Action:

       1.     for the principal sum to be established at trial but not less than $87,220.65;

       2.     for interest on such principal sum at the rate of 15% per annum, pursuant to Cal. Health & Safety Code § 1371; or, in the alternative, for interest on such principal sum at the rate of 10% per annum, pursuant to Cal. Civ. Code § 3289;

For the Second Cause of Action:

       3.     for the principal sum to be established at trial but not less than $87,220.65;

For All Causes of Action:

       4.     for all costs of suit incurred herein; and,

       5.     for such other and further relief as the Court deems just and proper.

Dated: 7 June 2021

LAW OFFICES OF STEPHENSON, ACQUISTO
& COLMAN, INC.

*Sarkis S. Yeretsian*

SARKIS S. YERETSIAN, ESQ
Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA, a public trust corporation, on
behalf of University of California, Irvine Medical
Center

FC 27655

- 8 -

COMPLAINT FOR DAMAGES FOR: 1. BREACH OF
IMPLIED-IN-FACT CONTRACT; 2. *QUANTUM
MERUIT*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**UNIVERSITY OF CALIFORNIA, IRVINE HEALTHCARE V. UHA**
**Exhibit A**

FC 27655

| No. | Patient Initials | File Number | Admit Date | Discharge Date | Patient ID | Total Charges | Total Paid | Underpaid |
|-----|-----------------|-------------|------------|----------------|-----------|---------------|------------|-----------|
| 1 | F. C. | 050005522158 | 5/3/2019 | 5/6/2019 | 12304308801 | $98,006.25 | $10,785.60 | $87,220.65 |
| | | | | | | | TOTAL | $87,220.65 |

# EXHIBIT "B"



October 31, 2018


Maui Divers Of Hawaii Limited
1520 Liona St

Honolulu, HI 96814

Re:      Congratulations on Your Anniversary!

Dear                    :

Congratulations on the renewal of your UHA health plan! We appreciate your loyalty and continued support.

Your renewal rates will be reflected on your JANUARY billing statement. If you notice any discrepancies, please contact us immediately. Enclosed is a copy of your group's contract effective January 1, 2019. Please review the contract and Attachment C Underwriting Rules and retain these copies for your records. Your group's current contract number is EMP_CON-0123-022618.

If there have been any changes to your group's medical plan in the middle of the calendar year, some members may experience possible overpayments beyond their Annual Maximum Out-of-Pocket (MOOP) during the transition.  Should this occur, UHA has a process in place to ensure that adjustments are made accordingly.

If you have any questions, please contact your dedicated Account Representative at (808) 532-4000, extension 358 or via email at ClientServices@uhahealth.com.


Mahalo,

Sarah Hosaka
Employer Services Manager

Enclosures

EMP_CON-0158-033018

Exhibit B - Page 21

# RENEWAL OF UHA HEALTH PLANS



**Employer Name:**     MAUI DIVERS OF HAWAII LIMITED
**Employer Number:**
**Contract Period:**     January 1, 2019 through December 31, 2019

---

**Renewal Health Plan Benefits**

|  | Medical Plan<br>UHA 3000 | Drug<br>Plan S | Vision<br>Plan 100 | | Total |
|---|---|---|---|---|---|
| Single | | | | | |
| Two Party | | | | | |
| Family | | | | | |

|  | Medical Plan<br>UHA 600 | Drug<br>Plan S | Vision<br>Plan 100 | | Total |
|---|---|---|---|---|---|
| Single | | | | | |
| Two Party | | | | | |
| Family | | | | | |

---

**Other Rider Options**

|  | Active and Fit |
|---|---|
| Single | |
| Two Party | |
| Family | |

|  | HDS Dental<br>$1,000 | HDS Dental<br>$1,500 |
|---|---|---|
| Single | | |
| Two Party | | |
| Family | | |

---

**EMPLOYER USE - For Plan Changes Only**

☐ Change Medical or Add Optional Riders:

☐ Medical _____    ☐ Drug _____

☐ Vision _____    ☐ Dental _____

☐ Active and Fit    ☐ REMOVE Dental*

_____   _____   _____
Authorized Representative    Authorized Representative Signature    Date
Name (Please Print)

**Sign and return to: UHA**   **700 Bishop Street Suite 300**   **Honolulu, Hawaii 96813**   or   **Fax: 877.222.3198**

*Your medical benefits program with UHA will be renewed effective January 1, 2019 through December 31, 2019 at the renewal rates shown above. The above rates are based on UHA being offered as the exclusive plan unless otherwise expressed by UHA. If you are planning to make any allowed benefits changes with your scheduled renewal or if you have any questions or concerns, please contact your assigned Account Representative prior to November 15, 2018. UHA's Agreement for Group Health Plan EMP_CON-0123-022618 and Group Administrator's Handbook EMP_CON-0163-020918 contain the terms and conditions of membership and benefits of your Plan(s).*

*Member Group agrees to promptly distribute to all its Eligible Employees and Enrollees at open enrollment, upon special enrollment, or upon request, copies of the Medical Benefits Guide, any applicable benefit summaries, and any riders thereto, provided to the Member Group by UHA. Any notice of modification to the benefit summary provided to Member Group by UHA must also be provided to employees and enrollees immediately upon request.*

*If member group has fifty or fewer Full Time Equivalent employees as defined by the Affordable Care Act, benefits must include Medical, Drug, Pediatric Vision and Pediatric Dental to be compliant with the Patient Protection and Affordable Care Act.*

*\*The undersigned attests that they have greater than fifty Full Time Equivalent employees as defined by the Affordable Care Act or have purchased stand-alone pediatric dental coverage offered by an Exchange-certified stand-alone dental plan on or off the Exchange, and therefore are eligible to purchase a medical plan that excludes pediatric dental coverage. The undersigned acknowledges that the Patient Protection and Affordable Care Act requires that pediatric dental be included as an essential health benefit for customers of small group and individual health insurance policies.*

*Rates are inclusive of all applicable taxes and fees imposed by the Affordable Care Act currently in effect. Rates do not include additional taxes or fees that may be imposed by the Affordable Care Act in the future.*

---

**UHA USE**

Employer Services Review   _____   Date   10/12/2018 _____

☐ Renew current plan(s) with renewal rates (Employer did not submit Renewal Form)

Exhibit B - Page 22

# STANDARD AGREEMENT FOR GROUP HEALTH PLAN

THIS AGREEMENT FOR GROUP HEALTH PLAN, hereinafter the "Agreement," is between UNIVERSITY HEALTH ALLIANCE, a Hawaii mutual benefit society, hereinafter "UHA," and Group, hereinafter, the "Member Group," a Hawaii business whose name is identified in Attachment A to this Agreement.  The Effective Date of this Agreement shall be as stated on Attachment A hereto, as accepted by both UHA and Member Group (hereinafter the "Parties").

<u>WITNESSETH</u>

WHEREAS, UHA is a nonprofit, mutual benefit society organized under Chapter 432, Hawaii Revised Statutes; and

WHEREAS, Member Group has undertaken to provide certain health care benefits for its employees and their dependents; and

WHEREAS, UHA is willing to provide the health care benefits defined herein to Member Group's Eligible Employees and their Qualified Dependents.

NOW, THEREFORE, in consideration of the promises and the mutual covenants set forth below, the Parties agree as follows:

<u>ARTICLE 1. THIS AGREEMENT</u>:

1.01    This Agreement between the Parties includes:

(a) this Standard Agreement for Group Health Plan, as may be amended from time to time;

(b) Attachments A-D of this Standard Agreement described below, as may be amended from time to time;

    i.   Attachment A:  Premium Rates and Schedule of Benefits

    ii.  Attachment B: Plan Benefits, Addendums, Endorsements and/or Riders, and Benefit Summaries

    iii. Attachment C: Underwriting Rules

    iv. Attachment D: Notice of Privacy Practices

(c) the Group Administrator's Handbook published by UHA on its website (uhahealth.com), as it may be amended from time to time;

(d) all enrollment form(s) and employer application(s) submitted by the Member Group or any of Member Group's Enrollees;

(e) any Amendment made pursuant to Article 16 of this Agreement; and

(f)  any Premium Rate Adjustment issued by UHA pursuant to the terms of this Agreement.

All of these documents are incorporated within this Agreement by reference and are fully binding upon the Parties. In the event of any inconsistency between these documents, the Standard Agreement for Group Health Plan and any Amendments and Premium Rate Adjustments shall govern over the Group Administrator's Handbook and Medical Benefits Guide.

1.02    The Member Group's Health Plan created by this Agreement is hereinafter referred to as the "Plan."

ARTICLE 2. PREMIUM RATES, BENEFITS AND ELIGIBILITY FOR COVERAGE:

2.01    The Premium Rates and Schedule of Benefits for this Agreement are set forth in Attachment A hereto. Group shall timely pre-pay to UHA the Premium Rates specified in Attachment A, for each of Member Group's Enrollees for each applicable month, so that the Premium Rate payments are received in full by UHA on or before the 1st day of each and every month to which the payments pertain. Premium Rates are calculated by multiplying the number of Enrollees in each category of Premium Rates for each month (i.e., one party, two party or family party rates), by the amount of Premium Rates for that category.  The Premium Rates include the premium for UHA's standard group health benefits and any addendums, endorsements and/or riders chosen by Member Group for any supplemental health-related benefits (such as drug, dental, or vision), and applicable taxes, as reflected in Attachment A. Premium Rates shall include any Premium Rate Adjustment described in this Agreement or its Attachments.  All Premium Rates and Premium Rate Adjustments charged by UHA are governed by Hawaii's Rate Regulation law.

2.02    Premium Rates for this Agreement shall be adjusted by UHA on or about the Anniversary Date of this Agreement and every Anniversary Date thereafter, or as soon thereafter as may be allowed by any state approval process required for Premium Rate Adjustments or as may be provided by UHA following the Anniversary Date, pursuant to a notice of Premium Rate Adjustment. Prior to such Anniversary Date, UHA shall have the right to request Member Group and its Enrollees to submit updated information to UHA. UHA shall also provide the Member Group notice of any modifications of benefits or terms of the Medical Benefits Guide and any addendums, endorsements and/or riders (Attachment B) to be implemented at the time of the annual Premium Rate Adjustment. UHA shall notify Member Group in writing of the proposed annual Premium Rate Adjustment and Member Group shall have thirty (30) days following the date of such notice to reject the proposed Premium Rate Adjustment by written notice to UHA. Member Group's timely written rejection shall thereby constitute effective notice of termination of this Agreement, effective thirty (30) days after UHA's notice of Premium Rate Adjustment. If no such written notice of rejection is received by UHA within such thirty (30) day period, Member Group shall be deemed to have accepted the proposed Premium Rate Adjustment, and shall thereafter timely pay to UHA the Premium Rate as adjusted. Notwithstanding anything to the contrary contained in this Agreement, UHA reserves the right to adjust the Premium Rates (effective immediately or as of the date specified in any notice of such adjustment provided by UHA to Member Group) to the extent (a) the Premium Rates are not approved by the state; and/or (b) the state or federal government imposes fees, taxes and/or assessments related to UHA's plan offerings that were not taken into account when calculating the Premium Rates.

2.03    Eligible Persons for coverage under this Agreement shall consist of Member Group's Eligible Employees and their Qualified Dependents, as defined in UHA's Underwriting Rules (hereinafter "Underwriting Rules") set forth in Attachment C hereto.  Member Group agrees to abide by those Underwriting Rules and to enroll only Eligible Employees of Member Group and their Qualified Dependents pursuant to those Underwriting Rules, unless expressly approved by UHA in a written Amendment referencing this Agreement.  Eligible Persons timely enrolled for coverage under this Agreement shall be known as Enrollees. Prior to submitting an enrollment form for each Enrollee, Member Group shall confirm and certify to UHA via an enrollment form, that each proposed Enrollee qualifies as an Eligible Person in compliance with UHA's Underwriting Rules. Member Group shall timely enroll in the Plan each Eligible Employee in the Member Group who has worked at least 20 hours a week for four consecutive weeks, unless the Eligible Employee has a current signed waiver form in compliance with HRS §393-21 (the Hawaii Prepaid Health Care Act). The Member Group shall promptly notify UHA in writing by the end of the month in any month in which an Enrollee ceases to meet the eligibility criteria to be an Eligible Employee or Qualified Dependent, and such person shall be disenrolled (terminated) from the Plan effective at the end of that month.

2.04    The Plan Benefits are set forth in Attachment B (the "Medical Benefits Guide") hereto. UHA Underwriting Policies are set forth in Attachment C hereto. Both are incorporated herein by reference.

ARTICLE 3. ACCOUNTING, RECORDS AND AUDITS:

3.01    UHA will, in a timely manner, perform such accounting and produce such reports as UHA is required by federal or state law or regulation to perform and/or produce.

3.02    Member Group shall prepare and maintain accurate and complete records demonstrating eligibility of all its Enrollees in accordance with UHA's Underwriting Rules. Such records shall be retained and produced upon request to UHA at anytime during the term of this Agreement and for three years following termination of this Agreement. Such records shall include but not be limited to (a) General Excise Tax License and Department of Labor number for Member Group, (b) payroll records reflecting each Eligible Employee's date of hire, pay and hours worked, (c) records reflecting the FICA tax deductions for each Eligible Employee, (d) records reflecting the health plan enrollment status of all employees of Member Group, including any signed waiver forms in compliance with HRS §393-21, (e) records demonstrating each Enrolled Employee's coverage under Unemployment Insurance, Workers Compensation Insurance, and Temporary Disability Insurance, and (f) if any exemption from the above requirements is claimed by Member Group as to any Eligible Employee, then records demonstrating a valid legal and factual basis for statutory exemption from any of the above requirements.

3.03    UHA reserves the right to audit the Member Group at its discretion for compliance with the terms of this Agreement, including but not limited to membership eligibility, enrollment and group participation requirements. Member Group shall promptly provide to UHA within ten (10) business days, any records requested by UHA to determine compliance with this Agreement.

ARTICLE 4. ARBITRATION:

4.01    If any dispute arises between the parties to this Agreement, the Parties shall settle the dispute by binding arbitration pursuant to Hawaii Revised Statutes Chapter 658A, Hawaii Revised Statutes, under the Arbitration Rules of Dispute Prevention & Resolution, Inc. ("DPR") in Honolulu, Hawaii. The Parties shall agree upon a single arbitrator.  If they fail to so agree within thirty (30) days of the written demand, the arbitrator shall be selected pursuant to the Arbitration Rules of DPR.  The dispute shall be promptly decided and judgment may be entered upon the award of the arbitrator as provided by said Chapter.  The fee payable to the arbitrator shall be borne equally by the Parties; and all other expenses of the arbitration hearing, such as cost of any reporter and transcript, shall be paid in the share and manner ordered by the arbitrator, except that any attorney or witness fees of a party shall be borne by that party.  The decision of the arbitrator shall be binding on both Parties and no action may be brought in any court in connection with the decision except as provided in Hawaii Revised Statutes Chapter 658A. There shall be no joinder or consolidation of parties in arbitration without the written consent of both Parties to this Agreement.  Disputes between Enrollees and UHA shall be resolved in accordance with the procedures set forth in the Medical Benefits Guide.

ARTICLE 5. WORK RELATED INJURIES AND ILLNESS:

5.01    Medical expenses that are work related, including those related to personal injury either by accident arising out of and in the course of the Enrollee's employment or by disease proximately caused by or resulting from the nature of the Enrollee's employment, are excluded from coverage under the Plan (regardless of whether Member Group has obtained workers compensation coverage or not).  Notwithstanding any other provision in the Agreement, Member Group agrees to obtain and maintain workers compensation insurance for all Enrollees throughout the term of this Agreement, or to self-insure for such expenses if such insurance is not available.  Member Group agrees to indemnify, defend and save harmless UHA from any claims against UHA by any Enrollee for coverage of work-related injuries or illness.

ARTICLE 6. LATE PAYMENT FEES:

6.01    Monthly Premium Rate payments under Attachment A are due to UHA on or before the 1st day of each and every month. UHA may assess a late payment fee of twenty-five ($25) dollars per Employer Group for any premiums received after the due date. Assessment of late fees as described in this section shall not affect UHA's right to terminate as set forth in Section 7.03 herein.

ARTICLE 7. TERM AND TERMINATION:

7.01    The initial term of this Agreement is for one year from the Effective Date and shall be automatically extended for subsequent one year terms, unless terminated or amended as set forth below

7.02    Notice of Termination.  Unless subject to the termination provisions set forth in Sections 2.02, 7.03, 7.04, 7.05 or the attached Underwriting Rules, either party may terminate this Agreement by giving the other party at least sixty (60) days advance written notice.   UHA shall apply, and Member Group shall promptly pay, a fee equal to two (2) months Premium Rates should Member Group fail to give UHA the required sixty (60) days written notice of its intent to terminate this Agreement.

7.03    Termination Due to Nonpayment of Premiums.  UHA may terminate this Agreement upon ten (10) days written notice to Member Group, if Member Group fails to make the monthly Premium Rate payments required under Attachment A on or before the first (1st) day of each and every month.  If this Agreement is terminated due to Member Group's nonpayment of Premiums, the Member Group, and not UHA or the Enrollee, shall be held liable for medical claims incurred during any period of nonpayment of Premiums which results in termination of this Agreement and after the Agreement is terminated.  UHA will not be liable to pay any benefits for services rendered after the date of termination.  Further, UHA reserves the right to recover all sums already paid by UHA for Covered Services provided during any period in which Member Group failed to pay its Premium(s) due.  Member Group shall pay all attorney's fees incurred by UHA in connection with the collection of Premiums outstanding and shall be held liable for interest charges on such sums. If Member Group is terminated for non-payment of premiums, UHA may deny Member Group any subsequent coverage.

7.04    Termination Due to Violation of Underwriting Rules.  UHA may terminate this Agreement upon thirty (30) days written notice to Member Group, if Member Group no longer meets eligibility criteria for Member Group as set forth in the Underwriting Rules, or if Member Group violates any group participation rule as set forth in the Underwriting Rules.  UHA may terminate any Enrollee who no longer meets eligibility criteria as set forth in the Underwriting Rules, effective at the end of the month in which the Enrollee became ineligible.  UHA also reserves its right to rescind or terminate this Agreement or the enrollment of any Enrollee in the event of fraud, intentional misrepresentation or intentional omission of material fact, or Member Group's failure to promptly notify UHA that an Enrollee or Member Group is no longer eligible or in compliance with the Underwriting Rules upon thirty (30) days written notice to the Enrollee or Member Group.

7.05    Termination Due to No Active Members.  At its discretion, UHA may terminate this Agreement upon thirty (30) days advance written notice, should it be determined that no Enrollees are currently enrolled under Member Group.

7.06    Termination of Coverage of Enrollees. The Plan's coverage for an Eligible Employee and his/her Qualified Dependents will end on the last day of the month in which any of the following events occur:

(a)    The Eligible Employee chooses to terminate this coverage based on a signed waiver and compliance with HRS §393-21 (because employee has other coverage from a different employer, under a prepaid health plan which meets the standards in HRS §393-7 of the Prepaid Health Care Act) and the Member Group or Eligible Employee notifies UHA in writing before the end of the month;

(b)    The Member Group fails to make payments to UHA when due;

(c)    The Member Group or UHA terminates this Agreement;

(d)    The Eligible Employee has a disqualifying event that causes the employee to lose eligibility status as an Eligible Employee, such as loss of employment, retirement or reduction of hours with Member Group.  Member Group and the Eligible Employee shall notify UHA in writing of such disqualifying event before the end of the month in which the event occurs.  If UHA does not receive written notice of such disqualifying event before the end of the month, Member Group and the affected employee shall reimburse UHA for all claims paid by UHA following the end of the month in which the disqualifying event occurs.  UHA reserves all other rights and remedies for any failure to give UHA timely written notice of such disqualifying event, including rescission of the Enrollee's coverage following the disqualifying event.

(e)    A Qualified Dependent has a disqualifying event that causes the dependent to lose eligibility status as a Qualified Dependent. Member Group and the Eligible Employee shall notify UHA in writing of such disqualifying event for the Qualified Dependent(s) before the end of the month in which the event occurs.  If UHA does not receive written notice of such disqualifying event before the end of the month, Member Group and the affected employee shall reimburse UHA for all claims paid by UHA following the end of the month in which the disqualifying event occurs.  UHA reserves all other rights and remedies for any failure

to give UHA timely written notice of such disqualifying event, including rescission of the Qualified Dependent's coverage following the disqualifying event.

(f)   A COBRA Enrollee fails to make timely payment or has a disqualifying event or expiration of benefits under COBRA, as described in Attachment B.

ARTICLE 8. COVERAGE:

8.01   Coverage for the Enrollees initially listed on the Member Group's enrollment form(s) shall commence as of the Enrollee's Effective Date, if the Enrollee's initial Premium Rates have been paid in full and UHA has accepted the enrollment form(s) and given written notice to the Enrollee of his or her Effective Date for coverage under the Plan. By submitting an enrollment form, each Enrollee also accepts and agrees to be bound by the provisions of this Agreement as now in force and as hereafter amended. Following the Member Group's initial enrollment of Eligible Employees and their Qualified Dependents, Member Group shall timely enroll in the Plan all Eligible Employees by submitting a new enrollment form to UHA  in each month in which a new Eligible Employee or Qualified Dependent first becomes eligible for the Plan.

ARTICLE 9. PRIVACY OF HEALTH INFORMATION:

9.01   The Health Insurance Portability and Accountability Act and related privacy rules and laws ("HIPAA") requires that UHA provide a Notice of Privacy Practices prior to an Enrollee's enrollment ("Notice"). The Notice, set forth in Attachment D hereto, describes how UHA uses and discloses health information and members' rights with respect to such information.  Member Group agrees to provide a copy of the Notice to each Eligible Employee and Enrollee, prior to enrollment, and at any time thereafter upon Enrollee's request.

9.02   Member Group shall implement administrative, physical, and technical safeguards that reasonably and appropriately protect the confidentiality, integrity, and availability of electronic protected health information that it creates, receives, maintains, or transmits on behalf of the Plan, as provided by HIPAA.

9.03   To help protect the private medical information of Member Group's employees, Member Group's plan documents must (A) describe those employees or classes of employees or other persons under the control of Member Group to be given access to the protected health information to be disclosed, provided that any employee or person who receives protected health information relating to payment under, health care operations of, or other matters pertaining to the Plan in the ordinary course of business must be included in such description; (B) restrict the access to and use by such employees and other persons described in (A) to the Plan administrative functions that the Member Group performs for the Plan; and (C) provide an effective mechanism for resolving any issues of noncompliance by persons described in (A) with the Plan document provisions required by the paragraph.

9.04   Member Group shall ensure that any agent, including a subcontractor, to whom it provides electronic protected health information, agrees to implement reasonable and appropriate security measures to protect the information.

9.05   Member Group shall report to UHA any security incident of which it becomes aware.  A security incident means the attempted or successful unauthorized access, use, disclosure, modification, or destruction of information or interference with system operations in an information system.

ARTICLE 10. FALSE STATEMENTS:

10.01   Notwithstanding any other term in this Agreement, UHA retains the right to rescind or terminate this Agreement if coverage for the Member Group or any Enrollee(s) was obtained through the fraud or intentional misrepresentation of a material fact by the Member Group, including intentional omission of any material fact, upon thirty (30) days written notice to the Enrollee or Member Group. This Section applies to any fraud, intentional misrepresentation or intentional omission of material fact on any enrollment form, employer application, census data or other information provided to UHA or any of its agents, employees or brokers, regarding Member Group or any Enrollee. Payments for medical benefits made by UHA prior to learning of such fraud or intentional misrepresentation or intentional omission of a material fact, shall be re-paid to UHA by Member Group and/or Enrollee. UHA reserves the right to

recalculate and adjust Premium Rates for Member Group if any false statement or material misrepresentation or omission of material fact by any Enrollee or Member Group materially affects the risk assumed by UHA in extending coverage, and Member Group agrees to pay any such Premium Rate Adjustment retroactive to the date on which coverage for the Member Group and/or affected Enrollee(s) went into effect. Further, UHA shall retain its right to pursue all other legal and equitable remedies for any fraud, misrepresentation and/or omission of material fact by Member Group or any Enrollee.

## ARTICLE 11.  ERISA AND LEGAL COMPLIANCE:

11.01    The Parties hereby confirm and agree that this Agreement and related Attachments constitute an employer-sponsored employee welfare benefit plan (prepaid group health plan), governed by the Employee Retirement Income Security Act of 1974 (ERISA), unless prior to the Effective Date of this Agreement, Member Group has given written notice to UHA that (a) refers to this Section 11.01, (b) provides a sworn declaration by an officer or owner of Member Group reciting facts showing that Member Group's Plan is not governed by ERISA, and (c) requests UHA to amend this Agreement to strike out Sections 11.01 and 11.02 hereof.  Upon presentation of such a request and UHA's verification of facts showing exemption from ERISA, the Parties may sign an Amendment striking Sections 11.01 and 11.02 of this Agreement, and UHA may issue a Premium Rate Adjustment for underwriting additional costs and/or risks for any non-ERISA plan.

11.02    Member Group hereby represents and agrees that it intends by this Agreement to establish and maintain an ERISA employee welfare benefit plan covering its current and future Eligible Employees who may be hired by Member Group during the term of this Agreement.  To promote uniformity in administration and status of the Plan during the term of this Agreement, the Parties agree that the ERISA status of the Plan shall not change even if Member Group's Eligible Enrollees at any time during this Agreement consist of only owners of the Member Group and/or their dependents. Member Group and its Enrollees shall not seek to disclaim ERISA governance of this Agreement at any time after the Effective Date of this Agreement. Member Group, on behalf of itself and its Enrollees, agrees that the rights and scope of remedies by Member Group and Enrollees against UHA shall be limited to the scope of remedies provided by ERISA for ERISA employee welfare benefit plans and hereby waives all rights and remedies against UHA that are outside the scope of ERISA remedies (including claims for bad faith, monetary damages, and punitive damages).  Member Group acknowledges that UHA has relied on this provision in setting the Premium Rates for Member Group, and hereby agrees to indemnify, defend and save harmless UHA from any violation of this Section 11.02 by Member Group or any Enrollee.

11.03    Member Group shall be the plan administrator and named fiduciary for the Plan. Member Group shall remain solely responsible for compliance with all ERISA requirements, including but not limited to preparing and furnishing summary plan descriptions, notices of material modifications to the plan, and other communications and reporting requirements for Enrollees.  Member Group shall also be solely responsible for compliance with all requirements of the Hawaii Prepaid Health Care Act (HRS Chapter 393), not expressly imposed by that Act solely upon the health plan contractor (UHA).  Member Group agrees to comply with all other state and federal laws and regulations regarding its business, its Health Plan and this Agreement.

11.04    UHA shall be solely responsible for claims administration and payment of Covered Services pursuant to the terms of this Agreement.  Member Group hereby authorizes UHA to (a) determine all questions of eligibility of Plan Enrollees; (b) determine the amount and type of benefits payable to any Enrollees in accord with the Plan; and (c) interpret provisions in the Agreement as is necessary to determine Plan benefits and other provisions. UHA shall have complete and full authority in connection with these determinations and interpretations and UHA's decisions on these matters shall bind the Plan, subject only to remedies provided by ERISA.

## ARTICLE 12.  AFFORDABLE CARE ACT COMPLIANCE:

12.01    Member Group shall be responsible for ensuring its and the Plan's compliance with the Affordable Care Act ("ACA") applicable to Member Group and the Plan including but not limited to (a) whether Member Group is a small employer and in such case the Plan must include the essential health benefits package required under section 1302(a) of ACA, and (b) satisfaction of all requirements necessary to maintain the Plan as a grandfathered health plan, if Member Group made such an election and desires to preserve such status.  Member Group acknowledges

that UHA has relied on this provision including but not limited to UHA offering the Plan to Member Group.  If Member Group fails to meet any of its obligations under this Section 12.01, Member Group shall not make any claims against UHA, and shall indemnify, defend and hold UHA harmless from any losses, liabilities, penalties, costs, fees, taxes and/or assessments incurred by UHA that result from any violation of this Section 12.01 by Member Group.

## ARTICLE 13.  MEMBER GROUP AS AGENT:

13.01    Member Group, for itself and as agent for its Enrollees who are beneficiaries of the Plan under this Agreement, accepts this Agreement and agrees to timely pay the Premium Rates and all other amounts specified herein, in consideration of UHA providing the Health Benefits pursuant to the terms of this Agreement. Member Group agrees to act as agent for its Enrollees in accepting notices from UHA concerning any aspect of the operation of the Plan or this Agreement.  UHA has prepared a document describing its health care benefits, terms and conditions ("Medical Benefits Guide," Attachment B hereto, including any addendums, endorsements and/or riders thereto). Member Group agrees to promptly distribute to all its Eligible Employees and Enrollees at open enrollment, upon special enrollment, or upon request, copies of the Medical Benefits Guide, any applicable benefit summaries, and any addendums, endorsements and/or riders thereto, provided to the Member Group by UHA.  Any notice of modification to the benefit summary provided to Member Group by UHA must also be provided to employees and enrollees immediately upon receipt.

13.02    UHA will bill and collect Premiums directly from Enrollees of Member Group who are eligible for continuation coverage under the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA"), which enrollees are referred to herein as "COBRA Enrollees."  In the alternative, Member Group may elect to establish a self-pay division for its COBRA Enrollees, by informing UHA in writing that it agrees to abide by the provisions of this Section 13.02 of this Agreement. By establishing a self-pay division, Member Group agrees to take responsibility for collecting Premiums from its COBRA Enrollees and paying UHA for their continued coverage. Termination for non-payment of amounts due to UHA from Member Group will result in termination of coverage for COBRA Enrollees to the same extent as any other Enrollees of Member Group. If Member Group pays UHA before it has collected the required premium from a COBRA Enrollee, Member Group assumes the risk of non-payment by the COBRA Enrollee. UHA will not allow retroactive termination of coverage for a COBRA Enrollee based on the failure of the COBRA Enrollee to make payment to Member Group.  Member Group shall remain solely responsible for meeting all COBRA requirements applicable to the Member Group, and for promptly notifying UHA of any Enrollees who elect to continue Plan coverage under COBRA.  Member Group shall notify UHA of any existing COBRA participant still within an applicable COBRA continuation coverage period at the time of Member Group's initial enrollment with UHA. Member Group must enroll the existing COBRA participant within the same time frame as the initial enrollment of the Eligible Employees. Member Group must also inform the existing COBRA participant that payment for COBRA continuation coverage must be received by UHA within 30 days of the due date. Failure by Member Group to notify, timely enroll, and secure payment for an existing COBRA participant will result in a refusal to enroll that participant.

## ARTICLE 14. SEVERABILITY AND SURVIVAL OF TERMS:

14.01    The provisions of this Agreement are severable. Should any portion of this Agreement be held invalid or unenforceable, such invalidity shall not affect or impair the enforceability of all other provisions of this Agreement.

14.02    Following the termination of this Agreement, all obligations under the Agreement which accrue prior to the termination of the Agreement shall survive termination.

## ARTICLE 15.  ENTIRE AGREEMENT:

15.01    Member Group understands and agrees that this Agreement, as defined in Section 1.01, constitutes the entire Agreement between the parties, and that no other statements, oral or written representations, warranties or obligations shall bind the parties unless expressly set forth in this Agreement, incorporated within this Agreement, or set forth in a written amendment to this Agreement signed by the Parties.   Member Group who submits an

enrollment form and Premium payment hereunder to UHA shall be deemed to have accepted and be bound by the terms of this Agreement.

ARTICLE 16.  AMENDMENTS:

16.01    UHA shall have the right to amend its Group Administrator's Handbook upon thirty (30) days notice to Member Group, by providing written notice to Member Group or by publishing such amendments on UHA's website at uhahealth.com (under forms and documents sections), so long as any amendments to the Group Administrator's Handbook are not inconsistent with other terms in this Agreement.

16.02    Except as specified in Section 2.02 (re Premium Rate Adjustments), Section 10.01 (re False Statements), Section 16.01 (re Group Administrator's Handbook), or Section 16.03 (re changes required by law), UHA shall provide Member Group with no less than sixty (60) days written notice of any proposed amendments to this Agreement, including any amendment to Plan benefits or terms.  Notwithstanding any other provision in this Agreement, any amendment to this Agreement proposed by UHA will become effective upon the 60th day following notice of such amendment, provided that if Member Group gives written notice to UHA of rejection of the proposed amendment, within 30 days following the date of the notice of proposed amendment, then this Agreement shall terminate on the 60th day following UHA's notice of proposed amendment.

16.03    UHA shall have the right to amend this Agreement at any time without advance written notice, where such amendment is required by law.

16.04    The parties may enter into such other amendments of this Agreement as are mutually agreed by a writing signed by the parties, referencing this Agreement.

ARTICLE 17.  ASSIGNMENT:

17.01    Member Group shall not assign this Plan or Agreement to any other group or entity, and any effort to make such assignment shall be null and void.

IN WITNESS WHEREOF, the parties have executed this Agreement as effective on the date set forth above.

UHA

Signed: _____

            Howard Lee
            President and Chief Executive Officer

# ATTACHMENT A
## SCHEDULE OF BENEFITS

*UNDER SEPARATE COVER*

# ATTACHMENT B
## PLAN BENEFITS, ADDENDUMS, ENDORSEMENTS AND/OR RIDERS AND BENEFIT SUMMARIES

*UNDER SEPARATE COVER*

# ATTACHMENT C
## Underwriting Rules

*UNDER SEPARATE COVER*

# ATTACHMENT C
# <u>Underwriting Rules</u>

A.    DEFINITIONS:

    1.    "Eligible Employee" is an individual who is an employee of the Member Group working under the daily supervision of Member Group as the employer, and meets the following minimum requirements:

        a.    works at least 20 hours a week for four consecutive weeks immediately prior to enrollment and is timely enrolled in accordance with the Hawaii Prepaid Healthcare Act (Hawaii Revised Statutes §393) (the "Act"), but is not a person employed in Seasonal Employment (as that term is defined in the Act);

        b.    performs at least some of the service in Hawaii;

        c.    the place from which such service is directed or controlled is in Hawaii, or if the service is not directed or controlled in Hawaii, the individual's residence is in Hawaii;

        d.    is paid monthly wages in an amount of at least 86.67 times the minimum hourly wage required by law; and

        e.    following enrollment, continues to actively work as an employee of the Member Group an average of at least 20 hours a week.  (An employee disabled from working by illness or injury remains an Eligible Employee for three months following the month in which the disability began, provided Premium Rates are paid in full, but will lose eligibility and be terminated from any coverage under this Agreement at the end of those three months unless the Member Group continues to pay the employee's Premium Rates and Regular Wages during the time of disability, pursuant to Hawaii Revised Statutes §393-15.)  Regular Wages shall be no less than the average monthly wages the Eligible Employee was paid during the year prior to the Eligible Employee becoming disabled (or if employed for less than a year before disability occurred, then no less than the average monthly wages for the months the Employee was employed before becoming disabled).

    2.    "Qualified Dependent" is a dependent of an Eligible Employee Enrollee, who meets the criteria set forth for a spouse or child of Eligible Employees in the Member Benefits Guide (attached as Attachment B to this Agreement) and who is timely enrolled as an Enrollee.  The coverage for a Qualified Dependent Enrollee will end on the last day of the month in which the dependent no longer meets the criteria set forth for coverage of spouses and children in the Medical Benefits Guide (Attachment B).

    3.    "Enrollee" is an Eligible Employee enrolled by the Member Group pursuant to the terms and conditions of this Agreement and any Qualified Dependent of an Eligible Employee who is also enrolled pursuant to this Agreement.

    4.    "Member Group" means an employing unit with at least one Eligible Employee in its employment, who meets the Eligibility of Member Group criteria in these Underwriting Rules, and who contracts with UHA for Group health coverage under this Agreement.

B.    ELIGIBILITY OF MEMBER GROUPS:

The Member Group must:

        a.    engage in business in Hawaii;

        b.    have a General Excise Tax License and Department of Labor number;

        c.    obtain, maintain and provide to UHA upon request documentation of Unemployment, Worker's Compensation, and Temporary Disability Insurance covering each Eligible Employee enrolled during the term of this Agreement, or demonstrate a proper basis for exemption from coverage; and

    d.   deduct FICA taxes from Eligible Employees.
Member Groups who fail to meet such eligibility criteria at any time during the term of this Agreement are subject to termination by UHA.

C.    RIGHT TO AUDIT:

UHA reserves the right to audit the Member Group at its discretion for compliance with Group and membership eligibility and enrollment requirements and participation rules.

D.    GROUP PARTICIPATION RULES:

All Eligible Employees obtaining their health care coverage through Member Group must be enrolled in this UHA Plan. Member Group must promptly notify UHA in writing if Member Group proposes or offers any health care coverage to any Enrollee, other than this Plan. If any non-UHA plan is added to the Member Group options, UHA reserves the right to terminate this Agreement immediately, or to re-rate (via a Premium Rate Adjustment) and/or non-renew a Member Group which offers a non-UHA plan to any Eligible Employee(s). For larger groups, UHA may consent to co-exist with a non-UHA HMO plan, provided such consent must be obtained in advance from UHA via signed amendment to this Agreement.

E.    UNDERWRITING SPECIFICATIONS:

The Premium Rates for this contract are based upon the Schedule of Benefits in Attachment A, the employer applications, enrollment card(s), census data and related information provided to UHA by the Member Group and its Enrollees regarding its business, employees, and their dependents, and are further based upon each Member Group's and its Enrollees' representations that they are in full compliance with UHA's eligibility and enrollment requirements and participation rules. UHA reserves the right to recalculate the Premium Rates retroactive to the Effective Date if UHA determines there was a material misrepresentation or nondisclosure of material information relating to the Member Group or any Enrollee in the Group, which would have caused a variance in Premium Rates based upon UHA's Underwriting practices, pursuant to Article 10 of the Agreement. UHA further reserves the right to rescind this Agreement or the coverage for any affected Enrollees retroactive to the Effective Date if UHA determines that there has been fraud or intentional misrepresentation or intentional omission of any material fact by the Member Group.

F.    RERATING OF MEMBER GROUPS:

Upon a change in enrollment of Member Group which, in the opinion of UHA, may materially affect the risk being covered by UHA under this Agreement, Member Group shall submit to UHA upon request any information needed to assist UHA in determining any Premium Rate Adjustment, including revised census data and employer application, as UHA deems appropriate. UHA reserves the right to notify Member Group in writing of a proposed Premium Rate Adjustment based upon such change in enrollment, and Member Group shall have thirty (30) days following the date of such notice to reject the proposed Premium Rate Adjustment by written notice to UHA. Member Group's timely written rejection shall thereby constitute effective notice of termination of this Agreement, effective thirty (30) days from the date of UHA's notice of Premium Rate Adjustment. If no such written notice of rejection is received by UHA within such thirty (30) day period, Member Group shall be deemed to have accepted the proposed Premium Rate Adjustment, and shall thereafter timely pay to UHA the Premium Rate Adjustment.  UHA reserves the right to provide a new rate proposal to the Member Group's who have not had an active Group Agreement for a period of more than 30 days.

G.    ENROLLMENT, ELIGIBILITY AND COVERAGE RIGHTS OF ELIGIBLE PERSONS:

Additional terms governing enrollment, eligibility and coverage of Eligible Persons are set forth in the Eligibility and Enrollment Section of the Medical Benefits Guide and any addendums, endorsements and/or riders in Attachment B.

# ATTACHMENT D
## <u>Notice of Privacy Practices</u>

*UNDER SEPARATE COVER*



700 Bishop Street, Suite 300
Honolulu, HI 96813.4100
T 808.532.4000
F 866.572.4393
uhahealth.com

**NOTICE OF PRIVACY PRACTICES**

### Effective 12/01/2017

**This Notice Describes How Medical Information About You May Be Used And Disclosed And How You Can Get Access To This Information**
*Please Review It Carefully*

**What Is This Notice?**
This Notice tells you
- How UHA handles your health information;
- How UHA uses and gives out your health information;
- UHA's responsibilities in protecting your health information; and
- Your rights concerning your health information

**What Health Information Is Protected?**
Protected Health Information is information that we have created or received regarding your health or payment for your health care. It includes your medical record, health plan billing information, and personal information such as your name, address, social security number and telephone number. Information regarding mental health, drug and alcohol treatment, HIV+/AIDS, and some communicable diseases is subject to even more stringent privacy protections under Hawai`i law and might require your specific authorization before being released or provided to us.

**What Are UHA's Responsibilities to You With Respect to Your Protected Health Information?**
Your Protected Health Information is personal and UHA protects its privacy. We protect it in all places where we use it or store it. UHA uses the least amount of Protected Health Information necessary to do our work and we have policies about physically and electronically safeguarding your information. These policies comply with state and federal laws. UHA is required by law to maintain the privacy of Protected Health Information, provide you with this Notice, and abide by the terms of this Notice, as long as it is in effect. In addition, the security provisions of the Health Insurance Portability and Accountability Act ("HIPAA") require us to notify you in the event there is a breach of your unsecured Protected Health Information.

**HOW UHA USES YOUR HEALTH INFORMATION**
UHA may disclose your Protected Health Information without your written authorization if necessary while providing you health plan benefits. We may disclose your Protected Health Information for the following purposes:

**Treatment Purposes**
*Treatment Facilitation*
UHA uses your health information and communicates with your health care providers to decide which medical treatment(s) may be covered by your health plan. UHA may contact you to provide information about treatment alternatives or other health-related benefits and services that may be of interest.

**Payment Purposes**
*Payment of Claims*
Example A: The claim form your provider sends us contains health information so that we can pay for the services provided.
Example B: We send "Explanation of Benefits" statements to the health plan subscriber. These statements show the date(s) services were rendered, provider's name, submitted charges, eligible charges, and amounts for which the patient is responsible.
Example C: We may share information to coordinate benefits with other coverage you may have.

**Health Care Operations Purposes**
- *Reviewing health care given or to be given to members*
  Example A: Health Care Services. UHA may use your medical information to review services or approve authorizations for medical treatment. We may give out information to others for disease management and prevention programs.
  Example B: Quality Assurance. UHA may use and give out health information to help providers improve the care they give you. This includes looking at and checking the treatment and services you receive.
- *Reviewing the use of benefits by members*
  Example: Appeals. You or your authorized representative may appeal a UHA decision. The information the Appeals Committee, our consultants, lawyers, and any outside review agency use to evaluate the appeal may include your medical records.
- *Risk Management Services*
  Example: UHA may evaluate health information provided by you (sometimes through your employer or your employer's insurance broker) to determine applicable premium rates. However, UHA is prohibited from using or disclosing genetic information for underwriting purposes.

- *Business Operations*
  Example: UHA may use and disclose your Protected Health Information to our business associates in order to administer our business operations. These may include providers of health care services, reinsurers, auditors, software vendors, and attorneys. For example, Protected Health Information may be shared with our legal counsel to enable us to receive legal advice or to represent us in legal proceedings regarding our health care operations. Protected Health Information may also be shared in a potential merger or acquisition involving our business, to allow an informed business decision about any prospective transaction. We may share information with healthcare oversight agencies that audit, review, or investigate our business to ensure we are complying with state and federal law. We limit the information we share to the minimum necessary and to make sure that these entities protect the health information that we share.

**Other Uses of Protected Health Information**

UHA may also disclose your Protected Health Information without your written authorization for other purposes, as permitted or required by law. This includes:

- Individuals Involved in Your Care or Payment for Your Care and Notification:  Unless you object, we may disclose to a member of your family, a relative, a close friend, or any other person you identify, information that directly relates to that person's involvement in your health care. We also may give information to someone who helps pay for your care.
- Research.  We may want to use and disclose Protected Health Information about you for research purposes, for example, comparing the effectiveness of one medication over another. If any research project uses your PHI, we will either obtain an authorization directly from you or ask an Institutional Review or Privacy Board to waive the authorization requirement, based on assurances that the researchers will adequately protect your Protected Health Information.
- To Avert a Serious Threat to Health or Safety.  We may use and disclose Protected Health Information about you when necessary to prevent a serious threat to your health and safety or the health and safety of the public or another person, such as if you threaten violence to a family member, we may report to the police to protect the family member, in accordance with law.
- Specialized Government Functions.  If you are a member of the armed forces or are separated or discharged from military services, we may release Protected Health Information about you as required by military command authorities or Veterans Affairs. We may release information for national security, intelligence activities, foreign military authority requirements, and protective services for the President and others to the extent authorized by law.
- Health Oversight Activities.  We may disclose Protected Health Information to a health oversight agency for activities authorized by law. These oversight activities include, for example, audits, investigations, inspections, and licensure. These activities are necessary for the government to monitor the health care system, government programs, and compliance with civil rights laws.
- Public Health Activities.  We may disclose Protected Health Information about you for public health activities. For example, these activities include to prevent or control disease; to report births, deaths, child or vulnerable adult abuse or neglect, domestic violence or other violent injuries, reactions to medications or product injuries or recalls; and for organ donation.
- Judicial and Administrative Proceedings.  If you are involved in a lawsuit or a dispute, we may disclose Protected Health Information about you in response to an order issued by a court or administrative tribunal; or pursuant to a legally authorized request, such as a subpoena, discovery request, or other lawful process, so long as the person requesting the information has complied with HIPAA requirements to notify you and provide you a reasonable time for objections, or made reasonable efforts to obtain an order protecting the information requested.
- Law Enforcement Purposes.  We may release Protected Health Information if asked to do so by a law enforcement official. For example, this may occur in response to a court order, subpoena, warrant, summons or similar process. Such releases of information will be made only after efforts have been made to tell you about the request and you have time to obtain an order protecting the information requested, unless otherwise provided by law.
- Coroners, Health Examiners and Funeral Directors.  We may release Protected Health Information to a coroner or health examiner, for example, if necessary to identify a deceased person or determine the cause of death, or to funeral directors as necessary to carry out their duties.
- Inmates.  If you are an inmate of a correctional institution or under the custody of a law enforcement official, we may release Protected Health Information about you to the correctional institution or law enforcement official, such as for the institution to provide you with healthcare, or protect your health and safety or the health and safety of others.
- As Required By Law.  We will disclose Protected Health Information about you when required to do so by federal, state, or local law, such as in compliance with a court order requiring us to do so.
- Plan Sponsors.  We may share summary health information and enrollment and disenrollment information with your group health plan sponsor, such as an employer or other entity that is providing a group health plan to you. In addition, we may share your Protected Health Information with the plan sponsor for plan administration purposes if the plan sponsor has agreed to certain restrictions on how it will use or disclose the Protected Health Information (such as agreeing not to use the Protected Health Information for employment-related actions or decisions).

**Uses and Disclosures of Your Protected Health Information by UHA That Require Us to Obtain Your Authorization**

Except for the purposes listed above, we will use and disclose your Protected Health Information only with your written authorization. UHA will not sell the Protected Health Information we maintain about you without your written authorization. Most uses and disclosures of Protected Health Information for UHA's marketing purposes require your written authorization. You may revoke a signed authorization in writing at any time. A revocation, however, may not affect persons who have already released information based upon your earlier authorization.

If you have questions about this Notice or would like UHA to disclose your Protected Health Information to someone you designate, please request an authorization form by calling UHA Customer Services at 532.4000 from Oahu or 1.800.458.4600 (toll-free) from the Neighbor Islands, or write to:

UHA Privacy Officer
700 Bishop Street, Suite 300
Honolulu, HI 96813

**Your Rights Regarding Your Protected Health Information**
UHA wants you to know your rights regarding your Protected Health Information and your dependent's Protected Health Information.  You have the right to:

- Ask that we limit the way we use or disclose your Protected Health Information for treatment, payment, or health care operations. You may also ask that we limit the information we give to someone who is involved in your care, such as a family member or friend. For example, if you are a dependent on an account and do not wish your payment information in an "Explanation of Benefits" statement to be provided to the subscriber of the account, you may request that such information be restricted. Such restriction requests must be made in writing. Please note that we are not required to agree to your request. If we do agree, we will honor your limits, unless it is an emergency situation.

- Ask that we communicate with you in a certain way if you tell us that communication in another manner may endanger you. For example, if you want us to communicate to you by telephone and not in writing or at a different address, we can usually accommodate that request. We may ask that you make your request to us in writing.

- Look at or request a copy of your Protected Health Information. We may ask you to make this request in writing and we may charge you a reasonable fee for the cost of producing and mailing the copies. For any electronic health records we maintain about you, you may request that we provide the information in paper or electronic format.  We may charge a reasonable fee for the cost of providing the electronic information for our labor and supply costs in responding to the request.  In certain situations, we may deny your request and will tell you why we are denying it. In some cases you may have the right to ask for a review of our denial.

- Ask UHA to amend certain Protected Health Information about you that you feel is incorrect or incomplete. Your request for amendment must be in writing and must provide the reason for your request. In certain cases, we may deny your request, in writing. You may respond by filing a written statement of disagreement with us and ask that the statement be included in your Protected Health Information.

- Seek an accounting of certain disclosures by asking UHA for a list of the times that we have disclosed your Protected Health Information. This list will not include disclosures you authorized or those made for treatment, payment, or health care operations. Your request must give us the specific information we need in order to respond to your request. You may request an accounting of disclosures made up to six years prior to your request. You may receive one list per year at no charge. We may charge you a reasonable fee for responding to additional requests.

- File a complaint if you think your privacy rights have been violated or if you are dissatisfied with our breach notification policies or procedures. You may file a written complaint to the UHA Privacy Officer at the address listed above. You may also file a complaint with the Secretary of the U.S. Department of Health and Human Services. UHA will not retaliate against you or your dependents if you file a complaint.

**Changes To UHA's Privacy Practices**
We reserve the right to change the terms of this Notice at any time. The revised Notice would apply to all the Protected Health Information that we maintain. If we change any of the practices described in this Notice, we will post the revised Notice on our Website. Member Groups will be provided a current copy upon contract renewal every year. You may request a paper copy of this Notice to be faxed or mailed to you by UHA at any time.

HIP-0069-092217

EXHIBIT "C"





**UHA** HEALTH INSURANCE

Better Health • Better Life

# UHA 600

Preferred Provider Plan
Medical Benefits Guide

January 2019

# TABLE OF CONTENTS

SECTION 1:    GENERAL INFORMATION .................................................................................................. 1

SECTION 2:    ELIGIBILITY AND ENROLLMENT RULES ........................................................................ 6

SECTION 3:    PAYMENT INFORMATION ............................................................................................ 10

SECTION 4:    SUMMARY OF BENEFITS AND PAYMENT OBLIGATIONS ........................................... 12

SECTION 5:    DESCRIPTION OF BENEFITS ....................................................................................... 20

      A.    PREVENTIVE CARE SERVICES .......................................................................... 20
      B.    DISEASE MANAGEMENT PROGRAMS ............................................................. 21
      C.    PHYSICIAN SERVICES ...................................................................................... 22
      D.    SURGICAL SERVICES ....................................................................................... 23
      E.    HOSPITAL SERVICES ....................................................................................... 24
      F.    SKILLED NURSING FACILITY SERVICES ........................................................... 26
      G.    HOME HEALTH CARE AND HOSPICE SERVICES ............................................. 26
      H.    DIAGNOSTIC TESTING, LABORATORY AND RADIOLOGY SERVICES ............... 27
      I.    CHEMOTHERAPY AND RADIATION THERAPY ................................................ 28
      J.    ORGAN TRANSPLANT SERVICES ..................................................................... 28
      K.    MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES ................................... 30
      L.    SPECIFIC BENEFITS FOR CHILDREN ............................................................... 31
      M.    SPECIFIC BENEFITS FOR WOMEN .................................................................. 31
      N.    SPECIFIC BENEFITS FOR MEN ........................................................................ 33
      O.    SPECIFIC BENEFITS FOR MEMBER AND COVERED SPOUSE .......................... 33
      P.    SPECIFIC BENEFITS FOR DIABETES ................................................................ 34
      Q.    COMPLEMENTARY ALTERNATIVE MEDICINE ................................................ 34
      R.    OTHER MEDICAL SERVICES ........................................................................... 35

SECTION 6:    SERVICES NOT COVERED ........................................................................................... 40

SECTION 7:    HEALTH CARE SERVICES PROGRAM ......................................................................... 46

SECTION 8:    FILING CLAIMS FOR PAYMENT .................................................................................. 53

SECTION 9:    IF YOU DISAGREE WITH OUR DECISION ................................................................... 55

SECTION 10:    COORDINATION OF BENEFITS & THIRD PARTY LIABILITY......................................... 61

SECTION 11:    OTHER PLAN PROVISIONS ....................................................................................... 66

GLOSSARY OF IMPORTANT TERMS ............................................................................................ 72

Exhibit C - Page 41

# SECTION 1:  GENERAL INFORMATION

**About this Plan**

UHA 600 represents a major advance in health care coverage in Hawaii through its focus on keeping you healthy and well.  Many wellness services are covered at little or no cost to you, emphasizing the prevention and early detection of serious diseases such as cancer and heart disease, plus identification and treatment of risk factors for life-threatening and disabling diseases.

In addition, the plan provides you with the following tools you need to get well and stay well:
• Nutritional counseling programs for disease management
• Smoking cessation program
• Diabetes self-management training and education
• Asthma education program

These programs are offered to you at no cost—they're fully covered by the Plan.  At the same time, you'll enjoy the traditional benefits, which protect you against financial loss from illness or injury.

UHA is committed to improving the quality of your life by improving your health.

**About this Booklet**

This booklet provides you with all the necessary information about your UHA health benefits plan.  Please review it so you understand how your plan works and keep it handy for reference.

**How to Contact UHA**

Should you ever have any questions about your plan, please contact us:

<u>By phone</u>:   Please call Customer Services at 532-4000 from Oahu, or 1-800-458-4600 (toll-free) from the neighbor islands

<u>By fax</u>:   (866) 572-4393

<u>By mail</u>:   UHA
Attn.: Customer Services
700 Bishop Street, Suite 300
Honolulu, HI 96813

<u>On the web</u>:   uhahealth.com for access to information on benefits and frequently asked questions, to look up the names and addresses of participating providers, or to submit a question to us

**Definitions**

Important terms used in this booklet will appear in **bold** the first time they are used.  Definitions of these terms are included in the glossary at the end of the booklet for easy reference.

We use the terms **You** and **Your** to mean you and your family **Members** who are eligible for coverage under this **Agreement**.  We use the terms **We, Us** and **Our** to mean UHA.

**Your PPO Medical Plan**

Your UHA **Plan** is a Preferred Provider Organization (PPO) plan that provides flexibility in the way you obtain your medical **Benefits**.  Your opportunity to take an active role in your health care decisions makes this coverage special.  In general, you will experience the lowest out-of-pocket costs when you obtain services from a **UHA Participating Provider**.

**Categories of Providers**   The payment made by this plan and the **Co-payment** amount that you must pay depend on the category of provider from whom you receive services.  A **Provider** may be "**Participating**" with UHA or "**Non-Participating**."

**Participating** means that a **Physician, Hospital**, or other licensed health care provider has signed a contract with UHA to provide benefits under this plan.  The contract requires that the provider collect only:
(a)   the **Eligible Charge** paid by UHA for the **Covered Services** delivered
(b)    the applicable co-payment
(c)   billed charges for non-covered services
(d)   the applicable state excise tax, based on the eligible charge

Participating providers also agree to participate in and abide by UHA's credentialing, quality improvement and utilization management programs.

There are many participating providers throughout Hawaii.  Please refer to the UHA Participating Physicians and Health Care Provider Directory for a listing.  If you did not receive a Directory at the time of your enrollment, please call Customer Services and we will send one to you without charge.  This listing may have changed since the date of printing, therefore, it is always a good idea to check with the provider to make sure he or she is still participating with this plan.  A Directory is also available on UHA's website at uhahealth.com.

It is also important to understand that a specific physician or other provider may be a participating provider at one office location, but be Non-Participating at another location.  Additionally, a hospital may be a participating hospital, but some of the physicians or other individual licensed providers who practice at that hospital may not be participating providers with UHA.  It is always a good idea to verify that each provider is participating with UHA before you receive services, in order to help minimize your health care costs.

**Using Non-Participating Providers**   A **Non-Participating Provider** is any health care provider who does not have a contract with us to participate with this plan, including out-of-state providers.

You may visit a provider that is not participating with UHA.  UHA will pay you the eligible charge for <u>covered</u> services less your co-payment or **Coinsurance**, and the payment will be made directly to the subscriber of the plan.  You will then pay the provider the total charge (which includes any difference between UHA's payment and the total **Actual Charge**) plus the applicable taxes for each service.  UHA has no contract with non-participating providers to guarantee the amount of charges you are assessed.  UHA does not recognize assignment of benefits to non-participating providers.  At our sole discretion, however, we will make payments directly to non-participating hospitals for **Inpatient** services.

*Please note*: Your participating provider may refer services to a non-participating provider and you may incur a higher out-of-pocket expense.  For example, your participating provider may send you to a Non-Participating specialist for additional care.  You can ask for your referral to be to a participating provider to help minimize your health care costs.

**Referrals to Specialists**   Remember, if you are referred to a specialist who is a UHA participating physician, your cost for the office visit will be the 10% coinsurance, plus the applicable excise tax and charges for non-covered services.  If the physician does not participate with UHA, UHA will pay the eligible charge for <u>covered</u> services less your applicable co-payment or coinsurance and the payment will be

made directly to you.  You will also be responsible for any difference between the eligible charge and the amount charged by the specialist, plus the applicable taxes.

**Services Outside the Service Area**

The **Service Area** for this plan is the State of Hawaii.

UHA has an agreement with a mainland contractor to help you control your health care expenses in the event of a travel **Emergency**.  A travel emergency is a medical emergency that occurs while you are traveling outside of the Service Area.  For example, a member suffers a broken limb while vacationing in Las Vegas.  Treatment for a condition which occurred or was diagnosed before your trip will be subject to the same **Prior Authorization** requirements as any non-emergent treatment outside of the State of Hawaii.

UHA reserves the right to modify the agreement with the mainland contractor which may affect coverage for services.  Please check with UHA before you travel to determine the extent of coverage through the mainland contractor in the area you are visiting.  For a complete list of facilities that are not contracted, please visit our website at uhahealth.com under "Search Mainland Provider."  Note that the agreement between UHA and the mainland contractor does not include coverage for Vision, Chiropractors, and Acupuncturists.

The agreement between UHA and the mainland contractor also covers medical care provided on the mainland to:
1. your dependent children less than 26 years of age who reside on the mainland;
2. you and your Qualified Dependents if your employer requires that you reside on the mainland; and
3. you and your Qualified Dependents who reside on the mainland during any period of continued coverage under COBRA.

If you have two addresses, UHA will only recognize the Hawaii address which provides coverage in the Plan's Service Area.

The following require Prior Authorization (Section 7: Health Care Services Program):
- If you are a Hawaii resident and require medical services that are not available in Hawaii, your physician should contact us for an authorization for a referral to a mainland provider
- Hawaii residents seeking services or procedures on the mainland when clinically similar services are performed and available in Hawaii
- Mainland residents seeking elective ASC or hospital based procedures, or any advanced imaging

If it is reasonable for you to receive elective services in Hawaii, but you elect to have the service performed on the mainland, then services obtained from providers participating with the mainland contractor may be paid at the non-participating provider benefit level, and you will be responsible for the provider's charges in excess of UHA's payment.  Please refer to UHA's "Referrals for Out-of-State Services" policy on UHA's website for more information.

Services received beyond the mainland, such as in a foreign country, are not covered except in the event of a travel emergency.

| | |
|---|---|
| **Important Questions To Ask When You Receive Care** | The benefits that this plan pays when you receive medical services depend on the answers to several questions.  It is a good idea to keep these in mind when you seek medical care. |

1. Is the service a **Covered Service**?  To receive benefits, the care you receive must be a covered service.  Please refer to <u>Section 5: Description of Benefits</u> and to <u>Section 6: Services Not Covered</u> for information on what services are covered and not covered.
2. Is the provider a participating provider with this plan?  The amount this plan pays and the amount you must pay depends on whether the provider of service is a participating provider.  Please refer to the headings above about Participating and non-participating providers.  You should always verify that the provider you see is a participating provider, in order to help minimize your health care costs.
3. Is the care **Medically Necessary,** is it a **Covered Service,** and does it meet our **Payment Determination Criteria**?  Please refer to <u>Section 7: Health Care Services Program</u> for the definition of medically necessary and our payment determination criteria.
4. Is the service subject to **Prior Authorization** requirements?  Some services require prior authorization by us and for those services you must obtain prior authorization.  Please refer to <u>Section 7: Health Care Services Program</u> for information on prior authorization requirements.
5. Is the service subject to a **Maximum Benefit** Limit?  Certain services may have a maximum limit on the dollar amount, the number of visits, or other limitation.  Information on benefit maximums appears in <u>Section 3: Payment Information</u> and <u>Section 5: Description of Benefits</u>.
6. Is the provider of the service qualified and a recognized provider?  To determine if a provider is qualified and recognized, we consider some or all of the following:
   - Is the provider appropriately licensed?
   - If a facility, is the provider accredited by a recognized accrediting agency?
   - Is the provider qualified under the requirements of the federal Medicare program?
   - Is the provider certified by the appropriate government authority?
   - Are the services rendered within the lawful scope of the provider's licensure, certification, or accreditation?
7. Did a provider order the care?  To be covered, all services and supplies must be ordered by a recognized provider.

| | |
|---|---|
| **Our Agreement With You** | The Agreement for coverage of medical services between you and us is contained in all of the following: |

1. this "Medical Benefits Guide" booklet
2. any application form or enrollment form you submitted to us
3. the agreement between your employer or plan sponsor and us

We will interpret the provisions of this Agreement and determine all questions that arise under it.  Our interpretations, determinations and decisions on these matters are subject to de novo review by an impartial reviewer as provided in the Agreement or as allowed by law.  If you disagree with us, you have the right to appeal (see <u>Section 9: If You Disagree With our Decision</u>).

No oral statement of any person shall modify or otherwise affect the benefits, limitations, exclusions, or other terms of this Agreement, convey or void any coverage, or increase or reduce any benefits under this Agreement.

| | |
|---|---|
| **Governing Law** | To the extent not superseded by the laws of the United States, this coverage will be construed in accord with and governed by the laws of the State of Hawaii.  Any action brought because of a |

claim against this coverage will be litigated in the state or federal courts located in the State of Hawaii and no other.

**Payment in Error**

If for any reason we made a payment under this coverage in error, we may recover the amount we paid.

**Non-Assignment of Benefits**

Benefits for covered services under this Agreement cannot be transferred or assigned to anyone except as required by law.  Any attempt to transfer or assign this coverage or rights to payment to anyone will be void.

## SECTION 2:  ELIGIBILITY AND ENROLLMENT RULES

This section contains information about your eligibility for coverage and how to enroll yourself and your **Dependents.**

| | |
|---|---|
| **Eligibility for Coverage** | You may apply for coverage under this plan when you first become eligible for coverage based on our agreement with your employer.  If you do not apply for coverage when you first become eligible, or by the first day of the month immediately following the first four consecutive weeks of employment, you must wait until the next open enrollment period.  Open enrollment happens once each year.  However, if you show us to our satisfaction that there was unusual and justifiable cause for submitting your application late, you may enroll sooner. |
| **Categories of Enrollment** | Depending on our Agreement with your employer, you may enroll in one of the following categories of enrollment:<br>• single coverage, meaning that you are the only person covered<br>• two-party coverage, meaning that you and one eligible Dependent, such as your **Spouse, or Civil Union partner,** or dependent child, are covered<br>• family coverage, meaning that you and two or more eligible dependents described below, such as your Spouse or Civil Union partner and/or eligible dependent children, are covered |
| **Initial Enrollment** | You apply for coverage by completing and submitting an enrollment form to your employer.  The enrollment form must include the names of any Dependents you wish to include in this coverage. If you do not submit the names of your Dependents on the enrollment form, you must wait until the next open enrollment period to enroll the Dependents. |
| **Enrolling a New Spouse or Civil Union Partner** | If you marry or enter into a Civil Union partnership during the plan year, you may enroll your Spouse or Civil Union partner prior to the next open enrollment by notifying your employer within 31 days of the marriage or Civil Union partnership.  Your employer, in turn, must promptly notify us.  If you do not enroll your Spouse or Civil Union partner within 31 days, you must wait for the next open enrollment period. |
| **Enrolling Children** | You may enroll a child if the child meets all of the following requirements:<br>• the child is your natural child, your legally adopted child, your stepchild, a child placed with you for adoption, or a child for whom you or your Spouse or Civil Union partner are the court-appointed guardian<br>• the child is under 26 years of age |
| **Enrolling Newborns or Newly Adopted Children** | You may enroll a newborn or newly adopted child by notifying your employer within 31 days of the birth or adoption placement.  Your employer, in turn, will notify us.  If you do not enroll the child within 31 days of birth or adoption, you must wait for the next open enrollment period. |
| **Children With Special Needs** | You may enroll your child who is age 26 or over if he or she is disabled by providing us with written documentation acceptable to us demonstrating that:<br>• the child is incapable of self-sustaining support because of a physical or mental disability<br>• the child's disability existed before the child turned 26 years of age<br>• the child relies primarily on parent or legal guardian, who is a UHA member, for support and maintenance as a result of his or her disability<br>• the child is enrolled with us under this coverage or another qualified health insurance coverage, and has had no break in health insurance coverage since before the child's 26th birthday |

- the child has obtained a Social Security disability certification letter or identification card from Centers of Medicare & Medicaid Services (CMS).

Member must provide this documentation to us within 31 days of the child's 26th birthday and subsequently at our request, but not more frequently than annually.

**Qualified Medical Child Support Order**

Any claim for benefits with respect to a child covered by a Qualified Medical Child Support Order ("QMCSO") may be made by the child or by the child's custodial parent or court-appointed guardian. Any benefits otherwise payable to the member with respect to any such claim shall be payable to the child's custodial parent or court-appointed guardian.

If you would like more information about how UHA handles QMCSOs, you may request a copy of UHA's procedures governing QMCSO determinations. A copy will be mailed to you without charge.

**Identification Card**

When you enroll with UHA, you will receive UHA Identification Cards for yourself and any Dependents enrolled. It is a good idea to carry your UHA Identification Card at all times to ensure you have your health plan information in case of an emergency.

Each time you visit your doctor or other health care provider, you should present your Identification Card. It includes the following information:
- employer group number
- member name
- member identification number
- codes for your plan benefits

The provider requires this information to submit a **Claim** for payment to us.

**When Your Coverage Begins**

This coverage takes effect on your **Effective Date** as determined by our Agreement with your employer, provided that you meet eligibility criteria set forth above and all of the following are met:
- your initial dues were paid by your employer
- we accepted your application by sending you an Identification Card

If you are confined in a hospital or other inpatient facility at the time this coverage begins and you had no other insurance or coverage immediately prior, then coverage for the hospitalization begins on the Effective Date of this coverage. If you had other insurance or coverage immediately prior, then coverage for the hospitalization begins either (a) on the effective date of this coverage, or (b) on the day after your discharge from the hospital. We will work with your prior insurer or coverage to determine which option applies to you. This limitation does not apply to you if you had coverage with us prior to the effective date of this coverage.

| | |
|---|---|
| **When Coverage Ends** | Your coverage will end on the last day of the month in which any of the following occurs: |

- you choose to terminate this coverage; in this case you must notify your employer before the end of the month
- your employer fails to make payments to us when due
- your employer decides to discontinue this coverage
- we terminate our Agreement with your employer by providing written notice to your employer 60 days prior to termination
- for you, the subscriber, if you retire or otherwise terminate your employment
- for your Spouse or Civil Union partner, if your coverage terminates or upon dissolution of the marriage or Civil Union partnership
- for your children, if your coverage terminates, or if the child no longer meets the criteria described under the heading "Enrolling Children"

However, coverage will not be cancelled unless the employer and Director of the Hawaii Department of Labor and Industrial Relations has received notice of the intent to cancel from us at least 10-days prior to the specified date of cancellation.

See also provisions below regarding Termination for Fraud and Eligibility and Termination Rules for **Member Groups**.

| | |
|---|---|
| **Notifying Us When Your Child's Eligibility Ends** | You must inform your employer in writing if a child no longer meets the eligibility requirements. This notice must be made on or before the first day of the month following the month the child no longer meets the requirements.  Your employer must promptly notify us. |

If you fail to provide notice that your child is no longer eligible and we make payments for services on his or her behalf, you must reimburse us for the amount we paid.

| | |
|---|---|
| **Termination for Fraud** | Your eligibility for coverage will end if you or your employer use this coverage fraudulently or intentionally misrepresent or conceal material facts on your enrollment form or in any claim for benefits. |

If we determine that you or your employer has committed fraud or made an intentional misrepresentation or concealment of material facts, we will provide you written notice 30 days prior to prospective or retrospective termination of coverage.  You have the right to appeal our determination; please refer to <u>Section 9: If you Disagree with our Decision</u> for information about the appeals process.

If your coverage is terminated for fraud, misrepresentation, or the concealment of material facts:

- we will not pay for any services or supplies provided after the date the coverage is terminated
- you agree to reimburse us for any payments we made under this coverage
- we will retain our full legal rights; this includes the right to initiate a civil action based on fraud, concealment, or misrepresentation

If a person not eligible for enrollment is erroneously or fraudulently enrolled for UHA coverage, UHA reserves the right to cancel such enrollment and seek repayment of any medical expenses paid on behalf of the ineligible person.

**Eligibility and Termination Rules for Member Groups**

**Member Groups** must:
1. engage in business in Hawaii;
2. have a General Excise Tax License and Department of Labor number; and
3. deduct FICA taxes from enrolled employees.

A Member Group who fails to maintain such eligibility requirements at any time during the term of this Agreement shall be deemed ineligible and terminated from enrollment in the Health Plan at the end of the month in which such ineligibility occurs.

## SECTION 3:  PAYMENT INFORMATION

This section provides information about how we make payments under this plan and how your responsibility for payment is determined.

| | |
|---|---|
| **Annual Deductible** | This plan has no annual deductible. |
| **Eligible Charge** | We determine our payment and your co-payment based on the eligible charge for a covered service.  The eligible charge for some services may be a per case, per treatment, or per day (per diem) fee, rather than an itemized amount (fee for service). |

**Eligible Charge**

We determine our payment and your co-payment based on the eligible charge for a covered service.  The eligible charge for some services may be a per case, per treatment, or per day (per diem) fee, rather than an itemized amount (fee for service).

1. For participating providers, the eligible charge for covered services is a contracted rate with UHA.
2. For non-participating providers, the eligible charge for covered services will be the lesser of the following charges:
   - UHA's determination of an eligible charge for a covered service
   - the actual charge to you

Participating providers agree to accept the eligible charge for covered services; non-participating providers usually do not.  Therefore, if you receive services from a non-participating provider, you are responsible for the amount of your co-payment plus any difference between the eligible charge and the provider's actual charge.

The eligible charge does not include excise tax or any other tax.  You are responsible for paying all taxes associated with the medical services you receive.

Example:  Let's say you have a sore throat and go to a participating physician to have it checked.
- the physician's submitted or actual charge = $100
- UHA's eligible charge = $60
- your co-payment = 10% of the eligible charge or $6
- the difference between the submitted or actual charge and the eligible charge = $40
- you owe $6; **Please note:** If you went to a non-participating provider you would owe the co-payment amount of $18 plus the $40 difference between the actual charge and the eligible charge, a combined total of $58

**Co-payment**

Co-payment is the amount of the eligible charge you pay for a covered service.  It can be a fixed dollar amount (for example, $10 co-payment for a visit to your Participating Chiropractic Physician) or a percentage of the eligible charge (for example, 10% of the eligible charge if you utilize services from a Participating hospital).

Please remember that when you receive services from a non-participating provider, you are responsible for the co-payment amount plus any difference between the eligible charge and the provider's actual charge (plus any applicable taxes).

**Maximum Benefits**

Please note that certain benefits have annual maximums.  For example, home health care is limited to 150 visits per **Calendar Year**.  There are no annual or lifetime maximum benefits for this plan.

*Claims and Payment for Services*

If you are covered under this Agreement and you were provided benefits under any other health plan of UHA, those benefits shall be carried forward and applied to any maximum benefits available under this Agreement.

**Annual Maximum Out-of-Pocket**

When the total of your co-payments and coinsurance amounts reach $2,500 per person, or $7,500 per family, in any calendar year, this plan pays 100% of the eligible charge for covered services rendered for the rest of that calendar year for medical care.

However, the following payments do not apply toward meeting the **Annual Maximum Out-of-Pocket**:

- when you receive services from a non-participating provider, any difference you pay between the eligible charge and the provider's actual charge
- penalties for not obtaining prior authorization (see Section 7: Health Care Services Program for services subject to prior approval)
- your co-payments for prescription drugs and vision benefits if your employer offers these additional benefits
- your co-payments for Chiropractic and Acupuncture benefits
- if a service is subject to a maximum limitation and you have reached that maximum, any amounts that you pay after meeting the maximum (benefit maximums are listed in the benefits descriptions in Section 5: Description of Benefits)
- your payments for non-covered services

**Services Outside the Service Area**

For covered services rendered outside the service area (the State of Hawaii), we will pay benefits as provided in this Agreement, but in no event will the eligible charge for such covered services exceed the eligible charge for similar services rendered in the State of Hawaii.

If you receive care on the mainland, your plan coverage may be significantly less than if you receive care within Hawaii.  This may result in high out-of-pocket costs to you.  Please contact the Health Care Services Department at 532-4006 (or 1-800-458-4600 from the Neighbor islands) for questions about out-of-state care.

Services received beyond the mainland are not covered except in the event of a travel emergency.

# SECTION 4:  SUMMARY OF BENEFITS AND PAYMENT OBLIGATIONS

This section provides a summary of the benefits available under this Agreement and identifies your payment obligations for the covered services depending on whether you receive them from a participating or non-participating provider.  **This summary of benefits below is subject to the description of benefits and related limitations of benefits in Section 5 and the exclusions in Section 6.**

**Prior Authorization** is required for some services.  From time to time, it is necessary to change our prior authorization requirements so that benefits remain current with the way therapies are delivered.  Changes may occur any time during your plan year.  Please call UHA's Health Care Services department at 532-4006 (or 1-800-458-4600 from the neighbor islands) to see if a service has been added to or deleted from the list in this Guide.

Please remember that in addition to the payment amounts shown in this section, you are responsible for:
1. payment of all applicable taxes and non-covered services charged by the provider
2. if you see a non-participating provider, any difference between the eligible charge and the Actual Charge made by the provider, in addition to the co-payment amount listed

| A.   PREVENTIVE CARE SERVICES | Participating Provider YOU PAY | Non-Participating Provider YOU PAY |
|---|---|---|
| Well Child Care Physician Office Visits | No Co-payment | No Co-payment |
| All ACIP (Advisory Committee on Immunization Practices) recommended Childhood Immunizations | No Co-payment | No Co-payment |
| Well Child Care Laboratory Tests (Newborn through 5 years old) | No Co-payment | No Co-payment |
| Preventive Medicine Office Visit | No Co-payment | No Co-payment |
| Well Woman Exam | No Co-payment | No Co-payment |
| Screening Laboratory Services - Outpatient | No Co-payment | No Co-payment |
| All ACIP recommended Adult Immunizations | No Co-payment | No Co-payment |
| Mammography for Breast Cancer Screening | No Co-payment | No Co-payment |
| Cervical Cancer Screening (Pap Smear) | No Co-payment | No Co-payment |
| Chlamydia Screening | No Co-payment | No Co-payment |
| Osteoporosis Screening (Peripheral DEXA Scan or Ultrasound of the heel) | No Co-payment | No Co-payment |
| Colorectal Cancer Screening | No Co-payment | No Co-payment |

*Summary of Benefits and Payment Obligations*

| B.   DISEASE MANAGEMENT PROGRAMS | Participating Provider YOU PAY | Non-Participating Provider YOU PAY |
|---|---|---|
| Smoking Cessation Program | No Co-payment | No Co-payment |
| Nutritional Counseling Programs | No Co-payment | No Co-payment |
| Asthma Education Program | No Co-payment | No Co-payment |
| Diabetes Self-Management Training and Education Program | No Co-payment | No Co-payment |

| C.   PHYSICIAN SERVICES | Participating Provider YOU PAY | Non-Participating Provider YOU PAY |
|---|---|---|
| Anesthesia | 10% of Eligible Charge | 30% of Eligible Charge |
| Physician Visits:<br>• Office<br>• Hospital (inpatient or outpatient) | 10% of Eligible Charge | 30% of Eligible Charge |
| Emergency Room Physician Visits | 10% of Eligible Charge | 10% of Eligible Charge |
| Second Opinions<br>**Prior Authorization required for opinions rendered by out-of-state providers** | No Co-payment | No Co-payment |
| Consultations | 10% of Eligible Charge | 30% of Eligible Charge |

| D.   SURGICAL SERVICES<br>**(Certain Surgical Services may require Prior Authorization)** | Participating Provider YOU PAY | Non-Participating Provider YOU PAY |
|---|---|---|
| Assistant Surgeon | 10% of Eligible Charge | 30% of Eligible Charge |
| Cutting and Non-Cutting Surgery, inpatient | 10% of Eligible Charge | 30% of Eligible Charge |
| Cutting and Non-Cutting Surgery, outpatient | 10% of Eligible Charge | 30% of Eligible Charge |
| Surgical supplies | 10% of Eligible Charge | 30% of Eligible Charge |

| E.   HOSPITAL SERVICES | Participating Provider YOU PAY | Non-Participating Provider YOU PAY |
|---|---|---|
| Ambulatory Surgical Center (ASC) | 10% of Eligible Charge | 30% of Eligible Charge |
| Hospital Room and Board | 10% of Eligible Charge | 30% of Eligible Charge |
| Special Care Units (such as coronary care, intensive care, telemetry, or isolation) | 10% of Eligible Charge | 30% of Eligible Charge |

*Summary of Benefits and Payment Obligations*

| | | |
|---|---|---|
| Hospital Ancillary Services | 10% of Eligible Charge | 30% of Eligible Charge |
| Emergency Room<br>**For emergencies only** | 10% of Eligible Charge | 10% of Eligible Charge |

| **F.   SKILLED NURSING FACILITY SERVICES** | **Participating Provider<br>YOU PAY** | **Non-Participating Provider<br>YOU PAY** |
|---|---|---|
| Room and Board (up to 120 days per calendar year) | 10% of Eligible Charge | 30% of Eligible Charge |
| Ancillary Services | 10% of Eligible Charge | 30% of Eligible Charge |

| **G.   HOME HEALTH CARE AND HOSPICE SERVICES** | **Participating Provider<br>YOU PAY** | **Non-Participating Provider<br>YOU PAY** |
|---|---|---|
| Home Health Care (up to 150 visits per calendar year)<br>**Prior Authorization required after first 12 visits** | No Co-payment | 30% of Eligible Charge |
| Hospice Services | No Co-payment | No Co-payment |

| **H.   DIAGNOSTIC TESTING, LABORATORY AND<br>       RADIOLOGY SERVICES** | **Participating Provider<br>YOU PAY** | **Non-Participating Provider<br>YOU PAY** |
|---|---|---|
| Allergy testing | 20% of Eligible Charge | 30% of Eligible Charge |
| Diagnostic Mammography | No Co-payment | 30% of Eligible Charge |
| Diagnostic Testing – inpatient | 10% of Eligible Charge | 30% of Eligible Charge |
| Diagnostic Testing – outpatient | 20% of Eligible Charge | 30% of Eligible Charge |
| Genetic Testing and Counseling<br>**Prior Authorization required for testing** | 20% of Eligible Charge | 30% of Eligible Charge |
| Genetic Testing and Counseling Related to Breast Cancer (BRCA) Screening<br>**Prior Authorization required** | No Co-payment | No Co-payment |
| Laboratory and Pathology – inpatient | 10% of Eligible Charge | 30% of Eligible Charge |
| Laboratory and Pathology – outpatient | 20% of Eligible Charge | 30% of Eligible Charge |
| Radiology – inpatient | 10% of Eligible Charge | 30% of Eligible Charge |
| Radiology – outpatient<br>**Prior Authorization required for PET Scans and CTCA** | 20% of Eligible Charge | 30% of Eligible Charge |
| Tuberculin Test | No Co-payment | No Co-payment |

| I.   CHEMOTHERAPY AND RADIATION THERAPY SERVICES | Participating Provider YOU PAY | Non-Participating Provider YOU PAY |
|---|---|---|
| Chemotherapy **Prior Authorization required for certain treatments** | 20% of Eligible Charge | 30% of Eligible Charge |
| Oral Chemotherapy **Prior Authorization required for certain drugs** **Benefits are available for these drugs under this Plan only if you do not have a drug plan which provides coverage for oral chemotherapy** | No Co-payment | Not covered |
| Oral Chemotherapy by Mail Order (limited to a 30-day supply) **Prior Authorization required for certain drugs** **Benefits are available for these drugs under this Plan only if you do not have a drug plan which provides coverage for oral chemotherapy** | No Co-payment | Not covered |
| Radiation therapy – inpatient | 10% of Eligible Charge | 30% of Eligible Charge |
| Radiation therapy – outpatient **Prior Authorization required for certain treatments** | 20% of Eligible Charge | 30% of Eligible Charge |

| J.   ORGAN TRANSPLANT SERVICES | Participating Provider YOU PAY | Non-Participating Provider YOU PAY |
|---|---|---|
| Transplant Evaluation **Prior Authorization required** | No Co-payment | Not Covered |
| Corneal transplants | 10% of Eligible Charge | 30% of Eligible Charge |
| All other organ transplants **Prior Authorization required** | No Co-payment | Not Covered |
| Organ donor services **Prior Authorization required** | 20% of Eligible Charge | 30% of Eligible Charge |

| K.   MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES | Participating Provider YOU PAY | Non-Participating Provider YOU PAY |
|---|---|---|
| Mental Health and Substance Abuse facility services | 10% of Eligible Charge | 30% of Eligible Charge |
| Mental Health and Substance Abuse Professional Services – inpatient | 10% of Eligible Charge | 30% of Eligible Charge |

*Summary of Benefits and Payment Obligations*

| | | |
|---|---|---|
| Mental Health and Substance Abuse Professional Services – outpatient | 10% of Eligible Charge | 30% of Eligible Charge |
| Psychological Testing – inpatient | 10% of Eligible Charge | 30% of Eligible Charge |
| Psychological Testing – outpatient<br>**Prior Authorization required** | 20% of Eligible Charge | 30% of Eligible Charge |

| L.   SPECIFIC BENEFITS FOR CHILDREN | Participating Provider<br>YOU PAY | Non-Participating Provider<br>YOU PAY |
|---|---|---|
| Newborn Circumcision | 10% of Eligible Charge | 30% of Eligible Charge |
| Newborn Nursery Care | 10% of Eligible Charge | 30% of Eligible Charge |
| Well Child Care Physician Office Visits | No Co-payment | No Co-payment |

| M.   SPECIFIC BENEFITS FOR WOMEN | Participating Provider<br>YOU PAY | Non-Participating Provider<br>YOU PAY |
|---|---|---|
| Birthing Room | No Co-payment | 20% of Eligible Charge |
| Cervical Cancer Screening (Pap Smear) | No Co-payment | No Co-payment |
| Family Planning | 10% of Eligible Charge | 30% of Eligible Charge |
| Mammography for Breast Cancer Screening | No Co-payment | No Co-payment |
| Maternity Care | 10% of Eligible Charge | 30% of Eligible Charge |
| Tubal Ligation | 10% of Eligible Charge | 30% of Eligible Charge |
| Termination of Pregnancy | 10% of Eligible Charge | 30% of Eligible Charge |
| Well Woman Exam | No Co-payment | No Co-payment |
| Oral Contraceptives from pharmacy<br>(30-day supply)<br>**Benefits are available for these Contraceptives under this Plan only if you do not have a drug plan which provides coverage for contraceptives** | • No Co-payment for Generic<br>• No Co-payment for Preferred Brand<br>• No Co-payment for Non-Preferred Brand | • No Co-payment for Generic<br>• No Co-payment for Preferred Brand<br>• No Co-payment for Non-Preferred Brand |
| Oral Contraceptives by Mail Order & Maintenance Retail (60-day supply for Brand and 90-day supply for Generic)<br>**Benefits are available for these Contraceptives under this Plan only if you do not have a drug plan which provides coverage for contraceptives** | • No Co-payment for Generic<br>• No Co-payment for Preferred Brand<br>• No Co-payment for Non-Preferred Brand | Not covered |

| | | |
|---|---|---|
| Over-the-counter (OTC)  Contraceptives from pharmacy<br>**Benefits are available for these Contraceptives under this Plan only if you do not have a drug plan which provides coverage for contraceptives** | • No Co-payment for Generic<br>• No Co-payment for Preferred Brand<br>• No Co-payment for Non-Preferred Brand | • No Co-payment for Generic<br>• No Co-payment for Preferred Brand<br>• No Co-payment for Non-Preferred Brand |
| Contraceptive Cervical Caps/ Diaphragms | No Co-payment | No Co-payment |
| Contraceptive Implants, Injections, IUDs | No Co-payment | No Co-payment |

| N.   SPECIFIC BENEFITS FOR MEN | Participating Provider<br>YOU PAY | Non-Participating Provider<br>YOU PAY |
|---|---|---|
| Prostate Specific Antigen (PSA) Test | 20% of Eligible Charge | 30% of Eligible Charge |
| Vasectomy | No Co-payment | No Co-payment |
| Erectile Dysfunction | 10% of Eligible Charge | 30% of Eligible Charge |

| O.   SPECIFIC BENEFITS FOR MEMBER AND<br>       COVERED SPOUSE | Participating Provider<br>YOU PAY | Non-Participating Provider<br>YOU PAY |
|---|---|---|
| In Vitro Fertilization<br>**Prior Authorization required** | 10% of Eligible Charge | 30% of Eligible Charge |

| P.   SPECIFIC BENEFITS FOR DIABETES | Participating Provider<br>YOU PAY | Non-Participating Provider<br>YOU PAY |
|---|---|---|
| Diabetes drugs from pharmacy<br>(limited to 30-day supply)<br>**Benefits are available for these drugs under this Plan only if you do not have a drug plan which provides coverage for diabetes drugs** | • No Co-payment for Generic<br>• No Co-payment for Preferred Brand<br>• No Co-payment for Non-Preferred Brand | • No Co-payment for Generic<br>• No Co-payment for Preferred Brand<br>• No Co-payment for Non-Preferred Brand |
| Diabetes drugs by Mail Order & Maintenance Retail<br>(90-day supply)<br>**Benefits are available for these drugs under this Plan only if you do not have a drug plan which provides coverage for diabetes drugs** | • No Co-payment for Generic<br>• No Co-payment for Preferred Brand<br>• No Co-payment for Non-Preferred Brand | Not covered |
| Insulin from pharmacy<br>(limited to 30-day supply)<br>**Benefits are available for insulin under this Plan only if you do not have a drug plan which provides coverage for insulin** | • No Co-payment for Preferred Brand<br>• No Co-payment for Non-Preferred Brand | • No Co-payment for Preferred Brand<br>• No Co-payment for Non-Preferred Brand |

*Summary of Benefits and Payment Obligations*

| | | |
|---|---|---|
| Insulin by Mail Order & Maintenance Retail (90-day supply) **Benefits are available for insulin under this Plan only if you do not have a drug plan which provides coverage for insulin** | • No Co-payment for Preferred Brand<br>• No Co-payment for Non-Preferred Brand | Not covered |
| Diabetes supplies from pharmacy (limited to 30-day supply) **Benefits are available for these supplies under this Plan only if you do not have a drug plan which provides coverage for supplies** | • No Co-payment for Preferred Brand<br>• No Co-payment for Non-Preferred Brand | • No Co-payment for Preferred Brand<br>• No Co-payment for Non-Preferred Brand |
| Diabetes supplies by Mail Order & Maintenance Retail (90-day supply) **Benefits are available for these supplies under this Plan only if you do not have a drug plan which provides coverage for supplies** | • No Co-payment for Preferred Brand<br>• No Co-payment for Non-Preferred Brand | Not covered |
| Diabetes Self-Management Training and Education Program | No Co-payment | No Co-payment |

| Q.   COMPLEMENTARY ALTERNATIVE MEDICINE (Services provided by a Chiropractor or **Acupuncturist** for conditions limited to the neuromusculoskeletal system) | **Participating Provider YOU PAY** | **Non-Participating Provider YOU PAY** |
|---|---|---|
| Office visit | $10 Co-payment | Plan pays up to $20 per visit; you pay balance |
| First set of x-rays | 50% of Eligible Charge | Not covered |

| R.   OTHER MEDICAL SERVICES | **Participating Provider YOU PAY** | **Non-Participating Provider YOU PAY** |
|---|---|---|
| Ambulance (ground or inter-island air) **For emergencies only** | 20% of Eligible Charge | 30% of Eligible Charge |
| Applied Behavioral Analysis for Autism Spectrum Disorders **Prior Authorization required** | 10% of Eligible Charge | 30% of Eligible Charge |
| Bariatric Surgery **Prior Authorization required** | 10% of Eligible Charge | 30% of Eligible Charge |
| Blood, Blood Products, and Blood Bank Service Charges | 20% of Eligible Charge | 30% of Eligible Charge |
| Dialysis and Supplies | 20% of Eligible Charge | 30% of Eligible Charge |
| Evaluations for Use of Hearing Aids | 20% of Eligible Charge | 30% of Eligible Charge |

| | | |
|---|---|---|
| Growth Hormone Therapy<br>**Prior Authorization required** | 20% of Eligible Charge | 30% of Eligible Charge |
| Home Infusion Therapy<br>**Prior Authorization required for Adult Home TPN services** | 20% of Eligible Charge | 30% of Eligible Charge |
| Hyperbaric Oxygen Treatment<br>**Prior Authorization required** | 20% of Eligible Charge | 30% of Eligible Charge |
| Implants | 20% of Eligible Charge | 30% of Eligible Charge |
| Inhalation Therapy | 20% of Eligible Charge | 30% of Eligible Charge |
| Injectable Medications (Outpatient)<br>**Prior Authorization required for certain injectables** | 20% of Eligible Charge | 30% of Eligible Charge |
| Medical Equipment and Appliances<br>**Prior Authorization required when purchase is greater than $500 or rental is greater than $100/month** | 20% of Eligible Charge | 30% of Eligible Charge |
| Medical Foods | 20% of Eligible Charge | 20% of Eligible Charge |
| Orthotics | 20% of Eligible Charge | 30% of Eligible Charge |
| Physical and Occupational Therapy Services<br>**Prior Authorization required following 32 units (1 unit = 15 minutes)** | 20% of Eligible Charge | 30% of Eligible Charge |
| Prosthetics<br>**Prior Authorization required when cost is more than $500** | 20% of Eligible Charge | 30% of Eligible Charge |
| Speech Therapy Services<br>**Prior Authorization required** | 20% of Eligible Charge | 30% of Eligible Charge |

# SECTION 5:  DESCRIPTION OF BENEFITS

This section describes the **Benefits** available to you under this Agreement, including any limitations.

## A.   PREVENTIVE CARE SERVICES

UHA covers all U.S.  Preventive Services Task Force (USPSTF) A and B recommended screening services at 100% as required under the provisions of the Affordable Care Act (ACA).  For more information about additional services not listed below, please refer to the "Preventive Health Services" Medical Payment Policies on our website at uhahealth.com.

| | |
|---|---|
| **Well Child Care Physician Office Visits** | Covered, including routine sensory screening, and developmental/behavioral assessments according to the American Academy of Pediatrics Periodicity Schedule of the Bright Futures Recommendations for Preventive Pediatric Health Care:<br>• birth to one year: seven visits<br>• age one year: three visits<br>• age two years: two visits<br>• ages three years through twenty-one years: one visit per year<br><br>If your child requires medical care for an illness or injury, benefits for physician visits, not Well Child Care, apply. |
| **Well Child Immunizations** | Covered, in accord with Hawaii law and the guidelines set by the national CDC Advisory Committee on Immunization Practices (ACIP) |
| **Well Child Care Laboratory Tests** | Covered, UHA clinical preventive services guidelines are derived from the clinical recommendations of the USPSTF and Bright Futures.  USPSTF guidelines are evidence-based and rely on current scientific studies, and are the basis for the guidelines in the ACA.  Bright Futures guidelines represent a consensus by the American Academy of Pediatrics (AAP). |
| **Preventive Medicine Office Visit** | Covered, one per calendar year for a preventive health examination for members who are 22 and older.  This benefit is in addition to the Well Women Exam Benefit described below. |
| **Well Woman Exam** | Covered, for one annual health assessment per calendar year.  The assessment should include screening, evaluation and counseling, and immunizations based on age and risk factors.<br><br>Please refer to the Cervical Cancer Screening (Pap Smear) language below for specific benefit information. |
| **Screening Laboratory Services** | Covered, UHA clinical preventive services guidelines are derived from the clinical recommendations of the USPSTF.  USPSTF guidelines are evidence-based and rely on current scientific studies, and are the basis for the guidelines in the ACA. |
| **Adult Immunizations** | Covered, for standard Immunizations and for high risk conditions such as Hepatitis B and other vaccines in accord with the guidelines set by the national CDC Advisory Committee on Immunization Practices. |

*Description Of Benefits*

| | |
|---|---|
| **Mammography for Breast Cancer Screening** | Covered, one per calendar year for women ages 40 and older. |
| | Annual screening for women under 40 is allowed with a physician's order for women with a personal history of breast cancer, a history of chest irradiation, a family history of breast cancer in a first degree relative or a known genetic predisposition to breast cancer. |
| | Each member's frequency of testing should be determined after consultation with her physician to assure that current recommendations and personal risk factors are considered. |
| | Please note: mammograms that are not done for breast cancer screening fall under your diagnostic mammography benefits, which are included in the heading "Diagnostic Testing, Laboratory and Radiology Services." |
| **Cervical Cancer Screening (Pap Smear)** | Covered, one every three years for women ages 21 to 65. |
| **Chlamydia Screening** | Covered, one per calendar year |
| **Osteoporosis Screening** | Covered, coverage for initial screening and repeat testing interval is based on age and risk factors per USPSTF and National Osteoporosis Foundation guidelines. |
| **Colorectal Cancer Screening** | Covered, based on age and risk factors in compliance with current USPSTF guidelines. |

## B.  DISEASE MANAGEMENT PROGRAMS

| | |
|---|---|
| **Smoking Cessation Program** | Covered |
| **Nutritional Counseling Programs** | Covered, but only when counseling is provided:<br>• by a Registered Dietician (RD), Certified Nutrition Specialist (CNS), or Certified Diabetes Educator (CDE); and<br>• for the treatment of eating disorders, convulsions/seizures,  cardiovascular disease, hypertension, renal disease (chronic kidney disease and end stage renal disease), Crohn's disease, gastrointestinal disorders, gout, obesity in adults (BMI ≥ 30 kg/m2), loss of weight, pediatric overweight and obesity (BMI > 95%), pancreatitis, pre- and post-bariatric surgery, pre-natal diet regulation, obstructive sleep apnea, squamous cell - oropharynx, or diabetes |
| **Asthma Education** | Covered, through our Asthma Education Program |
| | Please contact the Health Care Services department for information about this program. |
| **Diabetes Self-Management  Training and Education** | Covered, through our Diabetes Education Program, but only through a Certified Diabetes Educator (CDE), Registered Dietician (RD), or Certified Nutrition Specialist (CNS). |
| | Please contact the Health Care Services department for information about this program. |

*Description Of Benefits*

| | |
|---|---|
| **Disease Education Programs** | UHA provides Disease Education Programs for members with diabetes and asthma. |
| | For information about these programs, please call our Health Care Services department. Information is also available on our website at uhahealth.com. |

## C.   PHYSICIAN SERVICES

| | |
|---|---|
| **Anesthesia** | Covered, as required by the attending physician and when appropriate for your condition |
| | Covered services include general and regional **Anesthesia** and Conscious Sedation. |
| **Physician Visits** | Covered, for the treatment of an illness or injury when you are an inpatient or are seen in a physician's office, clinic, **Outpatient** center, emergency room, or your home |
| | Home visits, or house calls, are covered only when provided within the Service Area, and only when your physician determines that necessary care can best be provided in the home. |
| | Services provided by Advanced Practice Registered Nurses and **Physician Assistants** are covered as Physician Services. |
| **Physician Visits – Emergency Room** | Covered, but only if the services provided are: (1) **Emergency Services** as defined in accordance with the definition established in Hawaii Revised Statutes (sect.  432E-1) as services provided to an individual when the individual has symptoms of sufficient severity, including severe pain, such that a layperson could reasonably expect, in the absence of medical treatment, to result in placing the individual's health or condition in serious jeopardy, serious impairment of bodily functions, serious dysfunction of any bodily organ or part, or death; (2) with respect to a pregnant woman, a layperson could reasonably expect the absence of medical treatment to result in serious jeopardy to the health of the woman and her unborn child, or (3) Emergency Services are defined in accordance with federal law (the Patient Protection and Affordable Care Act, 42 U.S.C.  § 300gg-19a). |

Examples of an emergency include
- chest pain or other signs of a heart attack
- shortness of breath and/or difficulty breathing
- loss of consciousness, convulsions or seizures
- sudden onset of a severe and unexplained headache
- sudden weakness on one side of your body
- poisoning
- broken back, neck or other bones
- drug overdose
- significant loss of blood
- severe allergic reaction
- severe burn

Examples of non-emergencies are colds, flu, sore throat, medication refills, and using the emergency room for your convenience for medical conditions that could be treated in your doctor's office.

**Second Opinions**  Covered, second opinions on the necessity of surgery or other treatment are fully covered without co-payment.

**Prior Authorization** is required for second opinions rendered by out-of-state providers.

**Consultations**  Covered, when requested by your attending physician.  If you are hospitalized we will only pay for one **Consultation** for each specialty for each confinement

Follow-up visits by consultants are covered if we determine that additional visits are medically necessary.

## D.   SURGICAL SERVICES

**General**  Covered, **Surgical Services** include operating room, surgical supplies, drugs, dressings, anesthesia services and supplies, oxygen, antibiotics, and blood transfusion services in an inpatient or outpatient facility

**Assistant Surgeon**  Covered, but only when:
- assistance is medically necessary based on the complexity of the surgery and
- the facility does not have a residency or training program, or
- the facility has a resident or training program, but a resident or intern on staff is not available to assist the surgeon

**Cutting Surgery**  Covered, including pre-operative and post-operative care.  Preoperative and postoperative care provided in connection with surgical procedures is included in the eligible charge for the surgery

If a physician charges separately for the preoperative and postoperative care in excess of this single eligible charge, we will not pay the excess charges.

**Non-Cutting Surgery**  Covered

Examples of non-cutting surgical procedures include: diagnostic and endoscopic procedures; diagnostic and therapeutic injections; orthopedic castings; destruction of localized lesions by chemotherapy (excluding silver nitrate); cryotherapy or electrosurgery; and acne treatment.

**Reconstructive Surgery**  Covered, but only for corrective surgery required to restore or correct any bodily function that was lost, impaired or damaged as a result of an illness or injury.  Reconstructive surgery to correct congenital anomalies (defects present from birth) is covered only if the anomaly severely impairs or impedes normal, essential bodily functions.

Reconstructive or plastic surgery that is primarily intended to improve your natural appearance and does not restore or materially improve a physical function is considered cosmetic and is not covered.  Services related to complications of non-covered reconstructive surgery are also not covered.

**Women's Health and Cancer Rights Act of 1998**  Following a mastectomy, reconstruction of the breast on which the mastectomy is performed, surgery and reconstruction of the other breast to produce a symmetrical appearance, prostheses and treatment of physical complications of the mastectomy, including lymphedema, in a manner determined in consultation with the attending physician and the patient, **are covered** as provided

for in the Women's Health and Cancer Rights Act of 1998 **and do not require Prior Authorization**.  Such coverage is subject to co-payments that are consistent with those established for other benefits under this plan.  Please refer to Section 4 for information on co-payments.

**Additional Notes**

**Prior Authorization Requirements**

Certain surgical procedures must receive **Prior Authorization** from us before they are performed (see <u>Section 7: Health Care Services Program</u>).

- **Multiple Surgical Services**

When multiple surgical services are performed at the same time, we will pay full benefits for the primary surgical service.  Benefits for the secondary surgical service will be paid only when UHA determines that the secondary surgical service was necessitated by the complexity and risk of the primary surgical service.  If benefits are determined to be payable, allowances for the secondary Surgical Services will be based on the additional complexity and risk.

- **Oral Surgery**

Covered, but only for certain oral surgical services provided by a physician or a dentist.  Services of a dentist (DDS  or DMD) are covered services only when:
(a)  the dentist is performing emergency service (for an accidental injury) or surgical services, and
(b)  these covered services could also be performed by physicians (MD or DO)

Coverage is limited to: the removal of tumors and cysts; surgery to correct injuries; cutting and draining of cellulitis; cutting of sinuses, salivary glands, or ducts; and reduction of dislocations. These services, including those anticipated to require hospitalization if you have a serious medical problem, require Prior Authorization (see <u>Section 7: Health Care Services Program</u>).

- **Payment Based on Appropriate Place for Surgery**

If you choose to have a surgery as an inpatient in a hospital or other facility when it could have been done safely and effectively in a physician's office or in an outpatient surgical center, the benefits we pay shall not exceed those for surgery in a physician's office or surgical center, whichever is most appropriate.  Similarly, if you choose to have a surgery in a surgical center when it could have been done safely and effectively in a physician's office, the benefits we pay shall not exceed those for surgery in a physician's office.

- **"Stand By" Time**

The services of another physician may be necessary during a surgery so that the physician must "stand by" at the hospital.  In this case, benefits will be paid for covered services that this physician actually provides, but no payment will be made for the waiting or "stand by" time.

## E.  HOSPITAL SERVICES

**General**

Inpatient hospital services are covered up to 365 days per calendar year.  The hospital facility must hold current national accreditation with either the Joint Commission on Accreditation of Healthcare Organizations (JCAHO) or the Commission on Accreditation of Rehabilitation Facilities (CARF) for any level of care including acute inpatient, residential, partial hospitalization, or intensive outpatient programs.

**Prior Notification**

When and if you require hospital care, the hospital facility and your participating physician have a responsibility to notify UHA of your admission.  This is important as UHA's Health Care Services Department reviews all hospital admissions concurrently on your behalf to determine if the level of

care being provided is appropriate, the quality of care you are receiving meets predetermined standards and to participate in discharge planning.

If you have elected to receive your care from a Non-Participating provider, you become primarily responsible for this prior notification to UHA.

**Hospital Room and Board**

Covered, including:
- room and board based on the participating facility's semi-private medical/surgical room rate, unless a private room is authorized by UHA.  If the facility does not have semi-private rooms, or is a non-participating facility, we will pay benefits based on our maximum allowable eligible charge for semi-private rooms.  You will be responsible for your coinsurance on the eligible charge and any difference between our eligible charge for a semi-private room rate and the facility's room rate.
- special care units, such as intensive care, coronary care, isolation or intermediate telemetry unit
- operating room, labor room, delivery room and recovery room
- general nursing care

**Hospital Ancillary Services**

Covered, including surgical supplies, hospital anesthesia services and supplies, diagnostic and therapy services, drugs, dressings, oxygen, antibiotics, and hospital blood transfusion services

**Emergency Room**

Covered, but only if the services provided are: (1) Emergency Services as defined in accordance with the definition established in Hawaii Revised Statutes (sect.  432E-1) as services provided to an individual when the individual has symptoms of sufficient severity, including severe pain, such that a layperson could reasonably expect, in the absence of medical treatment, to result in placing the individual's health or condition in serious jeopardy, serious impairment of bodily functions, serious dysfunction of any bodily organ or part, or death; (2) with respect to a pregnant woman, a layperson could reasonably expect the absence of medical treatment to result in serious jeopardy to the health of the woman and her unborn child; or (3) Emergency Services are defined in accordance with federal law (the Patient Protection and Affordable Care Act, 42 U.S.C.  § 300gg-19a).

Examples of an emergency include:
- chest pain or other signs of a heart attack
- shortness of breath and/or difficulty breathing
- loss of consciousness, convulsions or seizures
- sudden onset of a severe and unexplained headache
- sudden weakness on one side of your body
- poisoning
- broken back, neck or other bones
- drug overdose
- significant loss of blood
- severe allergic reaction
- severe burn

Examples of non-emergencies are colds, flu, sore throat, medication refills, and using the emergency room for your convenience for medical conditions that could be treated in your doctor's office.

If you require emergency services, you should call 911 or go to the nearest emergency room. Prior notification is not required.

If you are admitted to the hospital as an inpatient following a visit to the emergency room, hospital inpatient benefits apply, not emergency room benefits.

## F.   SKILLED NURSING FACILITY SERVICES

| | |
|---|---|
| **General** | **Skilled Nursing Facility** services are covered up to 120 days per calendar year |
| **Notification of Admission** | If either a participating or a non-participating physician recommends that you be admitted to a skilled nursing facility, you or your physician must notify UHA's Health Care Services department within 72 hours of your admission. |
| **Room and Board** | Covered, but only at the eligible charge for a semi-private room |
| **Ancillary Services** | Covered, including routine surgical supplies, drugs, dressings, oxygen, antibiotics, blood transfusion services, and diagnostic and therapy services |
| **Limitations** | Eligibility for skilled nursing facility services requires that all of the following be true: |

- you meet Medicare skilled nursing criteria
- the facility meets Medicare standards
- the admission is ordered by a physician
- you need skilled nursing services and are under the care of a physician during the admission
- we approve the admission
- the admission is not primarily for comfort, convenience, a rest cure, or domiciliary care
- if the stay exceeds 30 days, the attending physician submits a report showing the need for skilled nursing care at the end of each 30-day period
- the confinement is not for custodial care

## G.   HOME HEALTH CARE AND HOSPICE SERVICES

| | |
|---|---|
| **Prior Authorization** | **Prior Authorization** is required for home health care services after the first 12 visits (see Section 7: Health Care Services Program for information on prior authorization). |
| **Home Health Care** | Covered, but only when all of the following statements are true: |

- home care services are prescribed in writing by a physician for the treatment of an illness or injury when you are homebound.  Homebound means that due to an illness or an injury you are unable to leave home unless you use devices or have assistance from another person and you meet homebound standards defined by the federal Medicare program
- part-time skilled health care services are required
- home health care services are not more costly than other covered services that would be effective for the treatment of your condition
- without home care, you would require inpatient hospital or skilled nursing facility care

- if you need home health care services for more than 30 days, a physician certifies that there is further need for the services and provides a continuing plan of treatment at the end of each 30-day period of care
- services do not exceed 150 visits per calendar year
- services are provided by a qualified home care agency that meets Medicare requirements
- we authorize home health care services

**Hospice Services**    Covered, but only if services are received from a Medicare-approved **Hospice** program.

Covered services include:
- residential hospice room and board expenses directly related to the hospice care being provided
- hospice referral visits during which a patient is advised of hospice care options, regardless of whether the referred person is eventually admitted to hospice care

UHA endorses an "open access" model of hospice care in which palliative care and coordination can be undertaken while members continue or initiate medical, surgical, radiologic and other treatments for both life limiting and other medical conditions.  Open access/concurrent hospice care services are covered when the following criteria are met:
- Services are prescribed in writing by the prescribing physician
- Hospice services are provided by a Medicare-certified hospice under contract with UHA
- The patient carries the diagnosis of a disease which is active, progressive and irreversible and which has resulted in a greatly reduced life expectancy
- Interdisciplinary hospice care management is ongoing and documented

Please refer to the specific benefits for more information on those services.

A certification/attestation of a life expectancy of less than or equal to six months is NOT required.

## H.   DIAGNOSTIC TESTING, LABORATORY AND RADIOLOGY SERVICES

**Allergy Testing and Treatment Materials**    Covered

**Diagnostic Testing**    Covered, when related to an injury, illness, or maternity care.  Examples of diagnostic testing include:
- electroencephalograms (EEG)
- electrocardiograms (ECG or EKG)
- Holter monitoring
- stress tests

**Genetic Testing and Counseling**    Covered, but genetic testing requires **Prior Authorization** (refer to Section 7: Health Care Services Program for information on prior authorization)

**Laboratory and Pathology**    Covered, when related to an illness, injury, or maternity care.  Additional benefits for routine and preventive laboratory tests are described in the "Specific Benefits" categories later in this section

*Description Of Benefits*

**Radiology**

Covered, when related to an illness, injury, or maternity care.  Additional benefits for routine and preventive radiology services are described in the "Specific Benefits" categories later in this section

Examples of radiology services are:
- computerized tomography scans (CT Scan)
- diagnostic mammography
- nuclear medicine procedures
- ultrasound
- x-rays

Some radiology services, such as PET scans and CTCA require **Prior Authorization**.  Please refer to <u>Section 7: Health Care Services Program</u> for information on prior authorization.

**Tuberculin Test**

Covered, for one tuberculin (TB) test per calendar year

## I.   CHEMOTHERAPY AND RADIATION THERAPY

**Chemotherapy**

Covered

**Prior Authorization** is not required unless the recommended treatment plan does not conform to one of the nationally recognized oncology compendia.

Oral chemotherapy drugs are covered, but only when you do not have a prescription drug plan which provides coverage for oral chemotherapy.  If you have coverage for oral chemotherapy drugs under a drug plan, there shall be no duplication of benefits between this plan and your drug plan and this plan will pay secondary to the more specific coverage afforded by your drug plan.

**Radiation Therapy**

Covered

**Prior Authorization** is required for certain treatments.  Please refer to <u>Section 7: Health Care Services Program</u> for information on prior authorization.

## J.   ORGAN TRANSPLANT SERVICES

**Organ and Tissue Transplants**

Covered, but only as described in this Organ Transplant Services section

**Prior Authorization** is required for all transplants, except corneal.

In addition, transplant services must be provided by a facility that is under contract with us for that type of transplant and that facility must accept you as a candidate.

Benefits are not available for any of the following:
- artificial (mechanical) organs, except for artificial hearts when used as a bridge to a permanent heart transplant
- non-human organs

- the purchase of organs
- organ or tissue transplants not listed in this Organ Transplant Services section

**Transplant Evaluations**  Covered, for transplants listed in this Guide, but only with our **Prior Authorization**

**Transplant Evaluation** means those procedures, including laboratory and diagnostic tests, consultations, and psychological evaluations that a facility uses in evaluating a potential transplant candidate.

**Corneal Transplants**  Covered

**Bone Marrow Transplants**  Coverage is available only for treatment prescribed in accord with UHA's medical payment policies and requires **Prior Authorization** (see Section 7: Health Care Services Program)

**Heart Transplants**  Covered, but only if you meet UHA's criteria and obtain **Prior Authorization** (see Section 7: Health Care Services Program)

**Heart and Lung Transplants**  Covered, but only if you meet UHA's criteria and obtain **Prior Authorization** (see Section 7: Health Care Services Program)

**Kidney Transplants**  Covered, but only if you meet UHA's criteria and obtain **Prior Authorization** (see Section 7: Health Care Services Program)

**Liver Transplants**  Covered, but only if you meet UHA's criteria and obtain **Prior Authorization** (see Section 7: Health Care Services Program)

**Lung Transplants**  Covered, but only if you meet UHA's criteria and obtain **Prior Authorization** (see Section 7: Health Care Services Program)

**Simultaneous Kidney/Pancreas Transplants**  Covered, but only if you meet UHA's criteria and obtain **Prior Authorization** (see Section 7: Health Care Services Program)

**Small Bowel and Multivisceral Transplants**  Covered, but only if you meet UHA's criteria and obtain **Prior Authorization** (see Section 7: Health Care Services Program)

**Organ Donor Services**  Covered, but only with **Prior Authorization** (see Section 7: Health Care Services Program) and when you are the recipient of the organ.

If you are donating an organ to someone else, then no benefits are available under this plan.

If you are the recipient of an organ from a living donor and the donor's health coverage provides benefits for organ(s) donated by a living donor, then this coverage is secondary and the living donor's coverage is primary. No benefits are available under this plan to the living donor for post-transplant donor services.

Benefits for the screening of donors are limited to the expenses of the actual donor. No benefits are available for screening expenses of candidates who do not become the actual donor.

## K.   MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES

**General**

Mental health and substance abuse services are covered if all of the following are true:

- you are diagnosed with a condition listed within the current version of the Diagnostic and Statistical Manual of the American Psychiatric Association
- the services are provided under an individualized treatment plan subject to review and approval by UHA or our designee
- the services are provided by a licensed physician, **psychiatrist, psychologist**, clinical social worker, mental health counselor, marriage and family therapist, or advanced practice registered nurse.  Nutritional counseling services for the treatment of eating disorders is covered, but only when the services are provided by a Registered Dietician (RD) or Certified Nutrition Specialist (CNS)
- except for telehealth interactions as defined by Hawaii law and family psychotherapy sessions as discussed below, you are physically present with the provider when the services are provided.  Standard telephone contacts, facsimile transmissions, or email text, in combination or by itself, do not constitute a telehealth service
- each family psychotherapy session may only be billed to one family member, even if the provider is seeing multiple members of the same family.  Coverage will be provided for family psychotherapy without the patient present
- the services are certified as medically or psychologically necessary at the least restrictive appropriate level of care in accordance with Hawaii law

Conditions such as epilepsy, senility, intellectual disability, or other developmental disabilities, and addiction to and use of intoxicating substances, do not in and of themselves constitute a mental disorder.  You are not covered for educational programs or other services performed by mutual self-help groups, even if you are referred to such groups by your provider or the judicial system.

You are not covered when someone else, including but not limited to any federal, state, territorial, municipal, or other government instrumentality or agency, has the legal obligation to pay for your care, and when, in the absence of this Agreement, you would not be charged.

You are covered for treatment provided by a marriage and family therapist but only for treatment of mental illness or substance or drug abuse.  You are not otherwise covered for services rendered by a marriage and family therapist.

**Outpatient Mental Health or Substance Abuse Services**

Covered, as follows:

- outpatient visits by a licensed physician, psychiatrist, psychologist, licensed clinical social worker, licensed mental health counselor, marriage and family therapist, or advanced practice registered nurse for mental health or substance abuse conditions.  Nutritional counseling services for the treatment of eating disorders is covered, but only when the services are provided by a Registered Dietician (RD) or Certified Nutrition Specialist (CNS)
- outpatient psychological testing requires **Prior Authorization** (see Section 7: Health Care Services Program).
- residential substance abuse services require Prior Notification (see Section 7: Health Care Services Program)

*Description Of Benefits*

| | |
|---|---|
| **Inpatient Mental Health or Substance Abuse Services** | Covered, as follows:<br>• facility days for mental health or substance abuse conditions.  Inpatient care is limited to room, medically necessary care, and hospital ancillary services.<br>• inpatient visits by a licensed physician, psychiatrist, psychologist, licensed clinical social worker, licensed mental health counselor, marriage and family therapist, or advanced practice registered nurse for mental health or substance abuse conditions.  Nutritional counseling services for the treatment of eating disorders is covered, but only when the services are provided by a Registered Dietician (RD) or Certified Nutrition Specialist (CNS)<br>• substance abuse services require Prior Notification  (see <u>Section 7: Health Care Services Program</u>) |

## L.   SPECIFIC BENEFITS FOR CHILDREN

| | |
|---|---|
| **Newborn Circumcision** | Covered |
| **Newborn Nursery Care** | Newborn nursery length of stay, covered for up to:<br>• 48 hours from the time of delivery for normal labor and delivery; or<br>• 96 hours from the time of delivery for a cesarean birth<br><br>Benefits for newborn care, nursery, circumcision, premature child care, and care for illness or injury are only available if you add your child to your coverage within 31 days of birth (see <u>Section 2: Eligibility and Enrollment</u>).<br><br>Newborns with congenital defects and birth abnormalities are covered for the first 31 days of birth to the extent required by Hawaii law.  These newborns are covered after 31 days of birth only if added to your coverage within 31 days of birth. |
| **Well Child Care Physician Office Visits** | Please refer to <u>Section 5.A: Preventive Care Services</u> for more information. |

## M.  SPECIFIC BENEFITS FOR WOMEN

| | |
|---|---|
| **Birthing Room** | Covered, but only for labor and delivery |
| **Cervical Cancer Screening (Pap Smear)** | Please refer to <u>Section 5.A: Preventive Care Services</u> for more information. |
| **Family Planning Services** | Covered, including abortion counseling and information on birth control |
| **Mammography for Breast Cancer Screening** | Please refer to <u>Section 5.A: Preventive Care Services</u> for more information. |

| | |
|---|---|
| **Maternity Care** | Covered, including prenatal, false labor, delivery, and postnatal services provided by your physician or **Certified Nurse Midwife**.  Maternity care does not include related services such as nursery care, labor room, hospital room and board, diagnostic testing, and other lab work and radiology.  Please refer to the specific benefits for more information on those services.<br><br>The eligible charge is a global fee related to a bundle of maternity care, which includes prenatal and postnatal care.  If payments for prenatal care are made separately prior to delivery, we will consider those payments advance payments and will deduct them from the maximum allowance for delivery.  If a physician provides all or part of the antepartum and/or postpartum patient care but does not perform delivery, separate co-payments may apply.<br><br>Maternity length of stay, covered for up to:<br>• 48 hours from the time of delivery for normal labor and delivery; or<br>• 96 hours from the time of delivery for a cesarean birth |
| **Prenatal Program** | UHA may contract with vendors to reduce complications of pregnancy and improve quality of care for expectant mothers with diabetes.  For information about our current programs, please call our Health Care Services department. |
| **Tubal Ligation** | Covered, for only the initial surgery for tubal ligation.  Reversal of a tubal ligation is not covered |
| **Termination of Pregnancy** | Covered |
| **Well Woman Exam** | Please refer to <u>Section 5.A: Preventive Care Services</u> for more information. |
| **Contraceptive Services and Supplies** | Covered, for selected brands and generics determined by UHA in accordance with Hawaii law, but only when:<br>• prescribed by your physician (except for emergency contraceptives);<br>• approved by the Food and Drug Administration; and<br>• you do not have a prescription drug plan which provides coverage for contraceptives.<br><br>You may obtain a copy of UHA's Preferred Drug Listing by calling Customer Services.  The Listing also appears on our website at uhahealth.com.<br><br>Benefit payment for contraceptives is limited to one contraceptive method per period of effectiveness.  If you have coverage for contraceptives under a drug plan, there shall be no duplication of benefits between this plan and your drug plan and this plan will pay secondary to the more specific coverage afforded by your drug plan.<br><br>You are not covered for contraceptive foams, creams, condoms, or other non-prescription substances or supplies used individually or in conjunction with any prescribed drug or device. |
| **Over-the-counter (OTC) Contraceptives** | Covered, for selected brands and generics determined by UHA in accordance with Hawaii law, but only when you receive a written prescription and when obtained from a licensed pharmacist. |

## N.  SPECIFIC BENEFITS FOR MEN

**Prostate Specific Antigen (PSA) Test**   Covered, for one prostate specific antigen test per calendar year for men age 50 or older

**Vasectomy**   Covered, for only the initial surgery for a vasectomy.  Reversal of a vasectomy is not covered

**Erectile Dysfunction**   Covered, for services, supplies, prosthetic devices, and injectables to treat erectile dysfunction due to organic cause as defined by UHA or as described in this section under Section 5.R: Other Medical Services; Gender Identity Services.

## O.  SPECIFIC BENEFITS FOR MEMBER AND COVERED SPOUSE

**In Vitro Fertilization**   Covered, to the extent required by Hawaii Law if the in vitro fertilization is for you and your spouse or civil union partner.  Coverage is limited to a one-time only benefit for one outpatient in vitro fertilization procedure while you are a UHA member.  If you receive benefits for in vitro fertilization services under a UHA plan, you will not be eligible for in vitro fertilization benefits under any other UHA plan.

One complete in vitro procedure is covered.  Payment of benefits for an incomplete in vitro procedure counts as meeting the one-time only benefit limitation.  In vitro fertilization services require **Prior Authorization** (See Section 7: Health Care Services Program).

In vitro fertilization services are not covered when a surrogate is used.  The in vitro procedures must be performed at a medical facility that conforms to the American College of Obstetrics and Gynecology guidelines for in vitro fertilization clinics or to the American Society for Reproductive Medicine minimum standards for programs of in vitro fertilization.

If you have a male spouse or civil union partner, you must meet all the following criteria:
(a) You and your spouse or civil union partner have a five-year history of infertility or infertility is related to one or more of the following medical conditions:
- Endometriosis;
- Exposure in utero to diethylstilbesterol (DES);
- Blockage of, or surgical removal of, one or both fallopian tubes (lateral or bilateral salpingectomy); or
- Abnormal male factors contributing to the infertility.
(b) You and your male spouse or civil union partner have been unable to attain a successful pregnancy through other infertility treatments
(c) Oocytes are fertilized with the spouse or civil union partner's sperm

If you do not have a male spouse or civil union partner, you must meet the following criteria:
(a) You are not known to be otherwise infertile, and
(b) You have failed to achieve pregnancy following three cycles of physician-directed, appropriately timed intrauterine insemination

**P.   SPECIFIC BENEFITS FOR DIABETES**

| | |
|---|---|
| **Diabetes Drugs, Insulin, and Supplies** | Covered, but only when: |

- prescribed by a health care professional authorized to prescribe the drug, insulin or supply; and
- you do not have a prescription drug plan which provides coverage for diabetes drugs, insulin and supplies.

If you have a drug plan which provides coverage for diabetes drugs, insulin and supplies, there shall be no duplication of benefits between this plan and your drug plan and this plan will pay secondary to the more specific coverage afforded by your drug plan.

Diabetes drugs, insulin, and supplies can be **Generic**, **Preferred Brand** or **Non-Preferred Brand**.

Generic drugs are drugs prescribed or dispensed under their generic (chemical) name rather than a brand name and which are not protected by a patent, or are drugs designated by us as generic. Generic drugs must be approved by the FDA as safe and effective.

Preferred Brand drugs and insulin are brand name drugs or insulin identified as preferred by their inclusion in UHA's Preferred Drug Listing.

Non-Preferred Brand drugs and insulin are brand name drugs and insulin that are not listed in the UHA Preferred Drug Listing.

You may obtain a copy of UHA's Preferred Drug Listing by calling Customer Services.  The Listing also appears on our website at uhahealth.com.

Covered diabetic supplies include lancets, syringes and needles, sugar test tablets, test strips, and blood glucose monitors.

| | |
|---|---|
| **Diabetes Self-Management  Training and Education** | Covered, through our Diabetes Education Program, but only through a Certified Diabetes Educator (CDE), Registered Dietician (RD), or Certified Nutrition Specialist (CNS).<br><br>Please contact the Health Care Services department for information about this program. |
| **Prenatal Program** | UHA may contract with vendors to reduce complications of pregnancy and improve quality of care for expectant mothers with diabetes.  For information about our current programs, please call our Health Care Services department. |

**Q.   COMPLEMENTARY ALTERNATIVE MEDICINE**

| | |
|---|---|
| **Services Provided by a Chiropractor or Acupuncturist** | Covered, subject to the following: |

- benefits are limited to treatment of conditions of the neuromusculoskeletal system, which consists of the nerves, muscles and bones
- the service is provided by a qualified provider of chiropractic or acupuncture services.  A qualified provider is an individual who is licensed appropriately, performs within the scope of his/her licensure and is recognized by UHA

- the plan pays 50% of the eligible charge for the first set of x-rays ordered by a participating **Chiropractor**. You are responsible for the balance of the eligible charge for the first set of x-rays and the full charge for any subsequent x-rays. The plan does not cover x-rays ordered by non-participating chiropractors.
- the total maximum benefit paid by the plan per calendar year is $500 for combined services provided by either participating or non-participating chiropractic and acupuncture providers

## R.  OTHER MEDICAL SERVICES

**Ambulance**

Covered, for ground and intra-island or inter-island air ambulance services to the nearest hospital equipped to treat your illness or injury, when all of the following apply:
- services to treat your illness or injury are not available in the hospital or skilled nursing facility where you are an inpatient or in the emergency department where you are initially seen
- transportation begins at the place where an injury or illness occurred or first required emergency care
- transportation ends at the nearest facility equipped to furnish emergency treatment
- transportation is for emergency treatment under circumstances where emergency room services would be covered (see Emergency Room section above)
- transportation takes you to the nearest facility equipped to furnish emergency treatment

Air ambulance benefits are limited to inter-island and intra-island transportation within the State of Hawaii.

**Applied Behavioral Analysis for Autism Spectrum Disorders**

Treatment and therapeutic care for members with clearly diagnosed autism is covered in accordance with Hawaii law. These services require **Prior Authorization** (Section 7: Health Care Services Program) with a defined and personalized treatment plan after the diagnosis is made. Services must be provided by licensed or certified providers as defined by the Hawaii Revised Statutes. Medical necessity determinations rest upon complex diagnostic criteria and the early involvement of pediatric psychiatrists and/or psychologists in making diagnoses and originating treatment plans can simplify this process.

**Bariatric Surgery**

Covered, but requires **Prior Authorization** (see Section 7: Health Care Services Program)

**Blood and Blood Products**

Covered, including blood costs, blood bank services, and blood processing

You are not covered for peripheral stem cell transplants except as described in this section under "Bone Marrow Transplants."

**Dialysis and Dialysis Supplies**

Covered

**Evaluations for Hearing Aids**

Covered, but only when you receive the evaluation for the use of a hearing aid in the office of a physician or an audiologist

**Gender Identity Services**

Covered, subject to the limitations described in our medical payment policy. Certain services require **Prior Authorization** (see Section 7: Health Care Services Program); exclusions may apply (see Section 6: Services Not Covered).

The services listed below are covered, but only when deemed medically necessary to treat gender dysphoria. Your co-payments and coinsurance may vary depending on the type of service or supply you receive (see Section 4: Summary of Benefits and Payment Obligations). Additional benefit information about the service or supply you receive can be found in other areas of this section.

- Gender reassignment surgery
- Hospital room and board
- Hormone injection therapy
- Laboratory monitoring
- Other gender reassignment surgery related services and supplies which are medically necessary and not excluded. These include but are not limited to sexual identification counseling, pre-surgery consultations and post-surgery follow-up visits
- Otherwise covered services deemed medically necessary to treat gender dysphoria

**Growth Hormone Therapy**

Covered, subject to the limitations described in our medical payment policy, but requires **Prior Authorization** (see Section 7: Health Care Services Program)

Benefits for human growth hormone therapy are available for eligible persons based on medical necessity

**Home Infusion Therapy**

Covered, for services and supplies for outpatient injections or intravenous administration of medication or nutrient solutions required for primary diet

Home total parenteral nutrition (TPN) for adults requires **Prior Authorization** (see Section 7: Health Care Services Program).

**Hyperbaric Oxygen Treatment**

Covered, but only with **Prior Authorization**

**Implants**

Covered, for surgical implants like pacemakers, stents, and screws

**Inhalation Therapy**

Covered

**Injectable Medications**

Covered, for outpatient services and supplies for the injection or intravenous administration of medication or nutrient solutions required for primary diet, and travel immunizations in accord with the guidelines set by the Advisory Committee on Immunization Practices (ACIP)

Some injections require **Prior Authorization** (see Section 7: Health Care Services Program).

**Medical Equipment and Appliances**

**Covered, up to the eligible charge, only when ordered by your physician and subject to the following conditions:**
**Prior Authorization** is required (see Section 7: Health Care Services Program) when the purchase price for the item is greater than $500, or the rental fee for the item is greater than $100/month. Examples include, but are not limited to:

CPAP units, BIPAP units, Oxygen concentrators, wheelchairs and hospital-type beds

Hearing aids are covered up to the eligible charge for one device per ear, every five years. You may be responsible for paying the provider the difference between UHA's payment and the total

actual charge.  You are not covered for the replacement of hearing aids lost or broken within five years from the date of purchase.

Benefit payment for the rental of appliances and medical equipment is limited to the eligible charge to purchase the appliance or equipment.

**Replacement appliances and medical equipment**
- Will be covered only when ordered by your physician; and when in our opinion the first or original one can no longer be used or repaired.  UHA reserves the right to cover repair rather than replacement if in our opinion it is the more cost-effective option.  To "repair" means to fix or mend and put equipment back into good condition after damage or wear, and includes reasonable charges for parts and labor.

**Repairs and maintenance of appliances and medical equipment**
- **Prior Authorization** is required (Section 7: Health Care Services Program)

- You are not covered for routine maintenance of any medical equipment or appliance, including periodic servicing (such as testing, cleaning, adjusting, regulating and checking of equipment); unless you establish that you are unable due to illness, injury or disability to perform the periodic servicing.  More extensive maintenance is covered when, based on manufacturer's recommendations, it should be performed by authorized technicians.

- There is no coverage for repair or maintenance to the extent parts and/or labor is covered by a manufacturer's or supplier's warranty or by the rental contract.

- If there is no coverage for the equipment or appliance under this Section, then there is no coverage for repair or maintenance of the equipment or appliance.

- You are not covered for battery replacements or recharging related to any appliances or medical equipment.

**Medical Foods**
Medical foods and low protein modified food products are covered when prescribed for the treatment for an inborn error of metabolism in accord with Hawaii law.

**Ophthalmologists, Services of**
Services provided by ophthalmologists are only covered for treatment of medical conditions, such as glaucoma and cataracts.  Corrective lenses prescribed as part of post-operative care following surgery to correct a medical condition are covered under this section.

Services for vision care without a medical diagnosis, such as aniseikonic studies and prescriptions, prescription eyeglasses or contact lenses are not covered by this plan.  If your employer offers vision care benefits, please refer to your vision plan brochure for specific information about those additional benefits.

**Orthodontic Treatment for Orofacial Anomalies**
Covered, for medically necessary orthodontic services for the treatment of orofacial anomalies resulting from birth defects or birth defect syndromes to the extent required by Hawaii law only if you meet UHA's criteria and obtain **Prior Authorization** (Section 7: Health Care Services Program).

Benefits are limited to a maximum of $5,500 per treatment phase.

**Orthotics**
Covered, when prescribed by your physician.  Foot orthotics are only covered for diabetic conditions and fractures.

You are not covered for orthotics management and training.  Coverage for orthotics fitting and fabrication is included in the reimbursement for the orthotic itself.

**Physical and Occupational Therapy**

Covered, but only when all of the following are true:
- the therapy is ordered by a Provider practicing within the scope of their license under an individual treatment plan
- the therapy is for restoration of musculoskeletal function that was lost or impaired by injury or illness
- the therapy can be reasonably expected to improve the patient's condition through short-term care.  Long-term maintenance therapy and group exercise programs are not covered
- the therapy is provided by a qualified provider of physical or occupational therapy services.  A qualified provider is an individual who is licensed appropriately, performs within the scope of his/her licensure and is recognized by UHA

**Prior Authorization** is required following 32 units (1 unit = 15 minutes) or 8 one hour sessions per calendar year.  **Payment is limited to 4 units/session** (see Section 7: Health Care Services Program)

Group exercise programs are not covered.

When you receive both occupational and physical therapies, the therapies should provide different treatments and not duplicate the same treatment.  Occupational therapy is limited to services to achieve and maintain improved self-care and other customary activities of daily living.  Occupational therapy supplies are not covered.

**Prosthetics**

Covered, but only when prescribed by your physician.

Examples of prosthetics are artificial limbs and eyes.  Prosthetics require **Prior Authorization** (see Section 7: Health Care Services Program) by us when cost is more than $500.

**Routine Care Associated with Clinical Trials**

Covered, in compliance with the Affordable Care Act.  If you are eligible to participate in an approved clinical trial, you are covered for all routine patient costs while enrolled in the trial.  Routine patient costs are all items and services that would be covered under your UHA plan if you were not participating in the clinical trial.

**Speech Therapy**

Speech therapy is covered when all of the following are true:
- the therapy is ordered by a Provider practicing within the scope of their license under an individualized treatment plan
- the therapy is necessary to restore speech or hearing function which was lost or impaired by illness or injury
- the therapy is provided by a qualified provider of speech therapy services.  A qualified provider is an individual who is licensed appropriately, performs within the scope of his/her licensure and is recognized by UHA
- the services are reasonably expected to improve the patient's condition through short-term care.  (Long term maintenance programs are not covered.)
- the services require **Prior Authorization** (see Section 7: Health Care Services Program)

**Telehealth**

Health services received via telecommunications (integrated electronic transfer of medical data, including but not limited to real-time video conferencing-based communication, secure interactive

and non-interactive web-based communication, and secure asynchronous information exchange) are covered in accordance with Hawaii law, if they are for otherwise Covered Services under this Agreement and are provided in accordance with generally accepted health care practices and standards prevailing in the applicable professional community in Hawaii.  Covered at level applicable to service provided.  Standard telephone contacts, facsimile transmissions, or email text, in combination or by itself, do not constitute telehealth services.

# SECTION 6:  SERVICES NOT COVERED

Your medical benefits plan does not provide benefits for those procedures, services or supplies that are listed in this section. Each of the procedures, services and supplies listed below are excluded from your plan.

Even if a service or supply is not specifically listed as an exclusion, it will not be covered unless it is described as a Covered Benefit in <u>Section 5: Description of Benefits</u> and it meets all of the criteria for payment listed in <u>Section 7: Health Care Services Program</u>.  If you have any questions about whether a specific procedure, service or supply is a covered benefit, please contact us (see Page 1) and we will assist you.

| | |
|---|---|
| **Experimental or Investigative Treatment** | You are not covered for medical treatments, drugs, devices, or care, and all related services and supplies, which cannot be designated as being reasonably necessary for your care relative to other well established available services or equipment, or when the potential therapeutic benefit of such treatments are judged to be of a degree insufficient to offset the risk to patient safety and cost.  The Prior Authorization process for experimental and investigative treatments is designed to define and address these issues with consideration for each member's individual circumstances.

You are also not covered for the diagnosis and treatment of any complications as a result of previous experimental or investigative services not covered under this Agreement, regardless of how long ago such services were performed. |
| **Non-Routine Care Associated with Clinical Trials** | You are not covered for any items and services associated with clinical trials except as stated in <u>Section 5: Description of Benefits</u>.  Non-routine patient costs include the investigational item, device, or service itself; items solely for data collection; or services clearly inconsistent with accepted standard of care.  These non-covered items and services are usually provided without cost by the clinical trial. |
| **FDA Approval Not Obtained** | You are not covered for any service or supply that (i) cannot be legally marketed in the United States without the approval of the Food and Drug Administration (FDA) and such approval has not been granted; or (ii) is the subject of a current new drug or new device application on file with the FDA, that has not yet been approved by the FDA. |
| **Dental Services** | You are not covered for dental services except those services listed in <u>Section 5: Description of Benefits</u> under the headings "Oral Surgery" and "Orthodontic Treatment for Orofacial Anomalies." The following exclusions apply regardless of the symptoms or illnesses being treated:<ul><li>orthodontia</li><li>dental splints and other dental appliances</li><li>dental prostheses</li><li>maxillary and mandibular implants (osseointegration) and all related services</li><li>removal of impacted teeth</li><li>any other dental procedures involving teeth, structures supporting the teeth, or gum tissues</li><li>any services in connection with the treatment of temporomandibular joint (TMJ) problems or malocclusion of the teeth or jaw, except for limited medical services related to the initial diagnosis of TMJ or malocclusion.</li></ul> |

*Services Not Covered*

| | |
|---|---|
| **Drugs** | You are not covered for prescription drugs except as stated in <u>Section 5: Description of Benefits</u>. |
| **Vision Services, Eyeglasses and Contacts** | You are not covered for vision services, including eyeglasses and contacts, except as stated in <u>Section 5: Description of Benefits</u>.  You are not covered for: |

- eyeglass and contact lenses
- sunglasses
- frames
- prescription inserts for diving masks or other protective eyewear
- non-prescription industrial safety goggles
- exams for a fitting or prescription, including eye refraction
- refractive eye surgery to correct visual acuity problems
- vision training
- aniseikonic studies and prescriptions
- reading problem studies or other procedures determined to be unusual

| | |
|---|---|
| **Cosmetic or Reconstructive Services, Supplies or Procedures** | You are not covered for cosmetic or reconstructive services, supplies or procedures that are primarily intended to improve your natural appearance and do not restore or materially improve a physical function.  This exclusion applies to cosmetic or reconstructive services for a psychological or psychiatric reason.  You are not covered for reconstructive surgery or services to correct congenital abnormalities (defects present from birth), unless the anomaly severely impairs or impedes normal, essential bodily functions. |

You are not covered for breast implants (except following mastectomy as described in <u>Section 5: Description of Benefits</u>), labioplasty, or rhinoplasty.  You are not covered for excision of superficial benign tumors of the skin and subcutaneous tissue.

UHA maintains a list of procedures which are determined to be cosmetic in most cases.  For the most current list of cosmetic procedures, visit our website at uhahealth.com under "Member Forms".  The list is not exclusive, and UHA will deny coverage for any procedure determined to be cosmetic, whether or not it is on the list.

| | |
|---|---|
| **Counseling Services** | Except as described in <u>Section 5: Description of Benefits</u>, you are not covered for any counseling services, including, but not limited to the following: |

- bereavement counseling or services of volunteers or clergy
- marriage, couples, or family counseling
- sexual orientation counseling
- parent, or other, training services

You are not covered for nutritional counseling services, except as stated in <u>Section 5: Description of Benefits</u>.

| | |
|---|---|
| **Autism Services** | You are not covered for autism services except as stated in <u>Section 5: Description of Benefits</u>.  You are not covered for: |

- Care that is custodial in nature
- Services and supplies that are not clinically appropriate
- Services provided by family or household members
- Treatments considered experimental
- Services provided outside of the State of Hawaii

*Services Not Covered*

| | |
|---|---|
| **Fertility/Infertility** | You are not covered for services or supplies related to the diagnosis of infertility. |
| | Except as described in <u>Section 5: Description of Benefits</u> under "Special Benefits for Member and Covered Spouse," you are not covered for services and supplies related to the treatment of infertility.  This exclusion includes but is not limited to: |

- collection, storage and processing of semen
- ovum transplants
- gamete intrafallopian transfer (GIFT)
- zygote intrafallopian transfer (ZIFT)
- services related to conception by artificial means (such as intrauterine insemination)
- hysterosalpingography
- in vitro fertilization benefits when services of a surrogate or gestational carrier are used

| | |
|---|---|
| **Reversal of Sterilization** | You are not covered for reversal of sterilization. |
| **Reversal of Vasectomy** | You are not covered for reversal of vasectomy. |
| **Growth Hormone Therapy** | You are not covered for human growth hormone therapy except as stated in <u>Section 5: Description of Benefits.</u> |
| **Transplant and Donor Services** | You are not covered for: |

- organ donor services if you are the organ donor
- any expenses of transporting a living donor
- mechanical or non-human organs and services related to them except for artificial hearts as a bridge awaiting heart transplant
- the purchase of any organ
- services rendered to the living donor for post-transplant donor services
- transplant services or supplies or related services or supplies except as described in <u>Section 5: Description of Benefits</u> under "Organ Transplants Services." Related Transplant Services or Supplies are those that would not meet payment criteria but for your receipt of the transplant.

| | |
|---|---|
| **Exclusion by Type of Provider** | You are not covered for services or supplies provided by a provider who is a member of your immediate family, meaning a parent, child, Spouse, Civil Union partner or yourself |
| **Emergency Room Visits for Non-Emergencies** | You are not covered for any of the costs of care arising from an emergency room visit if your condition does not meet "emergency" standards as defined in <u>Section 5:  Emergency Room</u>. |
| **When Someone Else Is Responsible For Payment** | You are not covered when someone else, including but not limited to any federal, state, territorial, municipal, or other government instrumentality or agency, has the legal obligation to pay for your care, and when, in the absence of this Agreement, you would not be charged. |
| | You are not covered for treatment of illness or injury related to military service when you receive treatment in a facility operated by an agency of the United States government.  You are not covered for services or supplies that are required to treat an illness or injury received while you were on active status in the military service. |
| | You are not covered for services or supplies for an injury or illness for which you are entitled to receive disability benefits or compensation (or forfeit your rights thereto) under any |

Worker's Compensation or Employer's Liability Law, or entitled to receive  Personal Injury Protection payment under a no-fault motor vehicle policy.

You are not covered for services or supplies for an injury or illness that is a Third Party Liability situation, except as stated in <u>Section 10: Coordination of Benefits & Third Party Liability</u>.  We have the right to deny coverage for any claim in a Third Party Liability situation if you fail to provide us with timely notice of the potential claim.

**Miscellaneous Exclusions**

- **Airline Oxygen**

  You are not covered for airline oxygen

- **Air Ambulance**

  You are not covered for air ambulance benefits provided outside of the State of Hawaii or between Hawaii and other locations

- **Biofeedback**

  You are not covered for biofeedback or any related diagnostic testing

- **Bionic Devices**

  You are not covered for **Bionic Devices** or related services

- **Complications of a Non-Covered Treatment or Procedure**

  You are not covered for the diagnosis and treatment of any complications of a treatment or procedure which is excluded from coverage under this Agreement, regardless of how long ago such services were performed and regardless of whether you were eligible for coverage under this Agreement at the time the services were performed.  This exclusion applies to complications related to every category of excluded services under this Agreement.

- **Complementary and Alternative Medicine**

  You are not covered for complementary and alternative medicine except as stated in <u>Section 5: Description of Benefits</u>.  You are not covered for x-rays ordered by non-participating chiropractors.

- **Custodial Care**

  You are not covered for custodial care, sanatorium care, or rest cures provided in a hospital, skilled nursing facility, or other facility

  Custodial care consists of training in personal hygiene, routine nursing services, and other forms of personal care, such as help in walking, getting in and out of bed, bathing, dressing, eating and taking medicine.  Also excluded are supervising services by a physician or a nurse for a person who is not under specific medical, surgical, or psychiatric treatment to improve that person's condition and to live outside a facility providing this care.

- **Effective Date**

  You are not covered for services or supplies that you receive before the effective date of this coverage, or after the effective date of termination of this coverage

- **Erectile Dysfunction**

  You are not covered for services and supplies (including prosthetic devices) related to erectile dysfunction except if due to an organic cause or to treat gender dysphoria as described in <u>Section 5: Description of benefits; Gender Identity Services</u>.  This includes, but is not limited to, penile implants.  You are not covered for drug therapies related to erectile dysfunction except certain injectables approved by us to treat erectile dysfunction due to an organic cause or to treat gender dysphoria as described in <u>Section 5: Description of benefits; Gender Identity Services</u>.

- **False Statements**

  You are not covered for services or supplies obtained due to a false statement or other misrepresentation made in an application for membership or in any claims for benefits

If we pay such benefits to you or a provider before learning of any false statement or other misrepresentation, you are responsible for reimbursing us.

- **Foot Orthotics** — You are not covered for foot orthotics except for diabetic conditions and fractures

- **Hair Loss and Baldness** — You are not covered for services and supplies, including hair transplants and topical medications, for the treatment of male and female pattern hair loss or baldness

- **Home Health and Hospice** — You are not covered for home health and hospice services except as stated in <u>Section 5: Description of Benefits</u>

- **Massage Therapy** — You are not covered for massage therapy services except when provided within the course of rehabilitative services as defined in <u>Section 5: Description of Benefits; Physical and Occupational Therapy</u>.

- **Medical Equipment and Appliances** — You are not covered for equipment and appliances that are not primarily medical in nature such as environment control equipment or supplies (e.g.  air conditioners, humidifiers, dehumidifiers, air purifiers or sterilizers, water purifiers, vacuum cleaners, supplies such as filters, vacuum cleaner bags and dust mite covers); hygienic equipment; exercise equipment; items primarily for participation in sports or leisure activities, and education equipment except as stated in <u>Section 5: Description of Benefits</u>

- **Medical Foods** — You are not covered for medical foods and low protein modified food products except as stated in <u>Section 5: Description of Benefits</u>

- **Miscellaneous Supplies** — You are not covered for miscellaneous supplies billed separately by your provider.  This includes but is not limited to gauze, batteries, surgical trays, diapers, and tape

- **Motor Vehicle Accident** — You are not covered for injuries or illness due to a motor vehicle accident (including arising from operation, maintenance or use of a motor vehicle), except for medical costs exceeding the personal injury protection mandatory coverage amount specified by state law, as described in <u>Section 10: Coordination of Benefits & Third Party Liability</u>

- **Motor Vehicles** — This plan does not cover the cost of purchase or rental of motor vehicles, such as cars or vans, or the equipment and costs associated with converting a motor vehicle to accommodate a disability

- **Naturopathy** — You are not covered for medical treatments, drugs, devices, care, or ancillary services (to include laboratory testing and imaging) that are not the most appropriate delivery or level of service, or are not known to be effective in improving health outcomes

- **Orthotics** — You are not covered for orthotics management and training

- **Personal Convenience Items** — You are not covered treatments, services or supplies that are prescribed, ordered or recommended primarily for your comfort or convenience, or the comfort or convenience of your provider or caregiver.  Such items may include  home remodeling, hot tubs, ramps, swimming pools, or personal supplies such as surgical stockings and disposable underpads

- **Physical Examinations** — Physical examinations specifically for job-related or sports program-related purposes are not covered

*Services Not Covered*

- **Physical and Occupational Therapy**  You are not covered for physical and occupational therapy except as stated in <u>Section 5: Description of Benefits</u>.  You are not covered for occupational therapy supplies

- **Preventive Care**  You are not covered for preventive care services except as stated in <u>Section 5: Description of Benefits</u>

- **Private Duty Nursing**  You are not covered for private duty nursing services

- **Repair/Replacement**  You are not covered for the replacement of hearing aids lost or broken within five years from the date of purchase.  You are not covered for replacement, or repairs and maintenance of medical equipment and appliances except as stated in <u>Section 5: Description of Benefits</u>

- **Reversal of Gender Reassignment Surgery**  You are not covered for reversal of gender reassignment surgery, except in the case of a serious medical barrier to completing gender reassignment or the development of a serious medical condition requiring a reversal

- **Self-Help or Self-Cure**  You are not covered for self-help and self-cure programs and equipment.  You are not covered for the educational programs or other services performed by mutual self-help groups, even if you are referred to such groups by your provider or the judicial system.

- **Skilled Nursing**  You are not covered for skilled nursing services except as stated in <u>Section 5: Description of Benefits</u>

- **Social Work Services**  You are not covered for treatment provided by a social worker except as defined in <u>Section 5: Description of Benefits; Mental Health and Substance Abuse Services</u>

- **Speech Therapy**  You are not covered for speech therapy except as stated in <u>Section 5: Description of Benefits</u>

- **Stand-by Time**  You are not covered for a provider's waiting or stand-by time

- **Third Party Liability**  You are not covered for services or supplies for an injury or illness that is a Third Party Liability situation, except as stated in <u>Section 10: Coordination of Benefits & Third Party Liability</u>.  We have the right to deny coverage for any claim in a Third Party Liability situation if you fail to provide us with timely notice of the potential claim.

- **Travel or Lodging Costs**  You are not covered for the costs of travel or lodging

- **Weight Reduction Programs**  You are not covered for weight reduction programs and supplies (including dietary supplements, food, equipment, laboratory testing, examinations, and drugs), whether or not weight reduction is medically appropriate.

- **Wigs**  You are not covered for wigs

## SECTION 7:  HEALTH CARE SERVICES PROGRAM

**Payment Determination Criteria**

In order for us to pay for a covered service, all of the following payment determination criteria must be met
- the service must be listed as a covered benefit and not be excluded as a benefit by this plan
- the service must be medically necessary for the diagnosis or treatment of your illness or injury
- the service must be provided in an appropriate setting and at an appropriate level of care
- when required under this plan, the service must be prior authorized

The fact that a physician or other provider may prescribe, order, recommend, or approve a service or supply does not in itself mean that the service or supply meets these payment criteria, even if the service or supply is listed as a covered service in this Agreement.

**Medical Payment Policies**

Additional and more clinically specific information about your coverage may be obtained by reviewing our Medical Payment Policies with your healthcare provider.  They may be found on our website at uhahealth.com.

**The Health Care Services Department**

It is the responsibility of the Health Care Services department to determine if a recommended service is medically necessary.

**Medically Necessary**

This plan pays benefits for services that are covered benefits under the member's health plan and that are medically necessary.

In making the determination of medical necessity, UHA follows the definition established in Hawaii Revised Statutes (sect.  432E-1.4):

"(a) For contractual purposes, a health intervention shall be covered if it is an otherwise covered category of service, not specifically excluded, recommended by the treating licensed health care provider, and determined by the health plan's medical director to be medically necessary as defined in subsection (b).  A health intervention may be medically indicated and not qualify as a covered benefit or meet the definition of medical necessity.  A managed care plan may choose to cover health interventions that do not meet the definition of medical necessity.

(b) A health intervention is medically necessary if it is recommended by the treating physician or treating licensed health care provider, is approved by the health plan's medical director or physician designee, and is:
    (1) For the purpose of treating a medical condition;
    (2) The most appropriate delivery or level of service, considering potential benefits and harms to the patient;
    (3) Known to be effective in improving health outcomes; provided that:
        (A) Effectiveness is determined first by scientific evidence;
        (B) If no scientific evidence exists, then by professional standards of care; and
        (C) If no professional standards of care exist or if they exist but are outdated or contradictory, then by expert opinion; and
    (4) Cost-effective for the medical condition being treated compared to alternative health interventions, including no intervention.  For purposes of this paragraph, cost-effective shall not necessarily mean the lowest price."

| | |
|---|---|
| **Health Care Services Tools** | To assure to the extent possible that a recommended service is medically necessary, UHA utilizes three levels of case review and management: **concurrent review, Prior Authorization** and **retrospective review**.  All participating providers agree to cooperate with UHA in its efforts to make these determinations on your behalf.  To be successful we need your cooperation. |
| **Prior Notification of hospital admissions and concurrent review** | To work effectively, UHA must be aware of services recommended by your provider that require hospitalization, that are likely to require ongoing care after discharge and which may require services or supplies to facilitate discharge from the hospital. |
| | Once UHA is made aware of a member's hospitalization, Health Care Services Nurses monitor your care, concurrently assisting with discharge planning and case management.  In order for this review process to work for your benefit, UHA requires that you or your providers notify the Health Care Services Department: |
| | • at least 72 hours in advance of elective admission to a hospital or rehabilitation facility |
| | • for provision of any Substance Abuse Services |
| | If you are under the care of a non-participating provider, you are responsible for providing Prior Notification. |
| **Prior Authorization** | Prior authorization is a special pre-approval process to ensure that certain treatments, procedures, or supplies are medically necessary covered services. |
| | In determining whether to provide prior authorization, we may use guidelines that include clinical standards, protocols, or criteria regarding treatment of specific conditions or providing certain services or supplies.  If you are requesting prior authorization and want a copy of any guidelines that we use for a particular condition or treatment, contact our Health Care Services department at the address below. |
| | Those services that require prior authorization are listed below.  If you are under the care of a UHA participating provider, he or she should obtain our prior authorization for you and he or she will accept any penalties for failure to obtain authorization.  If you are under the care of a non-participating provider, you are responsible for obtaining prior authorization.  If you do not obtain prior authorization, benefits may be denied. |
| | Penalties for not obtaining prior authorization do not apply toward meeting the annual maximum out-of-pocket. |
| **How to Obtain Prior Authorization** | Prior authorization may be requested by writing or faxing the request to UHA's Health Care Services department at: |
| | UHA |
| | Health Care Services Department |
| | 700 Bishop Street, Suite 300 |
| | Honolulu, HI 96813-4100 |
| | Phone: 532-4006 (or 1-800-458-4600, extension 300, from the neighbor islands) |
| | Fax: (866) 572-4384 |
| | The Health Care Services department is open from 8:00 a.m. to 4:00 p.m.  Monday through Friday. |

Prior Authorization Request forms may be downloaded from our website: uhahealth.com.

If you submit a request without use of this form, your request for prior authorization must include the following information:

- member name, address, birthdate, and UHA member number
- requesting provider's name, specialty, phone and fax numbers
- information about the member's other health insurance, if any
- name of the provider of requested service
- name of the facility where the requested service will be performed
- diagnoses, procedures, and supporting medical information
- information whether the member's condition is employment- or automobile-related
- if the prior authorization is for a drug override: the name of the drug and the reason for the override
- provider acknowledgment that the requested service meets the definition of medically necessary as specified in the glossary of this Guide

You must provide sufficient information to allow us to make a decision regarding your request.  If you do not provide the information we request, or if the information you provide does not show entitlement to coverage under this plan, your request may be denied.

If you want to designate a representative to make a request for prior authorization on your behalf, you may do so by filing an Authorization For Release of Information form with us. Contact us at the phone number above for an authorization form.  If a healthcare provider with knowledge of your condition makes a request for an expedited decision on your behalf, we do not require an Authorization For Release of Information form from you.

**Our Decision on your Request**

We will make a decision on your request for prior authorization within 15 days of receipt of your request.

This period may be extended if you fail to submit information necessary for us to determine your request, and in that event we will tell you what additional information we need and will provide you at least 45 days after our notice to provide us the additional information.  We may also extend this period one time for up to 15 days, if the extension is necessary for reasons beyond our control, and in that event we will notify you of the circumstances warranting extension and the date by which we plan to render a decision.  If we denied the request or any part of it, we will provide an explanation, including the specific reason for denial and reference to the health plan terms on which our denial is based.  If you disagree with our denial, you may file an appeal in accordance with the appeal procedures in Section 9: If You Disagree With Our Decision.

If your health or ability to regain maximum function could be seriously harmed by waiting 15 days for a decision, then you or your provider may make a request for an expedited decision on prior authorization.  If we find, or your treating physician states, that your health or ability to regain maximum function could be seriously harmed by waiting 15 days for a decision, then we will make a decision within 72 hours of receipt of your request for expedited decision and all required information.

You may make your request for an expedited review orally or in writing at the contact information listed above.  The information we require to process your request includes the

same information as required on our Prior Authorization Request form, as described above. If you qualify for an expedited decision but we do not have sufficient information on which to make an expedited decision, we will inform you within 24 hours of our receipt of your request and will provide you at least 48 hours to provide us the required information.

The following list summarizes UHA's prior authorization requirements.  These requirements are subject to change.  You may contact UHA's Health Care Services department at 532-4006 (or 1-800-458-4600, extension 300, from the neighbor islands) for the most current list, or review the list on our website at uhahealth.com.  UHA requires that all participating providers participate with its prior authorization, concurrent, and retrospective review activities.

We will make a decision on your request for prior authorization within 15 days of receipt of your request.

***Note:   Penalties for not obtaining prior authorization do not apply toward meeting the Annual Maximum Out-of-Pocket.***

## THE FOLLOWING SERVICES REQUIRE PRIOR AUTHORIZATION:

### Inpatient and Ambulatory (Outpatient) Surgical Procedures

- All ablative treatment for atrial fibrillation
- Ambulatory surgery proposed to be done in an inpatient setting
- Anesthesia services for gastrointestinal endoscopy
- Arthroscopy, hip, surgical; with removal of loose body or foreign body – with femoroplasty, acetabuloplasty, or labral repair
- Artificial disc insertion in cervical spine (lumbar **NON-COVERED**)
- Autologous chondrocyte implantation (knee)
- Bariatric surgery
- Blepharoplasty and repair of blepharoptosis
- Cardiac catheter ablation procedures
- Electromagnetic navigation bronchoscopy
- Emerging technology (T codes)
- Gender identity reconstructive surgery
- Hepatic resection, radiofrequency ablation and cryotherapy; chemoembolization, and microsphere radiocolloid infusion/embolization
- Hyperbaric oxygen treatment
- Intrasomal corneal ring segments
- In vitro fertilization services
- Kyphoplasty and vertebroplasty
- Lung volume reduction
- Organ, bone marrow, and stem cell transplant services: transplant evaluations, organ donor services, transplant procedures
- Osteochondral allograft
- Panniculectomy and abdominoplasty
- Photodynamic therapy for actinic keratoses and other skin lesions (Limitations and guidelines apply)
- Prophylactic mastectomy
- Radiofrequency ablation of miscellaneous solid tumors (Limitations and guidelines apply)
- Reduction mammaplasty (not related to breast reconstruction following mastectomy for cancer)
- Rhinectomy; partial
- Sleep apnea treatment (See Sleep Apnea Medical Payment Policies for limitations and guidelines)
- Spinal cord stimulator for pain management
- Spinal injections for pain management

**THE FOLLOWING SERVICES REQUIRE PRIOR AUTHORIZATION** *(continued)*:
- Stereotactic radiosurgery (SRS) and fractionated stereotactic body radiotherapy (SRBT)
- Thoracic sympathectomy for hyperhidrosis
- Tissue-engineered skin substitutes (Limitations and guidelines apply)
- Transcatheter mitral valve repair
- Transcatheter pulmonary valve implantation
- Transmyocardial laser revascularization
- Treatment of hepatic neoplasms that are being considered for treatment outside of systemic chemotherapy alone
- Treatment of operable prostate cancer
- Treatment of varicose veins (Limitations and guidelines apply)

**COSMETIC PROCEDURES ARE NON-COVERED SERVICES.**  For the most current list of cosmetic procedures, visit our website at uhahealth.com under "Member Forms".  **If a procedure or service could conceivably be considered to be cosmetic or investigational in nature, a prior authorization review is required.  If a denial for services is issued and complications result in additional medical procedures, members may be financially responsible for those additional services.**

**Diagnostic Testing and Radiology Procedures**
- Charged-particle (Proton or Helium Ion) radiation therapy
- CTCA – Computerized Tomography of the Coronary Arteries (computed tomography, heart, without contrast material, with quantitative evaluation of coronary calcium **is NON-COVERED**)
- CCTA – Coronary Computed Tomography Angiography
- Genetic testing (CYP450 genotyping does not require Prior Authorization, but limitations and guidelines apply)
- Oncotype DX
- PET scans
- Psychological testing
- Sleep studies (See Sleep Apnea Medical Payment Policies for limitations and guidelines)
- Virtual colonoscopy (Limitations and guidelines apply)

**Medical Equipment and Appliances and Supplies**
- Continuous glucose monitoring system
- Custom fabricated medical items
- External insulin pump
- Home ventilator
- Medical equipment and appliances purchase greater than $500
- Medical equipment and appliances rental greater than $100/month
- Negative pressure wound therapy
- Oscillatory device for bronchial drainage
- Oxygen and oxygen equipment for home use
- Positive airway pressure devices for the treatment of obstructive sleep apnea
- Power mobility devices and push-rim activated power assist devices
- Pulse oximeter for home use (children and adult)
- Repair and maintenance of medical equipment and appliances
- Spinal cord stimulators for pain management
- Wheelchairs: pediatric and adult

## THE FOLLOWING SERVICES REQUIRE PRIOR AUTHORIZATION *(continued)*:

### Out-Of-State Services

- For members living in Hawaii, ALL out-of-state requests **(require at least 2 weeks for processing)**
- For members on the mainland, in addition to services listed here: ALL ASC or hospital based elective procedures, ALL advanced imaging

### Prosthetics

- Prosthetics with cost greater than $500
- Endoskeletal knee-shin system

### Rehabilitative Services

- Habilitative services
- Intensive Cardiac Rehabilitation (Ornish) (Prior Authorization required for participation in the program.  No Prior Authorization needed for referral for initial evaluation)
- Physical and occupational therapy (following **32** units [1 unit = 15 minutes] or **8** sessions; per calendar year) **Payment is limited to 4 units/session**
- Residential treatment for chemical dependence (only for facility non-participating providers and out-of-state treatments)
- Speech therapy
- Applied behavior analysis for autism spectrum disorders (See ABA policy for limitations and guidelines)

### Home Health Services

- Home health services after the first 12 visits
- Home oxygen therapy (after initial three months only)
- Home total parenteral nutrition for adults
- Home IV antibiotic therapy when not ordered and supervised by Infectious Diseases Specialist

### Miscellaneous Services

- Cologuard as a choice for Colorectal Cancer Screening (Limitations and guidelines apply)
- Growth hormone therapy
- Hepatitis C treatment (Limitations and guidelines apply)
- Orthodontic services for orofacial anomalies
- Oral surgery
- Gender identity services
- Experimental and investigational services

### PRESCRIPTION DRUG PRIOR AUTHORIZATION

For a list of prescription medications that require prior authorization, please refer to our website at uhahealth.com under "List of Drugs that Require Prior Authorization"

## THE FOLLOWING SERVICES REQUIRE ADVANCE NOTIFICATION:

### Elective Hospital Admissions

72 hours advance notification is required for elective hospital admissions (including skilled nursing facilities and rehabilitation facilities) when possible.  UHA requires notification of emergency and non-elective admissions within one (1) business day of admission.

### Chemical Dependency/Substance Abuse Residential Treatment

72 hours advance notification is required for chemical dependency/substance abuse treatment.

# OTHER HEALTH CARE SERVICES PROGRAMS:

**Retrospective Review**     All claims for reimbursement are subject to retrospective review to determine if the services provided were:

- covered benefits,
- medically necessary, and
- provided in an appropriate setting at an appropriate cost, and
- for a person properly eligible to receive benefits under this Agreement.

This includes claims for services provided in an Emergency Department.  To determine if these visits are covered, UHA uses the definition of Emergency Services provided in Hawaii Revised Statutes (sect.  432E-1) and in the Glossary of this document.

If it is determined that an emergency room visit does not meet this standard, payment for these benefits will be denied.  In this circumstance, members may be billed by the provider for payment for those services.

Exhibit C - Page 92

UHA 600 Plan Agreement – January 2019
04/05/2018

52

## SECTION 8:  FILING CLAIMS FOR PAYMENT

**Filing Claims**

When you receive services from any provider, be sure to show them your UHA Identification Card.

When you visit a UHA participating provider, the provider will file a claim for payment on your behalf.  We will send payment to the provider and we will send you an Explanation of Benefits (EOB).

When you visit a **Non-Participating Provider**, the provider may file a claim on your behalf or give you the claim to file with UHA.  The provider of service must sign the claim form.  We will send payment to you along with a Remittance Advice (RA).

In no event will the amount we pay to a non-participating provider exceed the amount which we would pay to a comparable participating provider for like services rendered.

If we require any additional information, such as medical records or reports, in order to process the claim, we will request the information from the provider.  We will not pay the claim unless we receive all necessary information.

We will not pay claims for services that are not Covered benefits or were not actually received.

If you have any questions after reading this section, please contact your personnel department, or call us.  Our telephone number appears in the front of this guide.

**Payment Determination Criteria**

In order for us to pay for a covered service, all of the following payment determination criteria must be met:
- the service must be listed as a covered benefit and not be excluded as a benefit by this plan
- the service must be medically necessary for the diagnosis or treatment of your illness or injury
- the service must be provided in an appropriate setting and at an appropriate level of care
- when required under this plan, the service must be prior authorized

The fact that a physician or other provider may prescribe, order, recommend, or approve a service or supply does not in itself mean that the service or supply meets these payment criteria, even if the service or supply is listed as a covered service in this Agreement.

**Information Required on a Claim**

Any claim for services submitted to us for payment must include the following information:
- your subscriber number, which appears on your membership Identification Card
- the provider's full name and address
- the patient's name
- the date(s) services were received
- the date of injury or beginning of an illness
- the charge for each service (in U.S.  currency)
- a description of each service (UHA uses the nationally accepted CPT-4 and HCPCS procedure codes)
- a diagnosis or type of illness or injury (UHA uses the nationally accepted ICD-10 diagnostic codes)
- the location where you received the service (office, outpatient center, hospital, etc.)
- if applicable, information about any other health coverage you have

The provider's signature must be on the claim.  The claim must be in English.  Receipts are not acceptable.  We have a right to require that you provide sufficient information to allow us to make a decision regarding your claim.  If you do not provide the information we request, or if the information you provide does not show entitlement to coverage under this plan, your claim may be denied.

To be eligible for payment, service codes must conform to nationally accepted coding standards.

**Where to Send Claims**     Claims should be sent to:
                                             UHA
                                             700 Bishop Street, Suite 300
                                             Honolulu, HI 96813

**Late Claims**     Claims should be submitted to us as soon as possible after the date of service.  All claims for payment for services must be filed with UHA within one year of the date of service.  We will not make payment on any claim received more than one year after the date on which you received the service.

**Explanation of Benefits**     Explanation of Benefits (EOB) are generated after your claim has been processed.  You have access to them via our member portal, which is through our website at uhahealth.com.  The EOB tells you how we processed the claim, including the services performed, the amount charged, our eligible charge, the amount we paid, and the amount, if any, that you owe.  If we denied the claim or any part of it, the EOB will provide an explanation for the denial.

Be sure to keep your EOB for filing with your secondary insurance carrier when applicable.

If you would like your EOBs mailed to you, have any questions about the document, or think that we made an error in paying a claim, please call or write to Customer Services (see page 1).  If after contacting Customer Services you are not satisfied and think that we made an error in determining benefits or paying your claim, you may request a formal review by writing to us.  Please refer to Section 9: If You Disagree With Our Decision for information on how to file an appeal.

## SECTION 9:  IF YOU DISAGREE WITH OUR DECISION

**Requesting Informal Reconsideration of an Adverse Decision**

If you are dissatisfied with the services you receive under this plan or if you believe that we incorrectly denied a claim, paid an incorrect amount, incorrectly determined that a service is not a Covered Benefit, or incorrectly rescinded your coverage under this plan, you may contact Customer Services and explain your concern (see page 1).  If we cannot resolve your concern on the telephone, the Representative will refer it for informal reconsideration and inform you of the decision as promptly as possible.

Requests or referrals for an informal reconsideration must be made within one year of the date you were informed of the adverse decision.

If you are dissatisfied  with a denial which was based in whole or in part on a medical judgment, including determinations of whether a procedure was experimental or investigational, or whether it was medically necessary or appropriate, your informal reconsideration is limited to a peer-to-peer clinical review (telephonic, in person, or electronically) between UHA and the treating provider. For a peer-to-peer clinical review, you may contact UHA's Health Care Services department.

Requests for a peer-to-peer clinical review must be made within one month of the date you were informed of the adverse decision.

**Requesting a Formal Appeal**

If you are not satisfied with the response to your concern, or do not wish to request informal reconsideration under the above procedure, you may appeal the decision by writing to:

> Appeals Coordinator
> UHA
> 700 Bishop Street, Suite 300
> Honolulu, HI 96813-4100

We must receive your written appeal within one year of the date that UHA informed you of the decision you wish to appeal.  The appeal should include the following information:
- the date of your request
- your name and member identification number from your identification card
- the date of service you believe we denied or paid in error, or the date of the contested action or decision
- provider name
- a description of the facts related to your appeal and why you believe our action or decision was in error
- any other details about your appeal.  This may include written comments, documents, and records relating to your appeal you would like us to review

You should keep a copy of the request for your records.  It will not be returned to you.

Upon your written request to the address above, you will be provided:
- a free copy of all documents, records, and information relevant to your claims for benefits, or rescission of coverage, as defined by federal ERISA rules
- any rule, guideline, or protocol we relied upon in making the decision at issue

*If You Disagree*

| | |
|---|---|
| **Who May Request an Appeal** | You or your authorized representative may request an appeal.  Authorized representatives include: |

- any person you authorize to act on your behalf as long as you follow our procedures.  This includes filing a form with us.  To get a form to authorize a person to act on your behalf, please call Customer Services.  (Requests for appeal from an authorized representative who is a provider must be in writing unless you are asking for an expedited appeal)
- a court-appointed guardian or agent under a health care proxy
- a person authorized by law to provide substituted consent for you or to make health care decisions on your behalf
- a family member or your treating health care professional if you are unable to provide consent

**Appeal of Our Decisions**

If your appeal concerns a UHA denial which was based in whole or in part on a medical judgment, including determinations of whether a procedure was experimental or investigational, or whether it was medically necessary or appropriate, we will respond within 30 days of our receipt of your appeal.  We will respond to your appeal within 60 days of our receipt of your appeal for all other appeals.

Unless you qualify for expedited external review of our initial decision, before requesting external review, you must have exhausted UHA's internal appeals process or show that UHA violated federal rules related to claims and appeals unless the violation was 1) de minimis; 2) non-prejudicial; 3) attributable to good cause or matters beyond UHA's control; 4) in the context of an ongoing good-faith exchange of information; and 5) not reflective of a pattern or practice of non-compliance.

**Expedited Appeals**

You may request an expedited appeal if the standard time (30 or 60 days, as set forth above) for completing an appeal would

- seriously jeopardize your life or health,
- seriously jeopardize your ability to regain maximum functioning, or
- subject you to severe pain that cannot be adequately managed without the care or treatment requested

Expedited appeals are only appropriate when a denial affects care that is in progress or to be initiated.  Expedited appeals do not apply to payment denials for services already rendered.

You may make your request for expedited appeal by calling UHA's Health Care Services department at 808-532-4006 (or 1-800-458-4600, extension 300, from the neighbor islands).

If a health care provider with knowledge of your condition makes a request for an expedited appeal on your behalf, we do not require a written authorization from you.

If we determine, or your health care provider states, that the above standards for expedited appeal are met, we will respond to your request for expedited appeal within 72 hours.

You may request expedited external review of our initial decision if you have requested an expedited internal appeal and the adverse benefit determination involves a medical condition for which the completion of an expedited internal appeal would meet the requirements above.

The process for requesting an expedited external review is discussed below.

**Appeals Committee**

UHA's Appeals Committee will review your appeal request.  We will notify you in writing of the decision within the time frames specified above.

Your appeal will be reviewed by staff not involved in the original decision (nor a subordinate to the original decision maker) and will not give deference to the initial decision. If the appeal concerns a matter of medical judgment about an otherwise covered category of service that is not expressly excluded by the member's plan, it will be reviewed by an independent licensed practitioner with appropriate expertise and experience in the field of medicine involved in the medical judgment, and who was not previously consulted in connection with the original decision.  The review will take into account all comments, documents, records, and other information submitted by you or your authorized representative relating to the claim, or considered as relevant by UHA, without regard to whether such information was submitted or considered in the initial benefit determination.

If we consider, rely upon or generate any new or additional evidence in our appeal review, we will provide you, free of charge, that evidence as soon as possible and sufficiently in advance of the date our decision on appeal is due to provide you a reasonable opportunity to respond prior to that date.

If we intend to base our decision on appeal on a new or additional rationale, we will provide you, free of charge, the rationale as soon as possible and sufficiently in advance of the date our decision on appeal is due to provide you a reasonable opportunity to respond prior to that date.

If our appeal decision denies your request or any part of it, we will provide an explanation, including an identification of the claim or service denied, the specific reason for denial, reference to the health plan terms on which our decision is based, a statement of your external review rights, and other information regarding our denial.  The notice to you of our decision will also include the date of service, the health care provider, and the claim amount.  Upon request, we will also provide the treatment and diagnosis codes for the claim and their corresponding meanings. You may request this information by contacting Customer Services.

**If You Disagree with Our Appeals Decision Regarding Medical Necessity and Experimental or Investigational Services**

If UHA has denied a request for coverage based on medical necessity, appropriateness, health care setting, level of care or effectiveness, or on the basis that the service requested is experimental or investigational, and you disagree with the decision, you may request external review of the decision by a physician reviewer selected by an independent review organization. The request must be in writing and must be received by the Insurance Commissioner of the State of Hawaii within 130 days from the date of the letter notifying you of UHA's decision.  The request should be submitted to:

> Hawaii Insurance Division
> Attn: Health Insurance Branch – External Appeals
> 335 Merchant Street, Room 213
> Honolulu, HI 96813
> Telephone: 808-586-2804

Your request for external review must include: (1) a copy of the adverse benefit determination you wish to have reviewed; (2) a signed authorization for release of your medical records relevant to the review; (3) a disclosure for conflicts of interest; and (4) a filing fee of $15, which will be reimbursed if the decision is reversed on external review.  The authorization and disclosure forms are available on UHA's website (uhahealth.com) or by calling Customer Service (see page 1).

The Commissioner may waive the filing fee if payment of the fee would impose a financial hardship.  You are not required to pay more than $60 in any plan year.

UHA will pay for the services of the independent review organization and its physician reviewer if you make a timely request.

If the decision that is the subject of the external review is based on a determination by UHA that the service is experimental or investigational, your request for external review must also include a written certification from your treating physician that standard health care services or treatments have not been effective in improving your medical condition or are not medically appropriate for you, or that there is no available standard health care service or treatment covered by UHA that is more beneficial than the service or treatment that is the subject of the external review.  Your treating physician must certify in writing that the service recommended is likely to be more beneficial to you, in the physician's opinion, than any available standard health care service or treatment, or your licensed, board certified or board eligible physician must certify in writing that scientifically valid studies using accepted protocols demonstrate the service that is the subject of the external review is likely to be more beneficial to you than any available standard health care services or treatment.

You will be notified by the Insurance Division when an independent review organization ("IRO") is assigned your external review.  You may submit additional written information to the IRO at the address provided in the notice.  The IRO shall consider any additional information submitted within five (5) business days after you receive the notice, and may consider additional information received after that date.  If any additional information is submitted, it will be shared with UHA in order to give UHA an opportunity to reconsider its denial.

The IRO will be provided all information considered by UHA (including any prior submissions by you) in making the decision that is the subject of the external review, your request for external appeal and any accompanying documentation you provided with your request, and any other documentation deemed pertinent by us.  The IRO will render a decision within 45 days of its receipt of the request for external review.

**Expedited External Review of Decisions Based on Medical Necessity or Experimental or Investigational Services**

You may request expedited external review by the IRO of a final adverse determination involving issues of medical necessity: (1) if you have a medical condition for which the completion of a standard external review would seriously jeopardize your life, health or ability to regain maximum functioning, or would subject you to severe pain that cannot be adequately managed without the care or treatment that is the subject of the external review; or (2) if the final adverse determination concerns an admission, availability of care, continued stay, or health care services for which you received emergency services, provided you have not been discharged from a facility for health care services related to the emergency services.

If the decision that is the subject of the external review is based on a determination by UHA that the service is experimental or investigational, you may request expedited external review if your treating physician certifies, in writing, that the health care service or treatment that is the subject of the request would be significantly less effective if not promptly initiated.  You may make your request orally, but it must be followed promptly by your treating physician's written certification.

Immediately upon being notified of a request for expedited external review, UHA and the Commissioner will review the request and determine whether you are eligible for expedited external review.  If you are not eligible for expedited external review, the Commissioner will notify you and us as soon as possible.  If the external review is accepted as an expedited review, UHA

will provide the IRO with all documents and information it considered in making the decision that is the subject of the expedited external review.  The IRO will provide notice of the final external review decision as soon as the medical circumstances require but not more than 72 hours after the external reviewer receives the request for expedited external review of a medical necessity determination or not more than 7 days for a decision regarding experimental or investigational services.  The notice of the external review decision may initially be provided orally but must be confirmed in writing by the reviewer within 48 hours of the oral notice.

The IRO's decision regarding the issue in the external review shall be binding on you and us except to the extent that the other remedies may be available to either you or us under applicable State or Federal law.  If you elect to have a review by an IRO, then the parties waive their right to an arbitration for the services in question.

**Other Procedures for External Review**

If UHA's decision was based on a determination other than one of medical necessity, appropriateness, health care setting, level of care or effectiveness, or on the basis that the service requested is experimental or investigational, and you disagree with the decision, or if UHA's decision was based on medical necessity or on the basis that the service is experimental or investigational but you elected not to request review by an IRO, you may either 1) request binding arbitration before a mutually selected arbitrator, or 2) file a lawsuit against UHA under section 502(a) of ERISA.  If you do not know whether your plan is subject to ERISA, contact your plan administrator.

**Arbitration**

If you select arbitration, you must submit a written request for arbitration to:

> Appeals Coordinator
> UHA
> 700 Bishop Street, Suite 300
> Honolulu, HI 96813-4100

Your request for binding arbitration will not affect your rights to any other benefits under this plan.  You must have complied with UHA's appeals procedures as described above and we must receive your request for arbitration within one year of the date of the letter notifying you of UHA's decision.  In arbitration, one person (the arbitrator) reviews the positions of both parties and makes the final decision to resolve the disagreement.  The arbitration is binding and the parties waive their right to a court trial and jury.

Before arbitration actually starts, both parties (you and UHA) must agree on the person to be arbitrator.  The arbitration will be administered by Dispute Prevention and Resolution, and the arbitrator will be selected from its panel of neutrals.  If we both cannot agree within 30 days of your request for arbitration, either party may ask a court of appropriate jurisdiction to appoint an arbitrator.  There shall be no consolidation of parties in arbitration.

The arbitration hearing shall be in Hawaii.  The questions for the arbitrator shall be whether we were in violation of the law, or acted arbitrarily, capriciously, or in abuse of our discretion.  The arbitration shall be conducted in accord with the Hawaii Arbitration Act, HRS Chapter 658A, and the arbitration rules of Dispute Prevention and Resolution, to the extent not inconsistent with that Act or this Agreement.

The arbitrator will make a decision and will give both parties a copy of this decision.  The decision of the arbitrator is final and binding and no further appeal or court action can be taken except as provided under the Hawaii Arbitration Act.

*If You Disagree*

The arbitrator's fees and costs will be shared, with UHA to pay two-thirds and member to pay one-third.  You must pay your attorney's and witnesses' fees, if you have any, and we must pay ours.  The arbitrator will decide who will pay any other costs of the arbitration.

UHA waives any right to assert that you have failed to exhaust administrative remedies because you did not select arbitration.

**ERISA Rights**          See <u>Section 11:  ERISA Information</u> for further information about your rights if you are enrolled in an employer group plan governed by ERISA.

## SECTION 10:  COORDINATION OF BENEFITS & THIRD PARTY LIABILITY

**Coordination of Benefits**

If you have other insurance coverage, for example through your Spouse, Civil Union partner, or Medicare, that provides benefits similar to those of this plan, we will "coordinate" the benefits of the two plans.  When benefits are coordinated, the benefits paid under this plan, when combined with the benefits paid under your other coverage, will not exceed the lesser of:

- 100% of the eligible charge
- the amount payable by your other coverage plus any deductible and co-payment you would owe if the other coverage were your only coverage

Any co-payment you owe under this plan will first be subtracted from the benefit payment.  You remain responsible for the deductible and co-payment owed under this plan, if any.

**Your Responsibility**

When you enroll, please let us know on the enrollment form if you or your dependents have other coverage, which might include other group benefit plans, Medicare, or other governmental benefits.  You should also inform us if this information changes by calling Customer Services (see page 1).

When you receive services, please be sure to inform the provider of any other insurance you may have.  This may include automobile insurance or other insurance if you are being treated as a result of an injury.

We may send you a letter asking about other insurance coverage before we pay a claim.  If you do not respond, your claims may be delayed or denied.

**Our Responsibility**

We will coordinate benefits for you based on the information you provide.  There are certain rules we follow to determine which plan pays first when there is similar coverage.

**General Rules**

Some general rules governing coordination of benefits are:

- coverage afforded by a specific benefit plan (i.e., drug or specified disease) pays first before the coverage afforded by this plan
- the coverage you have as an employee pays first before any coverage you have as a Spouse, Civil Union partner, or dependent
- the coverage you have as an active employee pays before coverage you have as a retiree or under which you are not actively employed
- when both coverages are employer-sponsored plans and one plan has no coordination of benefits rules and the other does, the plan without coordination of benefits rules pays first
- when no other rule applied, the coverage with the earliest continuous effective date pays first

The coverage that pays first is called "primary" and the coverage that pays second is called "secondary."

**Rules for Children**

For a child who is covered by both parents who are not separated or divorced, the "birthday rule" applies, that is, the coverage of the parent whose birthday occurs first in a calendar year pays first.

If the child's parents are separated or divorced and a court decree says which parent has health insurance responsibility, that coverage pays first.

If the child's parents are divorced or separated and there is no court decree stipulating which parent has health insurance responsibility, the coverage of the parent with custody pays first.  The payment order for this dependent child is as follows:
1.   custodial parent
2.   Spouse or Civil Union partner of custodial parent
3.   other parent
4.   Spouse or Civil Union partner of other parent

If none of these rules apply, the parent's coverage with the earliest continuous effective date pays first.

**Motor Vehicle Accident Coverage**

For injuries or illness due to a motor vehicle accident (including arising from operation, maintenance or use of a motor vehicle), any motor vehicle insurance will be considered primary for payment, and those benefits will be applied first before any benefits of this plan apply.  No benefits are payable under this plan until after the motor vehicle personal injury protection mandatory coverage amount as specified by state law has been exhausted.  Only amounts incurred in excess of that mandatory amount are payable as benefits under this plan (and any other motor vehicle insurance benefits available in excess of the mandatory amount must be applied first before any benefits of this plan apply).  The exhaustion of the mandatory amount may be calculated by UHA in accordance with the fee schedule applicable to HRS chapter 431, article 10C.

You are responsible for any cost-sharing payments and/or deductibles required under any motor vehicle insurance coverage.  This plan does not cover any personal injury protection cost sharing arrangements and/or deductibles.

Before we pay benefits under this coverage for any motor vehicle accident-related injury, you must provide us a list of expenses paid by any motor vehicle insurance.  This list must include the date the services were provided, the provider of each service, and the amount paid for each service by motor vehicle insurance.  We will verify that any motor vehicle coverages have been exhausted.  Covered services you received which exceed the personal injury protection mandatory coverage amount may then be eligible for payment in accord with this coverage.

**Medicare Coordination Rules**

If you have both this group coverage and Medicare, federal rules determine which plan pays first.  These rules apply to the working aged, the disabled, or patients with end stage renal disease (ESRD).  For the working aged and disabled, these rules take into consideration the employment status of the employee covered by the employer group health plan as well as the number of part-time and full-time employees of the employer group plan.

If your employer or group employs 20 or more employees and you are 65 or older and eligible for Medicare only because of your age, this coverage will pay before Medicare, as long as your coverage is based on your status as a current active employee or the status of your Spouse or Civil Union partner as a current active employee.

If you are under age 65 and eligible for Medicare only because of end-stage renal disease (ESRD), coverage under this plan will pay first before Medicare, but only for the first 30 months of your ESRD coverage.  After 30 months, the amount that this plan pays will be reduced by the amount that Medicare pays for the same services.

If your employer or group employs 100 or more employees and if you are under 65 and eligible for Medicare only because of a disability (and not ESRD), this plan pays first before Medicare as

*Coordination of Benefits*

long as your group coverage is based on your status as a current active employee, or the status of your Spouse or Civil Union partner as a current active employee, or the current active employment status of the person for whom you are a dependent.

When Medicare is allowed by law to be the primary payer, coverage under this plan will be reduced by the amount paid by Medicare for the same covered services.  Benefits under this plan will be paid up to either the Medicare-approved charge for services by a Medicare-participating provider, or the lesser of our eligible charge or the limiting charge (as defined by Medicare) for services rendered by a provider who does not participate with Medicare.

If you are entitled to Medicare benefits, we will begin paying benefits after all Medicare benefits, including all lifetime reserve days, are exhausted.

If you have coverage under Medicare Part B only, we will pay inpatient benefits based on our eligible charge less any Medicare Part B benefits for inpatient diagnostic, laboratory and radiology services.

When services are rendered by a provider or facility that is not eligible or entitled to receive reimbursement from Medicare, and Medicare is entitled by law to be the primary payer, we will limit payment to the amount that would have been payable by Medicare had the provider or facility been eligible to receive such payments, regardless of whether or not Medicare benefits are paid.

| | |
|---|---|
| **Benefit Payments Under Coordination of Benefits Rules** | When this plan is determined to be the primary payer, we will pay benefits in accordance with the provisions of this Agreement. |

When this plan is determined to be the secondary payer, we will base our payment on the eligible charge, and deduct from our payment:
- any unpaid co-payment that you owe under this plan
- the benefit amount paid by the primary plan

We will not pay benefits unless the service in question is a covered service.  We also will not pay benefits for the difference in cost between a private and a semiprivate hospital room, even if such private room is a benefit under the primary plan.  Any payment by this plan as secondary will not exceed the amount that would have been paid for covered services you received had this plan been your only coverage.  Any payment by this plan as secondary payer will count towards applicable benefit maximums of this plan.  Even if no payment is made by this plan as secondary, the service for which payment is made by the primary plan shall count toward applicable service maximums of this plan.

**Third Party Liability Rules**

Third party liability situations occur when you are injured or become ill and:
- the injury or illness is caused or alleged to have been caused by someone else and you have or may have the right to recover damages or receive payment in connection with the illness or injury
- you have or may have the right to recover damages or receive payment from someone else for your injury or illness, without regard to fault

When third party liability situations occur, UHA's plan will provide benefits only as set forth in the following Rules.

If you have or may have coverage under workers' compensation insurance, such coverage will apply instead of the coverage under this plan.  Medical expenses arising from injury or illness covered under workers' compensation insurance are excluded from coverage under this plan.  If you are in a motor vehicle accident, you must exhaust the motor vehicle personal injury protection mandatory coverage amount specified by state law first, before the coverage under this plan will apply.  See Motor Vehicle Accident Coverage terms under this section for conditions and procedures that apply.

In third party liability situations, you must cooperate with UHA by doing the following:

1. give UHA timely notice of each of the following, no later than 30 calendar days after their occurrence:
    a. your knowledge of any potential claim or source of recovery related to your injury or illness
    b. any written claim or demand (including initiation of legal proceedings) made by you or on your behalf
    c. any monetary recovery (including any settlement, judgment, award, insurance proceeds, or other payment) from any source of recovery in connection with your illness or injury, including the amount and source of any recovery
2. sign and deliver to UHA all liens, assignments, and other documents it requires to secure its rights to recover payments.  You hereby authorize and direct any person or entity making or receiving any payment on account of such injury or illness to pay to UHA so much of such payment as needed to discharge your reimbursement obligations described above;
3. provide UHA any information reasonably related to its investigation of liability for coverage and rights to repayment, including medical records and documents related to any legal claims;
4. do not release or otherwise impair UHA's rights to repayment, without UHA's express written consent; and
5. cooperate in protecting UHA's rights under these rules, including giving notice of our rights to repayment as part of any written claim or demand made against any other person or party or other source of recovery

Any notice required by these Rules must be sent to:

        TPL Administrator
        UHA
        700 Bishop Street, Suite 300
        Honolulu, HI 96813-4100

Failure to comply with any of these Rules may result in delay in payment or denial of your claims, and will entitle UHA to reimbursement of its payments to the extent that your actions result in erroneous payment or prejudice UHA's rights to repayment.  If you know or reasonably should know that you may have a third-party claim for recovery of damages and you fail to provide timely notice to UHA of your potential claim as specified in these Rules, you waive your rights to any benefits under this plan for the third-party injury or illness, and UHA shall have a right to recover from you any past benefits paid for the injury or illness and to refuse to reimburse any past, present or future medical expenses arising from the third-party injury or illness.  If UHA is entitled to reimbursement of payments under these Rules and does not promptly receive full reimbursement pursuant to its request, it shall have a right of set-off from any future benefits payable under this plan.

Subject to the limitations and conditions described above, UHA will pay benefits in accordance with this Plan and these Rules.  However, any benefits paid in third party liability situations must be repaid from any recovery received by you, your estate, a family member, special needs trust, or any other person or party, arising from or related to such injury or illness, even if the award does not specifically include medical expenses, or is described as general damages only, or is less than the total actual or alleged loss suffered by you due to the injury or illness, or occurs without any admission or finding of liability or fault, or is paid to some person or entity other than you.  UHA shall have a first lien against any such recovery to the extent of its total payment of benefits related to the injury or illness.  This lien will attach to and follow any recovery proceeds even if the proceeds are distributed to another person or entity.  UHA may file notice of its lien with the court, the other person or party or other source of recovery, or any person or entity receiving the proceeds, including your attorney.  You must inform any attorney representing you of these Rules, as your attorney may be subject to professional disciplinary action and liability to UHA if your attorney does not comply with these Rules.  You hereby authorize and direct any person or entity making or receiving any payment arising from your injury or illness to pay to UHA so much of such payment as is necessary to fulfill your payment duties described in these Rules.

If UHA is not reimbursed for its total payment of benefits in connection with your illness or injury, UHA shall have a right of subrogation (substituting UHA to the member's rights of recovery) for all causes of action and all rights of recovery you have against such other person or party or other source of recovery, to the extent of UHA's unreimbursed payments on your behalf.

UHA's rights of reimbursement, lien, and subrogation described above are in addition to all other rights of equitable subrogation, constructive trust, equitable lien and/or statutory lien UHA may have for repayment of benefits paid, all of which rights are preserved and may be pursued at UHA's option against you or any other appropriate person or entity.

No reductions for attorneys' fees, costs, or other expenses may be made from the amounts owing to UHA under these Third Party Liability Rules.

For any payment made by UHA under these rules, you will still be responsible for co-payments, timely submission of claims, and other duties under this plan.

If you comply with the above requirements and if you have made reasonable efforts to obtain recovery for your illness or injury, but receive a final dismissal or denial of all your legal claim(s) without receiving any recovery for your illness or injury, then no reimbursement is owing to UHA for covered benefits paid for the illness or injury.

## SECTION 11: OTHER PLAN PROVISIONS

| | |
|---|---|
| **Confidentiality** | Any information about you that we collect, including claims and medical record information, is confidential.  By receiving benefits under this plan, you agree to provide to us, and to authorize your providers to provide to us, information about your medical condition and treatment necessary for us to fulfill our obligations under this Agreement for the purposes of determining benefits, paying claims, assuring quality, managing utilization, credentialing providers, complying with government regulations, and other responsibilities we have for administering this plan.  We may use your information as needed for these and other activities described in our Notice of Privacy Practices. |

**Dues Payment**

You or your employer must pay us the monthly premium due on or before the first of each month to which the premium applies.

If you or your employer fails to make the monthly payments by the first of the month, we may terminate this Agreement as of the last day of the month for which dues were paid, unless all dues are brought current within 10 days of our written notice of default to your employer or plan sponsor and the State of Hawaii Department of Labor and Industrial Relations.

We are not liable for benefits for services received after the termination date of this Agreement. This includes benefits for services you receive if you are enrolled in this coverage under the provisions of the:
- Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA), or
- Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA)

**Authority to Terminate or Amend Coverage**

Your employer has the authority to terminate this coverage by providing us 60 days written notice. If your employer terminates this coverage, you are not eligible to receive benefits under this coverage after the termination date.  Other circumstances of termination and ineligibility of coverage for You and your Group are described in <u>Section 2, see particularly sections on When Coverage Ends, Termination for Fraud, and Eligibility and Termination Rules for Member Groups.</u>

We also have the authority to modify this Agreement provided that we give 60 days prior written notice to your employer.

**Governing Law**

To the extent not superseded by the laws of the United States, this coverage will be construed in accord with and governed by the laws of the State of Hawaii.  Any court action brought because of a claim regarding this coverage or arising out of this plan, will be litigated in the state or federal courts located in the State of Hawaii and in no other.

**Payment in Error**

If for any reason we make a payment under this coverage in error or due to any false statement, false claim or fraud, we may recover the amount we paid, and may offset any amounts we give to you by the amount of reimbursement you owe to us, as well as pursue any other remedies provided by law.

**Severability**

If any court or arbitrator rules that any part or term of our Agreement is illegal, invalid or unenforceable, then the validity of the remaining portions of this Agreement shall remain valid and binding as if the Agreement did not contain the part or term held to be unenforceable.

Exhibit C - Page 106

UHA 600 Plan Agreement – January 2019
04/05/2018

66

*Other Plan Provisions*

| | |
|---|---|
| **Liability** | UHA is not an insurer against nor liable for the negligence or other wrongful act or omission of any provider, provider's employee, your employer, or plan sponsor or other person, or for any act or omission of any eligible person. |

**No Guarantee**　　UHA does not guarantee the availability or quality of any services of any third party, including the availability of participating providers.

**Continued Coverage Under Federal Law - COBRA**　　When your coverage ends under this **Agreement**, you may have the opportunity to continue your group coverage for a limited time under the Consolidated Omnibus Budget Reconciliation Act (COBRA).  This Act only applies to employers with 20 or more employees.

**Qualifying Events**　　COBRA entitles you and your eligible dependents, if already covered, to continue this coverage if coverage is lost due to any of the following qualifying events:
- employer or plan sponsor from whom you retired files bankruptcy under federal law
- death of the employee covered under this coverage
- divorce or legal separation
- child no longer meets our eligibility rules
- enrollment in Medicare
- termination of employment for reasons other than gross misconduct, or if your work hours are reduced to the point you are no longer eligible for coverage

Please note that dependents covered as domestic partners are not eligible for COBRA coverage.

If you lose your coverage, contact your employer or plan sponsor immediately.  You are entitled to receive a COBRA election form within 44 days if the qualifying event is a termination of employment or reduction in hours.  If the qualifying event is divorce, legal separation, or a child ceasing to be a dependent child, the form and notice must be provided to you within 14 days after you notify your employer of the event.

Please note: You or your spouse is responsible for notifying your employer or plan sponsor of your divorce or legal separation, or if a child loses eligibility status under our rules for coverage.

If you or your spouse believes you have had a qualifying event and you have not received your COBRA election form on a timely basis, please contact your employer.

**Payment of COBRA Premiums**　　If you or your dependents are entitled to and elect COBRA continuation coverage, you must pay UHA the premiums which may be up to 102% of group rates (unless you or your dependents qualify for a COBRA premium subsidy from the federal government as described below).  In the case of a disabled individual whose coverage is being continued for 29 months, you or your dependents may be required to pay up to 150% of group rates for any month after the 18th month.

Within 45 days of the date you elect COBRA coverage, you must pay an initial COBRA premium to cover the period between the date of your qualifying event and the date of your election.  If you fail to make the initial payment or any subsequent payment in a timely manner (a 30 day grace period applies to late subsequent payments), your COBRA coverage will terminate.

If you are involuntarily terminated (except for gross misconduct) from your employment, you and your qualifying dependents may be eligible for a COBRA premium subsidy from the federal government pursuant to the American Recovery and Reinvestment Act of 2009,Fiscal Year 2010 Defense Appropriations Act, or other applicable federal law.  These laws may alter the election

*Other Plan Provisions*

requirements and the duration of coverage specified in COBRA as stated in this Section for those eligible for a subsidy.  Please contact your employer regarding eligibility and applying for the COBRA premium subsidy.  Please note that if you are eligible for and claiming a COBRA premium subsidy, you must send all COBRA premiums directly to your former employer and not to UHA.

**What You Must Do**

If you wish to elect COBRA, you must complete an election form and submit it to your employer within 60 days of the later date:
- you are no longer covered
- you are notified of the right to elect COBRA continuation coverage

You or your dependents must notify your employer in the following circumstances:
- if coverage for you or your dependents is being continued for 18 months under COBRA and it is determined under Title XVI of the Social Security Act that you or your dependent was disabled on the date of, or within 60 days of, the event which would have caused coverage to terminate, then you or your dependent must notify your employer of such determination Notice must be provided within 60 days of the determination of disability.  Notice must also be given within 30 days of any notice that you or your dependent is no longer disabled.
- If coverage for a dependent would terminate due to your divorce, a legal separation, or the dependent's ceasing to be a dependent under this plan, then you or your dependent must provide notice to your employer of the event.  This notice must be given within 60 days after the later of the occurrence of the event or the date coverage would terminate due to the occurrence of the event.

If notice is not provided on time, COBRA coverage will not be available to you or your dependents.

**Adding Your Child**

If during the period of COBRA coverage, a child is born to you or placed with you for adoption and you are on COBRA because you terminated employment or had a reduction in hours, the child can be covered under COBRA and can have election rights of his or her own.  Please be aware that dependent children of domestic partners are not eligible for COBRA continuation coverage.

**Length of Coverage Under COBRA**

Continuation coverage ends at the earliest of one of these events:
- the last day of the 18-, 29-, or 36-month maximum coverage period, whichever is applicable If you or any of your dependents who have elected COBRA coverage are determined to be disabled under the Social Security Act during the first 60 days of continuation coverage, your COBRA coverage may continue for up to 29 months.  The 29-month period will apply to you and your eligible dependents who elected COBRA coverage.  You must provide notice of the disability determination to your employer within 60 days after the determination.
- the first day (including grace periods, if applicable) on which timely payment is not made by you
- the date on which the employer ceases to maintain any group health plan (including successor plans)
- the date the **Qualified Beneficiary** enrolls in Medicare benefits.  Qualified beneficiary means, with respect to a covered employee under a group health plan, any other individual who, on the day before the qualifying event for the employee, is a beneficiary under the plan (i) as a spouse of the covered employee, or (ii) as the dependent child of the covered employee
- the first day on which a beneficiary is actually covered by any other group plan

Exhibit C - Page 108

However, if the new group plan contains an exclusion or limitation relating to a preexisting condition of the beneficiary, then coverage will end on the earlier of the satisfaction of the waiting period for preexisting conditions contained in the new group plan, or the occurrence of any one of the other events stated in this section.

If the new group plan contains a preexisting condition exclusion, the preexisting condition exclusion period will be reduced by the qualified beneficiary's preceding aggregate periods of creditable coverage, if any.  The creditable coverage is applicable to the qualified beneficiary as of the enrollment date in the new group health plan as long as there has been no interruption of coverage longer than 63 days.  Creditable coverage means any of the following:
- a group health plan
- health insurance coverage
- Part A or B of Medicare
- Medicaid
- Chapter 55 of Title 10, United States Code
- a medical care program of the Indian Health Service or of a tribal organization
- a state health benefits risk pool
- a health plan offered under Chapter 89 of Title 5, United States Code
- a public health plan as defined in government regulations
- a health benefit plan under Section 5(e) of the Peace Corps Act

**ERISA Information**

Your Plan is designed, established and maintained as a Plan governed by the Employee Retirement Income Security Act of 1974 (ERISA), unless otherwise stated in your employer's agreement with UHA.  Your plan administrator under ERISA is your employer (or plan sponsor).  As a participant in your Plan, you are entitled to certain rights and protections under ERISA.  ERISA provides that all plan participants shall be entitled to:

- Receive Information About Your Plan and Benefits
  Examine, without charge, at the plan administrator's office, all documents governing the plan, including any insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S.  Department of Labor and available at the Public Disclosure Room of the Pension and Welfare Benefit Administration.

  Obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan, including any insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary plan description.  The plan administrator may make a reasonable charge for the copies.

  Receive a summary of the plan's annual financial report.  The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

- Continue Group Health Plan Coverage
  Continue health care coverage for yourself, spouse or dependents if there is a loss of coverage under the plan as a result of a qualifying event and your employer is of a size to trigger COBRA rights.  You or your dependents may have to pay for such coverage.  Review this Medical Benefits Guide and the documents governing the Plan on the rules governing COBRA continuation coverage rights.  See also Certificates of Creditable Coverage section below.

- Prudent Actions by Plan Fiduciaries
  In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of your health plan.  The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries.  No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a Plan benefit or exercising your rights under ERISA.

- Enforce Your Rights
  If your claim for a Plan benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

  Under ERISA, there are steps you can take to enforce the above rights.  For instance, if you request a copy of plan documents or the latest annual report from the plan administrator and do not receive them within 30 days, you may file suit against the plan administrator in a Federal court.  In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the plan administrator.  If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court.  In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in Federal court.  If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court.  The court will decide who should pay court costs and legal fees.  If you are successful the court may order the person you have sued to pay these costs and fees.  If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

- Assistance with Your Questions
  If you have any questions about your plan, you should contact the plan administrator.  If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C.  20210.  You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

- Maternity and Newborn Infant Coverage Law
  Group health plans and health insurance issuers generally may not, under Federal law, restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a caesarean section.  However, Federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable).  In any case, plans and issuers may not, under Federal law, require that a provider obtain authorization from the plan or the insurance issuer for prescribing a length of stay not in excess of 48 hours (or 96 hours).

Your Plan is an ERISA employee welfare benefit plan for pre-paid health care, contributions for which are supplied by your employer and by the employee to the extent required by the employer's rules for contribution.  This Plan is also governed by the Hawaii Prepaid Health Care Act, H.R.S.  Chapter 393.

**Certificates of Creditable Coverage**

A Certificate Of Creditable Coverage is a document that certifies your prior health care coverage.  For former UHA members, the certificate can be given to your new employer or your new health insurance company to certify that you had previous UHA coverage for the period noted on the certificate.  You may obtain a Certificate Of Creditable Coverage, free of charge, from your group health plan or health insurance issuer when you lose coverage under this Plan, if you become entitled to elect COBRA continuation coverage, or when any COBRA continuation coverage ceases, without evidence of creditable coverage, you may be subject to a preexisting condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in any plan issued by your new employer or new health insurance company, unless that plan has pre-existing condition exclusions.  The Health Insurance Portability and Accountability Act (HIPAA) requires UHA to issue you a Certificate Of Creditable Coverage when you lose UHA eligibility.  In addition, you may request a Certificate Of Creditable Coverage from UHA if you are currently covered by a UHA health plan or if your coverage under a UHA health plan ceased within the past 24 months.  Please mail your written request to the following address:

> Attn: Employer Services
> UHA
> 700 Bishop Street, Suite 300
> Honolulu, HI 96813-4100

Requests may also be faxed to UHA at 1-877-222-3198.

The request must include the following information:
- UHA member's name and date of birth for whom the certificate is requested
- Name of the requestor (if different from member for whom the certificate is requested), and relationship of requestor to member
- Address where the certificate should be sent
- Signature of the requestor

# GLOSSARY OF IMPORTANT TERMS

| | |
|---|---|
| **Actual Charge** | The amount a provider actually bills for a service or supply |
| **Acupuncturist** | A licensed health care professional who practices stimulation of acupuncture points on the human body for the purpose of controlling and regulating the flow and balance of energy in the body |
| **Agreement** | This Medical Benefits Guide, any amendments or riders, any enrollment form or application form you submit to us, and the agreement between us and your employer or plan sponsor |
| **Ambulatory Surgical Center** | A facility that provides Surgical Services on an outpatient basis for patients who do not need to occupy an inpatient hospital bed |
| **Ancillary Services** | Charges by a facility for other than room and board. Examples are charges by a hospital for drugs, dressings, or surgical supplies |
| **Anesthesia** | The administration of anesthetics to produce loss of feeling or consciousness, usually in conjunction with forms of medical treatment such as surgery |
| **Annual Maximum Out-of-Pocket** | The maximum amount you pay for most covered services in a calendar year.  The out-of-pocket maximum is reached from applicable co-payments and coinsurance amounts you pay in any given calendar year |
| **Assistant Surgeon** | A physician who actively assists the physician in charge during a surgical procedure |
| **Benefit(s)** | Those medically necessary physician services, surgical services, hospital services, skilled nursing facility services, home health care and hospice services, diagnostic testing, laboratory and radiology services, chemotherapy and radiation therapy services, organ transplant services, mental health and substance abuse services, specific benefits for children, women, men, and member and covered spouse, complementary alternative medicine services, and other medical services that qualify for payment under the terms of this Agreement |
| **Bionic Devices** | Electronic or electromechanical devices which replace missing body parts and/or which enhance one's existing strength and ability |
| **Calendar Year** | The period beginning January 1 and ending December 31 of any year.  The first Calendar Year for a person covered under this plan begins on that person's Effective Date and ends on December 31 of the same year |
| **Certified Nurse Midwife** | A registered nurse licensed in the State of Hawaii who is appropriately certified and licensed to provide midwifery services by the proper governmental authority and who renders services within the lawful scope of such license |
| **Chiropractor** | A licensed health care professional who practices the system of healing through spinal manipulation and specific adjustment of body structures |
| **Civil Union** | A civil union between two individuals that is legally recognized by Chapter 572B, Hawaii Revised Statutes |
| **Civil Union Partner** | An individual who is a party to a civil union established pursuant to Chapter 572B, Hawaii Revised Statutes |
| **Claim** | A written request for payment for benefits for covered services |
| **Coinsurance** | The amount you pay as your share of the eligible charge for medical care, calculated as a percent. |
| **Consultation** | A formal discussion (deliberation) between physicians on a case or its treatment |
| **Co-payment** | The amount you pay as your share of the eligible charge for medical care |

*Glossary of Important Terms*

| | |
|---|---|
| **Cosmetic Services** | Services primarily intended to improve your natural appearance and which do not restore or materially improve physical function |
| **Covered Services** | Any benefit that is medically necessary, is not specifically excluded by this plan,  and meets our payment determination criteria |
| | Benefits are listed in Section 5: Description of Benefits |
| **Dependent** | A member's Spouse, Civil Union partner, and/or eligible child or children |
| **Effective Date** | The date on which you are first eligible to receive benefits under this Agreement |
| **Eligible Charge** | The charge determined by UHA according to the terms of this Agreement and the charge used to calculate the benefit payment and the amount of your co-payment for a covered service |
| **Emergency Services** | Is defined (1) in accordance with the definition established in Hawaii Revised Statutes (sect.  432E-1) as services provided to an individual when the individual has symptoms of sufficient severity, including severe pain, such that a layperson could reasonably expect, in the absence of medical treatment, to result in placing the individual's health or condition in serious jeopardy, serious impairment of bodily functions, serious dysfunction of any bodily organ or part, or death; or (2) with respect to a pregnant woman, a layperson could reasonably expect the absence of medical treatment to result in serious jeopardy to the health of the woman and her unborn child; or (3) Emergency Services as defined in accordance with federal law (the Patient Protection and Affordable Care Act, 42 U.S.C.  § 300gg-19a). |
| **ERISA** | The Employee Retirement Income Security Act of 1974, a federal law that governs this Agreement and protects your rights under this coverage |
| **Gender Identity** | A person's internal sense of being male, female, a gender different from the gender assigned at birth, a transgender person, or neither male nor female |
| **Gender Dysphoria** | The distress experienced when a person's gender assigned at birth does not match their gender identity |
| **Gender Transition** | The process of a person changing the person's outward appearance, including sex characteristics, to accord with the person's gender identity |
| **Generic Drug** | Drugs prescribed or dispensed under their generic (chemical) name rather than a brand name and which are not protected by a patent, or are drugs designated by us as generic |
| | Generic drugs must be approved by the FDA as safe and effective. |
| **Guidelines** | Clinical standards, protocols, or criteria for treatment of specific conditions or for providing certain services and supplies, as often used in our prior authorization process |
| **Home Health Agency** | A licensed entity which provides skilled nursing care in your home |
| **Home Infusion Therapy** | Treatment provided in the home involving the administration of drugs, nutrients and fluids intravenously or through a feeding tube |
| **Hospice** | A program that provides care in a comfortable setting, such as home, for patients who are terminally ill and have a life expectancy of six months or less |
| **Hospital** | An institution that provides inpatient acute care for the diagnosis and treatment of an illness or injury |
| **Immunization** | An injection with a specific antigen to promote antibody formation to make you immune to a disease or less susceptible to a contagious disease |
| **Inpatient Admission** | A stay, usually overnight, in a hospital, skilled nursing facility or other facility |

*Glossary of Important Terms*

| | |
|---|---|
| **Maternity Care** | Routine obstetric care including antepartum care, delivery, and postpartum care in uncomplicated maternity cases |
| **Maximum Benefit** | The maximum benefit amount allowed for certain covered services.  A maximum benefit may limit the dollar amount, the duration, or the number of visits for a covered service. |
| **Medically Necessary** | Is defined in accordance with the definition established in Hawaii Revised Statutes (sect.  432E-1.4): |

"(a) For contractual purposes, a health intervention shall be covered if it is an otherwise covered category of service, not specifically excluded, recommended by the treating licensed health care provider, and determined by the health plan's medical director to be medically necessary as defined in subsection (b).  A health intervention may be medically indicated and not qualify as a covered benefit or meet the definition of medical necessity.  A managed care plan may choose to cover health interventions that do not meet the definition of medical necessity.

(b) A health intervention is medically necessary if it is recommended by the treating physician or treating licensed health care provider, is approved by the health plan's medical director or physician designee, and is:

    (1) For the purpose of treating a medical condition;

    (2) The most appropriate delivery or level of service, considering potential benefits and harms to the patient;

    (3) Known to be effective in improving health outcomes; provided that:

        (A) Effectiveness is determined first by scientific evidence;

        (B) If no scientific evidence exists, then by professional standards of care; and

        (C) If no professional standards of care exist or if they exist but are outdated or contradictory, then by expert opinion; and

    (4) Cost-effective for the medical condition being treated compared to alternative health interventions, including no intervention.  For purposes of this paragraph, cost-effective shall not necessarily mean the lowest price."

| | |
|---|---|
| **Member** | The person who meets and maintains the eligibility requirements and executes the enrollment form that is accepted by us to become eligible for benefits under this Agreement |
| **Member Group** | An employer or plan sponsor of the Plan, which meets the Eligibility and Termination Rules for Member Groups set forth in Section 2 of this Guide |
| **Non-Participating Provider** | A provider who does not have a contract with UHA, for example an out-of-state provider |
| **Non-Preferred Brand Drugs** | Brand name drugs that are not listed in the UHA Preferred Drug Listing |
| **Our** | Refers to UHA |
| **Outpatient** | Care received in a practitioner's office, the home, the outpatient department of a hospital, or an ambulatory surgical center |
| **Participating Provider** | That a physician, hospital, or other licensed health care provider has signed a contract with UHA to provide benefits under this plan, that requires that the provider collect only: |

- the eligible charge paid by UHA for the covered services delivered
- the applicable co-payment
- the applicable state excise tax, based on the eligible charge

| | |
|---|---|
| **Partner** | An individual who is a party to a civil union established pursuant to Chapter 572B, Hawaii Revised Statutes |
| **Payment Determination Criteria** | Care, treatment, service, or supply that is a covered service and which is all of the following: |

- the service must be listed as a covered benefit and not be excluded as a benefit by this plan
- the service must be medically necessary for the diagnosis or treatment of your illness or injury
- the service must be provided in an appropriate setting and at an appropriate level of care
- when required under this plan, the service must be prior authorized

*Glossary of Important Terms*

| | |
|---|---|
| **Physician** | A doctor of medicine (M.D.), doctor of osteopathy (D.O.), or doctor of podiatric medicine (D.P.M.), who is appropriately licensed to practice by the proper governmental authority and who renders services within the lawful scope of such license |
| **Physician Assistant** | A nationally certified and state-licensed medical professional who provides care under the supervision of a physician |
| **Plan** | The Agreement between you and us regarding your health care coverage |
| **Preferred Brand Drug** | Brand name drugs identified as preferred by their inclusion in UHA's Preferred Drug Listing |
| **Prior Authorization** | A review process by which we determine if a service or supply is a medically necessary covered service that meets our payment determination criteria, prior to the provision of the service or supply |
| **Provider** | A provider of health care services or supplies who is appropriately licensed or certified by the proper governmental authority to practice or provide such services, or dispense such supplies, and who renders services or dispenses supplies within the lawful scope of such license or certification |
| **Psychiatrist** | A Physician who is certified by or has at least three years of psychiatric training acceptable to the American Board of Psychiatry and Neurology, and whose practice is limited solely to psychiatry or psychiatry and neurology |
| **Psychologist** | A person who is appropriately certified and licensed to provide psychodiagnostic or psychotherapeutic services by the proper governmental authority and who renders services within the lawful scope of such license |
| **Qualified Beneficiary** | With respect to a covered employee under a group health plan, any other individual who, on the day before the qualifying event for that employee, is a beneficiary under the plan:<br>• as the Spouse or Civil Union partner of the covered employee<br>• as the dependent child of the covered employee |
| **Repair** | To fix or mend and put equipment back into good condition after damage or wear, and includes reasonable charge for parts and labor |
| **Service Area** | The State of Hawaii |
| **Sexual Identification Counseling** | Psychotherapy for a person with gender dysphoria |
| **Sexual Orientation Counseling** | Treatment of an enduring pattern of emotional, romantic and/or sexual attractions to men, women or both sexes. Sexual orientation also refers to a person's sense of identity based on those attractions, related behaviors and membership in a community of others who share those attractions |
| **Skilled Nursing Facility** | An inpatient care facility which is licensed as such by the appropriate governmental authority, certified as such by the JCAHO, CARF or HCFA, recognized as such by UHA and under contract with or approved by UHA for the delivery of covered services |
| **Specialty Facility** | An inpatient or outpatient facility which is not a Hospital or Skilled Nursing Facility, but which provides specialized medical care, including, but not limited to, psychiatric hospitals, physical rehabilitation hospitals, sanitaria for the treatment of certain diseases, residential treatment facilities, free-standing urgent/emergent care centers, clinics, community health clinics, and ambulatory surgery centers, and is licensed as such by the appropriate governmental authority, certified as such by the JCAHO, CARF or HCFA, recognized as such by UHA and under contract with or approved by UHA for the delivery of covered services |
| **Spouse** | Your husband or wife as a result of a marriage that is legally recognized in the State of Hawaii |
| **Surgical Services** | Professional services necessarily and directly performed by a physician in treatment of an injury or illness requiring cutting; suturing; diagnostic and therapeutic endoscopic procedures; debridement of wounds including burns; surgical management or reduction of fractures and dislocations; orthopedic casting; manipulation of joints under general |

*Glossary of Important Terms*

|  |  |
|---|---|
|  | anesthesia; or destruction of localized surface lesions by chemotherapy (excluding silver nitrate), cryotherapy, or electrosurgery |
| **Third Party Liability** | Our right to reimbursement when you or your family members receive medical services for an illness or injury and you have a lawful claim against another party or parties for compensation, damages, or other payment |
| **Transgender Person** | A person who has gender identity disorder or gender dysphoria, received health care services related to gender transition, adopts the appearance or behavior of the opposite sex, or otherwise identifies as a gender different from the gender assigned to that person at birth |
| **Transplant Evaluation** | Those procedures, including laboratory and diagnostic tests, consultations, and psychological evaluations that a facility uses in evaluating a potential transplant candidate |
| **Us, We** | UHA |
| **You, Your** | You and your family members eligible for coverage under this Agreement |

**CERTIFICATE OF SERVICE**
**UNITED STATES DISTRICT COURT – CENTRAL DISTRICT**
*The Regents of the University of California v. University Health Alliance, et al.*

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 555 South Flower Street, Suite 2900, Los Angeles, California 90071.  My electronic service address is sara.villamarin@wilsonelser.com.

On **July 16, 2021,** I caused the document described below as **NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANT UNIVERSITY HEALTH ALLIANCE PURSUANT 28 U.S.C. §§ 1331, 1332, 1441 AND 1446 (Diversity and Federal Question - ERISA)** to be served on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]   **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address sara.villamarin@wilsonelser.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[]   **(BY CM/ECF NOTICE OF ELECTRONIC FILING)** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 16, 2021, at Los Angeles, California.



Sara K. Villamarin

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE
### UNITED STATES DISTRICT COURT – CENTRAL DISTRICT
***The Regents of the University of California v. University Health Alliance, et al.***
### Wilson Elser File No. 17360.00011

| | |
|---|---|
| Joy Stephenson-Laws, Esq.<br>Richard A. Lovich, Esq.<br>Sarkis S. Yeretsian, Esq.<br>STEPHENSON, ACQUISITO &<br>COLMAN, INC.<br>303 N Glenoaks Blvd., Suite 700<br>Burbank, California 91502 | Attorneys for Plaintiff<br>THE REGENTS OF THE<br>UNIVERSITY OF CALIFORNIA<br><br>T: (818) 559-4477<br>F: (818) 559-5484<br>Email: jstephenson@sacfirm.com<br>Email: rlovich@sacfirm.com<br>Email: Sarkis@YeretsianLegal.com |

8

NOTICE OF REMOVAL